IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR -3 A 9:51

LARRY CALDWELL )
Full name and prison number )
of plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:06cv207-WKW
 ) (To be supplied by Clerk of
ANTHONY CLARK ) U.S. District Court)
 )
Millard H McWhorter III MD )
 )
AvEtteCain )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Drive Andalusia AL 36420

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Anthony Clark - 290 Hillcrest Dr Andalusia AL 36420

2. Millard H. McWhorter 215 Dunson St. Andalusia Al. 36420

3. Huette Cain 290 Hillcrest, Dr. Andalusia Al, 36420

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Dec-14-2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: These Defendants has Violated Plaintiff (8) Amendment, By Denied Him Medical Care And Medication

2

before its to late, Al ite earliest possible

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Since Plaintiff incarceration At The Covington County Jail he Has Been Denied Medica Care And Medication He is being Held Against His Will, And suffering The ongoing Bline in His Right eye, All These Defendants Has Apart in The Neglect, They

GROUND TWO: Won't Let Plaintiff go To His own Doctor or give Him Medication For

SUPPORTING FACTS: His Pain. Plaintiff Need An opperation on His eye, His Condition is Continuing To go Blined, It is The Responsibility of The Defendants to get the Help Plaintiff Needs These Nurses Here is Neglect Plaintiff, Plaintiff is going Blined in His Right eye, And if He don't

GROUND THREE: get the opperation He Will Lose Slight in His Right eye or Both eyes.

SUPPORTING FACTS: These Defendants Should grant Plaintiff A Pass to go get His opperation before its to Late, At The Earliest Possible Time

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

For Neglect $25.00 A day And $200,000 For Pain And Suffering And A Release From Custody. At the Earliest Possible Time.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 02-22-06
(Date)

_____
Signature of plaintiff(s)

4