| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Pat Sweatt*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  PAT SWEATT<br>C. Date of Delivery  3-9-06 |
| 1. Article Addressed to:<br><br>Anthony Clark<br>Covington County Jail<br>290 Hillcrest Drive<br>Andalusia, AL 36420<br><br>06cv207 smp | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 4584 5555 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540