**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anette Cain
Covington County Jail
290 Hillcrest Drive
Andalusia, AL 36420

06207 cmpt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Annette Cain    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
ANNETTE CAIN    3-9-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Transfer from service label)
7003 2260 0005 4584 6477

Domestic Return Receipt    95-02-M-1540