**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Millard H. McWhorter, III, M.D.
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

   06207 cmp

2. Article Number
   (Transfer from service label)

   7003 2260 0005 4584 6460

PS Form 3811, February 2004    Domestic Return Receipt    5-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Debra D. McWhorter_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Debra D. McWhorter
C. Date of Delivery: 3/5-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes