# EXHIBIT A
# Inmate File

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002246 00 01
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA          VS.
CALDWELL LARRY                        ALIAS: CLOROX
C14 CARVER CT                         ALIAS:
OPP  AL  36467

DC NO: WR 2003 000878.00
G J:
SSN:   421021411
SID:   000000000
AIS:

DOB:  10/22/1960    SEX: M    HT: 0 00    WT: 000  HAIR:         EYE:
RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: _____  FEATURES:

DATE OFFENSE: 06/13/2003  ARREST DATE: 11/05/2003  ARREST ORI: 0230000

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| NEGOTIATING WORTHL | 13A-009-013.1 | 01 | A | GUILTY PLEA | 11/05/2003 |
| | | 0 | | | 00/00/0000 |
| | | 0 | | | 00/00/0000 |

JUDGE: FRANK L MCGUIRE                    PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED    GRANTED   DATE            REARRESTED DATE   REVOKED   DATE
( )Y( )N               ( )Y( )N _____       ( )Y( )N _____    ( )Y( )N _____

15-18-8, CODE OF ALA 1975    IMPOSED      SUSPENDED       TOTAL     JAIL CREDIT
( )Y (X)N    CONFINEMENT: 00 00 090    00 00 000    00 00 090    00 00 055
            PROBATION  : 00 00 000    00 00 000
DATE SENTENCED: 11/05/2003    SENTENCE BEGINS: 11/27/2005

PROVISIONS

JAIL

| COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $0.00 | $84.42 |
| ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIMS | $25.00 | $25.00 |
| COST | $292.70 | $292.70 |
| FINE | $25.00 | $25.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADDTL DEFENDANT | $0.00 | $0.00 |
| DA FEES | $94.00 | $94.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $436.70 | $521.12 |

APPEAL DATE       SUSPENDED         AFFIRMED           REARREST
( )Y( )N          ( )Y( )N          ( )Y( )N           ( )Y( )N

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

*Roger A. Powell*

ROGER A POWELL

12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002247.00 01
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA        VS.
CALDWELL LARRY                                        DC NO: WR 2003 000879.00
C14 CARVER CT               ALIAS: CLOROX             G J:
OPP   AL  36467             ALIAS:                    SSN:   421021411
                                                     SID:   000000000
                                                     AIS:

DOB: 10/22/1960    SEX: M   HT: 0 00    WT: 000   HAIR:           EYE:
RACE: ( )W (X)B ( )O   COMPLEXION:              AGE:       FEATURES:

DATE OFFENSE: 03/25/2003   ARREST DATE: 11/05/2003   ARREST ORI: 0230000

CHARGES @ CONV    CITES              CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1     01 A   GUILTY PLEA              CA DATE
                                     0                               11/05/2003
                                     0                               00/00/0000
                                                                     00/00/0000

JUDGE: FRANK L MCGUIRE                       PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE         REARRESTED DATE   REVOKED   DATE
( )Y( )N            ( )Y( )N              ( )Y( )N                    ( )Y( )N

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED     TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT: 00 00 090  00 00 000  00 00 090  00 00 000
            PROBATION  : 00 00 000            00 00 000
DATE SENTENCED: 11/05/2003      SENTENCE BEGINS: 01/02/2006

PROVISIONS                  COSTS/RESTITUTION          DUE        ORDERED

  JAIL                      RESTITUTION              $0.00        $80.00
                           ATTORNEY FEE             $0.00         $0.00
                           CRIME VICTIMS           $25.00        $25.00
                           COST                   $292.70       $292.70
                           FINE                    $25.00        $25.00
                           MUNICIPAL FEES           $0.00         $0.00
                           DRUG FEES                $0.00         $0.00
                           ADDTL DEFENDANT          $0.00         $0.00
                           DA FEES                 $94.00        $94.00
                           COLLECTION ACCT          $0.00         $0.00
                           JAIL FEES                $0.00         $0.00

                           TOTAL                  $436.70       $516.70

APPEAL DATE      SUSPENDED          AFFIRMED           REARREST
( )Y( )N         ( )Y( )N           ( )Y( )N              ( )Y( )N

REMARKS:                    THIS IS TO CERTIFY THAT THE
                           ABOVE INFORMATION WAS EXTRACTED
                           FROM OFFICIAL COURT RECORDS
                           AND IS TRUE AND CORRECT.

                           Roger A. Powell
                           ROGER A POWELL

                           12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002248.00 01
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA        VS.                 DC NO: WR 2003 000880.00
CALDWELL LARRY              ALIAS: CLOROX    G J:
C14 CARVER CT               ALIAS:           SSN:   421021411
OPP   AL  36467                              SID:   000000000
                                            AIS:

DOB:  10/22/1960    SEX: M   HT: 0 00    WT: 000  HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: _____ FEATURES:

DATE OFFENSE: 03/31/2003  ARREST DATE: 11/05/2003  ARREST ORI: 0230000

CHARGES @ CONV   CITES           CT CL COURT ACTION        CA DATE
NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY PLEA        11/05/2003
                                   0                       00/00/0000
                                   0                       00/00/0000

JUDGE: FRANK L MCGUIRE              PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE     REARRESTED DATE  REVOKED   DATE
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL   JAIL CREDIT
 ( )Y (X)N  CONFINEMENT: 00 00 090  00 00 000  00 00 090  00 00 000
            PROBATION  : 00 00 000            00 00 000
DATE SENTENCED: 11/05/2003   SENTENCE BEGINS: 04/03/2006

PROVISIONS                COSTS/RESTITUTION       DUE       ORDERED

 JAIL                     RESTITUTION          $0.00      $94.42
                          ATTORNEY FEE         $0.00       $0.00
                          CRIME VICTIMS       $25.00      $25.00
                          COST               $292.70     $292.70
                          FINE                $25.00      $25.00
                          MUNICIPAL FEES       $0.00       $0.00
                          DRUG FEES            $0.00       $0.00
                          ADDTL DEFENDANT      $0.00       $0.00
                          DA FEES             $94.00      $94.00
                          COLLECTION ACCT      $0.00       $0.00
                          JAIL FEES            $0.00       $0.00

                          TOTAL              $436.70     $531.12

APPEAL DATE    SUSPENDED        AFFIRMED         REARREST
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N

REMARKS:                  THIS IS TO CERTIFY THAT THE
                          ABOVE INFORMATION WAS EXTRACTED
                          FROM OFFICIAL COURT RECORDS
                          AND IS TRUE AND CORRECT.

                          ROGER A POWELL

                          12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002249.00 0;
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA          VS.                    DC NO: WR 2003 000881.00
CALDWELL LARRY                    ALIAS: CLOROX      G J:
C14 CARVER CT                     ALIAS:             SSN:   421021411
OPP  AL  36467                                       SID:   000000000
                                                     AIS:

DOB:  10/22/1960    SEX: M    HT: 0 00    WT: 000    HAIR:         EYE:
RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES:

DATE OFFENSE: 04/22/2003    ARREST DATE: 11/05/2003    ARREST ORI: 0230000

CHARGES @ CONV    CITES              CT CL COURT ACTION              CA DATE
NEGOTIATING WORTHL 13A-009-013.1     01 A   GUILTY PLEA              11/05/2003
                                     0                               00/00/0000
                                     0                               00/00/0000

JUDGE: FRANK L MCGUIRE                       PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE   REVOKED   DATE
( )Y( )N  _____   ( )Y( )N _____    ( )Y( )N  _____ ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL     JAIL CREDIT
( )Y (X)N    CONFINEMENT: 00 00 090    00 00 000  00 00 090   00 00 000
             PROBATION  : 00 00 000    000
DATE SENTENCED: 11/05/2003    SENTENCE BEGINS: 07/03/2006

PROVISIONS                   COSTS/RESTITUTION       DUE        ORDERED

JAIL                         RESTITUTION           $0.00        $50.00
                             ATTORNEY FEE          $0.00         $0.00
                             CRIME VICTIMS        $25.00        $25.00
                             COST                $292.70       $292.70
                             FINE                 $25.00        $25.00
                             MUNICIPAL FEES        $0.00         $0.00
                             DRUG FEES             $0.00         $0.00
                             ADDTL DEFENDANT       $0.00         $0.00
                             DA FEES              $94.00        $94.00
                             COLLECTION ACCT       $0.00         $0.00
                             JAIL FEES             $0.00         $0.00

                             TOTAL               $436.70       $436.70

APPEAL DATE       SUSPENDED          AFFIRMED           REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:

                            THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT.

                            Roger J. Powell
                            ROGER A POWELL

                            12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002250.00 01
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY            COURT ORI: 023023 J

STATE OF ALABAMA        VS.                   DC NO: WR 2003 000882.00
CALDWELL LARRY          ALIAS: CLOROX         G J:
C14 CARVER CT           ALIAS:                SSN:   421021411
OPP  AL  36467                                SID:   000000000
                                              AIS:

DOB:  10/22/1960   SEX: M   HT: 0 00   WT: 000   HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES:

DATE OFFENSE: 04/22/2003  ARREST DATE: 11/05/2003  ARREST ORI: 0230000

CHARGES @ CONV    CITES          CT CL COURT ACTION          CA DATE
NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY PLEA          11/05/2003
                                  O                          00/00/0000
                                  O                          00/00/0000

JUDGE: FRANK L MCGUIRE               PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED  GRANTED  DATE      REARRESTED DATE  REVOKED  DATE
( )Y ( )N _____ ( )Y ( )N _____ ( )Y ( )N _____ ( )Y ( )N

15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 090  00 00 000  00 00 090  00 00 000
            PROBATION  :  00 00 000             00 00 000
DATE SENTENCED: 11/05/2003    SENTENCE BEGINS: 10/02/2006

PROVISIONS                COSTS/RESTITUTION            DUE        ORDERED

JAIL                      RESTITUTION            $0.00        $40.00
                          ATTORNEY FEE           $0.00         $0.00
                          CRIME VICTIMS         $25.00        $25.00
                          COST                 $292.70       $292.70
                          FINE                  $25.00        $25.00
                          MUNICIPAL FEES         $0.00         $0.00
                          DRUG FEES              $0.00         $0.00
                          ADDTL DEFENDANT        $0.00         $0.00
                          DA FEES               $94.00        $94.00
                          COLLECTION ACCT        $0.00         $0.00
                          JAIL FEES              $0.00         $0.00

                          TOTAL               $436.70       $476.70

APPEAL DATE        SUSPENDED          AFFIRMED          REARREST
( )Y ( )N _____ ( )Y ( )N _____ ( )Y ( )N _____ ( )Y ( )N

REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.

                                *Roger A Powell*
                                ROGER A POWELL

                                12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002251.00 01
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: C23023 J

STATE OF ALABAMA        VS.                    DC NO: WR 2003 000883.00
CALDWELL LARRY              ALIAS: CLOROX       G J:
C14 CARVER CT              ALIAS:               SSN:   421021411
OPP  AL  36467                                  SID:   000000000
                                                AIS:

DOB:  10/22/1960   SEX: M   HT: 0 00   WT: 000  HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES:

DATE OFFENSE: 02/19/2003   ARREST DATE: 11/05/2003   ARREST ORI: 0230000

CHARGES @ CONV    CITES              CT CL COURT ACTION              CA DATE
NEGOTIATING WORTHL 13A-009-013.1     01 A  GUILTY PLEA              11/05/2003
                                     0                             00/00/0000
                                     0                             00/00/0000

JUDGE: FRANK L MCGUIRE                    PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE      REARRESTED DATE   REVOKED  DATE
( )Y( )N _____  ( )Y( )N _____   ( )Y ( )N _____   ( )Y( )N

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:   00 00 090   00 00 000   00 00 090   00 00 000
            PROBATION  :   00 00 000              00 00 000
DATE SENTENCED: 11/05/2003    SENTENCE BEGINS: 01/01/2007

PROVISIONS                  COSTS/RESTITUTION        DUE        ORDERED

  JAIL                      RESTITUTION           $0.00       $45.89
                            ATTORNEY FEE          $0.00        $0.00
                            CRIME VICTIMS        $25.00       $25.00
                            COST                $292.70      $292.70
                            FINE                 $25.00       $25.00
                            MUNICIPAL FEES        $0.00        $0.00
                            DRUG FEES             $0.00        $0.00
                            ADDTL DEFENDANT       $0.00        $0.00
                            DA FEES              $94.00       $94.00
                            COLLECTION ACCT       $0.00        $0.00
                            JAIL FEES             $0.00        $0.00

                            TOTAL              $436.70      $482.59

APPEAL DATE       SUSPENDED          AFFIRMED           REARREST

( )Y( )N _____    ( )Y( )N _____    ( )Y( )N _____    ( )Y( )N

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.

                                  *Roger J. Powell*
                                  ROGER A POWELL

                                  12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

# ALABAMA JUDICIAL DATA CENTER
## COVINGTON COUNTY
## TRANSCRIPT OF RECORD
## CONVICTION REPORT

DC 2003 002252.00 01
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA        VS.                 DC NO: WR 2003 000884.00
CALDWELL LARRY                ALIAS: CLOROX  G J:
C14 CARVER CT                 ALIAS:         SSN:   421021411
OPP  AL  36467                               SID:   000000000
                                             AIS:

---

DOB: 10/22/1960  SEX: M  HT: 0 00  WT: 000  HAIR:      EYE:
RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ____  FEATURES:

---

DATE OFFENSE: 05/04/2003  ARREST DATE: 11/05/2003  ARREST ORI: 0230000

CHARGES @ CONV    CITES          CT CL COURT ACTION         CA DATE
NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY PLEA         11/05/2003
                                  0                         00/00/0000
                                  0                         00/00/0000

---

JUDGE: FRANK L MCGUIRE            PROSECUTOR: ENZOR LELAND G JR

---

PROBATION APPLIED  GRANTED  DATE   REARRESTED DATE  REVOKED  DATE
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 00 090  00 00 000  00 00 090  00 00 000
           PROBATION :  00 00 000            00 00 000
DATE SENTENCED: 11/05/2003  SENTENCE BEGINS: 04/02/2007

---

PROVISIONS              COSTS/RESTITUTION        DUE       ORDERED

JAIL                    RESTITUTION          $16.47      $80.00
                        ATTORNEY FEE          $0.00       $0.00
                        CRIME VICTIMS        $25.00      $25.00
                        COST                $292.70     $292.70
                        FINE                 $25.00      $25.00
                        MUNICIPAL FEES        $0.00       $0.00
                        DRUG FEES             $0.00       $0.00
                        ADDTL DEFENDANT       $0.00       $0.00
                        DA FEES              $94.00      $94.00
                        COLLECTION ACCT       $0.00       $0.00
                        JAIL FEES             $0.00       $0.00

                        TOTAL               $453.17     $516.70

---

APPEAL DATE      SUSPENDED        AFFIRMED          REARREST
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT.

                            ROGER A POWELL

                            12/05/2005

---

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002253 00 01
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

---

STATE OF ALABAMA       VS.                DC NO: WR 2003 000885.00
CALDWELL LARRY              ALIAS: CLOROX    G J:
C14 CARVER CT               ALIAS:           SSN:   421021411
OPP  AL  36467                               SID:   000000000
                                             AIS:

---

DOB:  10/22/1960   SEX: M   HT: 0 00   WT: 000  HAIR:       EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES:

---

DATE OFFENSE: 03/14/2003   ARREST DATE: 11/05/2003   ARREST ORI: 0230000

---

CHARGES @ CONV   CITES              CT CL COURT ACTION          CA DATE
NEGOTIATING WORTHL 13A-009-013.1    01 A  GUILTY PLEA           11/05/2003
                                     0                          00/00/0000
                                     0                          00/00/0000

---

JUDGE: FRANK L MCGUIRE              PROSECUTOR: ENZOR LELAND G JR

---

PROBATION APPLIED   GRANTED  DATE        REARRESTED DATE  REVOKED  DATE
( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____      ( )Y ( )N

---

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 090  00 00 000  00 00 090  00 00 000
            PROBATION  :  00 00 000             00 00 000
DATE SENTENCED: 11/05/2003   SENTENCE BEGINS: 07/02/2007

---

PROVISIONS                   COSTS/RESTITUTION        DUE        ORDERED

JAIL                         RESTITUTION            $84.42       $84.42
                             ATTORNEY FEE            $0.00        $0.00
                             CRIME VICTIMS          $25.00       $25.00
                             COST                  $292.70      $292.70
                             FINE                   $25.00       $25.00
                             MUNICIPAL FEES          $0.00        $0.00
                             DRUG FEES               $0.00        $0.00
                             ADDTL DEFENDANT         $0.00        $0.00
                             DA FEES                $94.00       $94.00
                             COLLECTION ACCT         $0.00        $0.00
                             JAIL FEES               $0.00        $0.00

                             TOTAL                 $521.12      $521.12

---

APPEAL DATE      SUSPENDED        AFFIRMED          REARREST

( )Y ( )N        ( )Y ( )N        ( )Y ( )N         ( )Y ( )N

---

REMARKS:                         THIS IS TO CERTIFY THAT THE
                                 ABOVE INFORMATION WAS EXTRACTED
                                 FROM OFFICIAL COURT RECORDS
                                 AND IS TRUE AND CORRECT.


                                 *Roger A Powell* (signature)
                                 ROGER A POWELL

                                 12/05/2005

---

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002254.00 01
FRANK L MCGUIRE

| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J |
|---|---|

STATE OF ALABAMA       VS.
CALDWELL LARRY           ALIAS: CLOROX
C14 CARVER CT            ALIAS:
OPP  AL  36467

DC NO: WR 2003 000886.00
G J:
SSN:   421021411
SID:   000000000
AIS:

DOB:  10/22/1960   SEX: M   HT: 0 00   WT: 000   HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 02/19/2003   ARREST DATE: 11/05/2003   ARREST ORT: 0230000

CHARGES @ CONV    CITES           CT CL COURT ACTION              CA DATE
NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY PLEA             11/05/2003
                                   0                            00/00/0000
                                   0                            00/00/0000

JUDGE: FRANK L MCGUIRE                    PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED    GRANTED  DATE        REARRESTED DATE        REVOKED  DATE
( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____     ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 090   00 00 000   00 00 090   00 00 000
            PROBATION :   00 00 000               00 00 000
DATE SENTENCED: 11/05/2003   SENTENCE BEGINS: 10/02/2007

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| JAIL | RESTITUTION | $44.42 | $44.42 |
|  | ATTORNEY FEE | $0.00 | $0.00 |
|  | CRIME VICTIMS | $25.00 | $25.00 |
|  | COST | $292.70 | $292.70 |
|  | FINE | $25.00 | $25.00 |
|  | MUNICIPAL FEES | $0.00 | $0.00 |
|  | DRUG FEES | $0.00 | $0.00 |
|  | ADDTL DEFENDANT | $0.00 | $0.00 |
|  | DA FEES | $94.00 | $94.00 |
|  | COLLECTION ACCT | $0.00 | $0.00 |
|  | JAIL FEES | $0.00 | $0.00 |
|  | TOTAL | $481.12 | $481.12 |

APPEAL DATE        SUSPENDED           AFFIRMED            REARREST
( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____    ( )Y( )N _____

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

*Roger S. Powell*

ROGER A POWELL

12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002255.00 01
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY          COURT ORI: 023023 J

STATE OF ALABAMA        VS.                 DC NO: WR 2003 001066.00
CALDWELL LARRY              ALIAS: CLOROX    G J:
C14 CARVER CT              ALIAS:            SSN:    421021411
OPP   AL   36467                             SID:    000000000
                                             AIS:

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 000   HAIR:       EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 04/19/2003  ARREST DATE: 11/05/2003  ARREST ORI: 0230000

CHARGES @ CONV    CITES              CT CL COURT ACTION        CA DATE
NEGOTIATING WORTHL 13A-009-013.1     01 A  GUILTY PLEA         11/05/2003
                                      0                        00/00/0000
                                      0                        00/00/0000

JUDGE: FRANK L MCGUIRE               PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE  REVOKED  DATE
( )Y ( )N _____ ( )Y ( )N _____ ( )Y ( )N _____ ( )Y ( )N

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 090   00 00 000   00 00 090  00 00 000
            PROBATION  :  00 00 000              00 00 000
DATE SENTENCED: 11/05/2003   SENTENCE BEGINS: 01/02/2008

PROVISIONS                  COSTS/RESTITUTION        DUE        ORDERED

  JAIL                      RESTITUTION           $75.00       $75.00
                            ATTORNEY FEE           $0.00        $0.00
                            CRIME VICTIMS         $25.00       $25.00
                            COST                 $292.70      $292.70
                            FINE                  $25.00       $25.00
                            MUNICIPAL FEES         $0.00        $0.00
                            DRUG FEES              $0.00        $0.00
                            ADDTL DEFENDANT        $0.00        $0.00
                            DA FEES               $94.00       $94.00
                            COLLECTION ACCT        $0.00        $0.00
                            JAIL FEES              $0.00        $0.00

                            TOTAL                $511.70      $511.70

APPEAL DATE       SUSPENDED         AFFIRMED          REARREST

( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT.

                            Roger A Powell
                            ROGER A POWELL

                            12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2003 002256.00 01
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA          VS.                 DC NO: WR 2003 001067.00
CALDWELL LARRY              ALIAS: CLOROX      G J:
C14 CARVER CT              ALIAS:              SSN:    421021411
OPP  AL  36467                                 SID:    000000000
                                               AIS:

DOB:  10/22/1960   SEX: M   HT: 0 00   WT: 000  HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 09/08/2003   ARREST DATE: 11/05/2003   ARREST ORI: 0230000

CHARGES @ CONV     CITES            CT CL COURT ACTION          CA DATE
NEGOTIATING WORTHL 13A-009-013.1    01 A  GUILTY PLEA           11/05/2003
                                    0                           00/00/0000
                                    0                           00/00/0000

JUDGE:  FRANK L MCGUIRE                  PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED  GRANTED  DATE      REARRESTED DATE  REVOKED  DATE
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED     TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 090   00 00 000    00 00 090   00 00 000
            PROBATION  :  00 00 000               00 00 000
DATE SENTENCED: 11/05/2003   SENTENCE BEGINS: 04/02/2008

PROVISIONS               COSTS/RESTITUTION          DUE        ORDERED

  JAIL                   RESTITUTION              $50.00       $50.00
                         ATTORNEY FEE              $0.00        $0.00
                         CRIME VICTIMS            $25.00       $25.00
                         COST                    $292.70      $292.70
                         FINE                     $25.00       $25.00
                         MUNICIPAL FEES            $0.00        $0.00
                         DRUG FEES                 $0.00        $0.00
                         ADDTL DEFENDANT           $0.00        $0.00
                         DA FEES                  $94.00       $94.00
                         COLLECTION ACCT           $0.00        $0.00
                         JAIL FEES                 $0.00        $0.00

                         TOTAL                   $486.70      $486.70

APPEAL DATE        SUSPENDED        AFFIRMED           REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:
                                    THIS IS TO CERTIFY THAT THE
                                    ABOVE INFORMATION WAS EXTRACTED
                                    FROM OFFICIAL COURT RECORDS
                                    AND IS TRUE AND CORRECT.

                                    Roger A Powell
                                    ROGER A POWELL

                                    12/05/2005

OPERATOR: PEH
PREPARED: 12/05/2005

# COVINGTON COUNTY JAIL
# INMATE REQUEST/GRIEVANCE

NAME LARRY CAldwell    BLOCK A    DATE 3-06-06

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET ( ✓ ) GRIEVANCE ( ) OTHER

## BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

### IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF ( ✓ ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WIT
APPLICABLE.

MR. SELMON
I would LiKE to Know IF thERE is ANYWAY
possible that I Could TAlK with You About
gETting AN 8 hour PASS to go to AN EYE DoctoR
I HAVE BEEN hAVing PRoBlEm's with my Right
EYE FoR 2½ monthS And its gETting woRSE
EVERY DAY I hAVE TAlKed with the DoctoR And
NURSES About it And THEY Told me that the County
Could not BE RESPoNSible FoR the Bill Could You PlEASE
LET mE Know SomEthiNg oN this SooN!
                                    ThANK You
                                    CblboX

---

SECTION BELOW THIS LINE FOR REPLY ONLY.

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

• The county jail does not cover eye problems.
You will have to see our doctor to get anything
done.

# INMATE REQUEST/GRIEVANCE

NAME _LARRY CAldwell_   BLOCK _A_   DATE _03-07-06_

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT  ( ) TIMESHEET  ( ) GRIEVANCE    ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C.O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF ( ✓ ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI
APPLICABLE.

MR. SEIZON OR WAITER
IS THERE ANY WAY POSSIBLE THAT I CAN GO OUT
And WORK I HAVE BEEN HERE FOR 3 month's And HAVENT
GIVEN ANY ONE ANY PROblEMS.

                              THANKS
                              CLeRoX

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( X ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

No Larry you are not eligible to go out to
work.

# INMATE DATA

| Covington County Sheriff | | Booking Number |
|---|---|---|
| Printed: Wed Mar 15,2006 | **LARRY "CLOROX" CALDWELL (S421021411)** | **200009322** |

Booking Date
**NOVEMBER 27th, 2005**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| **A-BLOCK** | | | | **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** | **CLOROX** | |

| Address | Home Telephone |
|---|---|
| **C-14 HARDAGE CIRCLE**<br>**OPP  AL  36467** | **(334) 806-4080** |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1960-10-22** | **45** | **6'  02"** | **180** | **BLACK** | **BROWN** | **BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| **AL  7494058** | | | |

| Next of Kin | NOK Telephone |
|---|---|
| | |

| Charge(s) | Bond |
|---|---|
| **FTPX19(NWNI)** | **NO BOND** |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJ010  JACKSON, DON** | **CJ010  JACKSON, DON** | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| **ARREST** | **Y** | **N** |

| Arrest Case Number | DNA Sample By |
|---|---|
| **A1** | |

| Agency Arrested For | Arresting Officer |
|---|---|
| **COV. COUNTY** | **00034  CHANCE, KEVIN** |

| Agency Hold For |
|---|
| **COFFEE** |

| Release Date | Release Time | Release Officer |
|---|---|---|
| **2006-03-15** | **15:35** | **CJ037  DAVIS, BO** |

Notes

**BOOKED IN BY C/O BARNES UNDER CJ010 NUMBER**
**ALSO SERVING TIME FOR OPD RELEASE DATE IS 12-28-05 @ 6:30PM**
**R/O PER JUDGE MC GUIRE FROM 03-15-06 TO 03-24-04 TO BE BACK**
**AT 4.30 PM**

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Caldwell, Larry_ BLOCK _A_ DATE _3-15-06_
( )TELEPHONE CALL ( )CUSTODY CHANGE (✓)PERSONAL PROBLEMS
( ) SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF ( )CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

Mr. Selmon or Walter
I would like to know if you all have got
in touch with the Judge yet Im not trying
to rush you all But I really need to get
my eye seen about as soon as possible
could you let me know something as soon as you
possibly can?

Thank you
Clark

SECTION BELOW THIS LINE FOR REPLY ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER
I will check on this thing

# Covington County

Sheriff
Anthony Clark



# Sheriff's Department

290 Hillcrest Drive
Andalusia, Alabama  36420
Office (334) 428-2643
Fax   (334) 428-2654

EFFECTIVE AS OF OCTOBER 28, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.
THESE ITEMS WILL ONLY BE ACCEPTED
## MONDAY THROUGH FRIDAY FROM 8AM - 4PM

MALES

3 WHITE T-SHIRTS
3 PAIRS OF WHITE UNDERWEAR
3 WHITE PAIRS OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

FEMALES

3 WHITE BRAS NO UNDER WIRE
3 WHITE PANTIES FULL CUT
3 WHITE PAIR OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

IN ADDITION TO THESE ITEMS, INMATES WILL BE ALLOWED 2 PAPERBACK
CROSSWORD/ WORD SEARCH BOOKS, 2 PAPERBACK NOVELS OR 2 MAGAZINES.
THESE NOVELS OR MAGAZINES MUST BE IN GOOD TASTE IN MORAL VALUES.
EACH ITEM(S) MUST BE LABELED WITH THE INMATES PROPER NAME. ITEMS
WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME
ITEMS WERE ACCEPTED.

I, _____, AM LEAVING THE FOLLOWING ITEMS FOR
_____. I UNDERSTAND THAT ONCE THESE ITEMS ARE
GIVEN TO THE INMATE, THE COVINGTON CO. JAIL IS NO LONGER RESPONSIBLE
FOR THE ITEMS IF THEY ARE LOST OF STOLEN.

_____

DATE: _____

CORRECTIONAL OFFICER RECEIVING MERCHANDISE

_____

INMATE SIGNATURE:_____
DATE :_____



# Covington County

### Sheriff
### Anthony Clark

# Sheriff's Department

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax   (334) 428-2654

EFFECTIVE AS OF OCTOBER 28, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.
THESE ITEMS WILL ONLY BE ACCEPTED

## MONDAY THROUGH FRIDAY FROM 8AM - 4PM

MALES

3 WHITE T-SHIRTS
3 PAIRS OF WHITE UNDERWEAR
3 WHITE PAIRS OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

FEMALES

3 WHITE BRAS NO UNDER WIRE
3 WHITE PANTIES FULL CUT
3 WHITE PAIR OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

IN ADDITION TO THESE ITEMS, INMATES WILL BE ALLOWED 2 PAPERBACK
CROSSWORD/ WORD SEARCH BOOKS, 2 PAPERBACK NOVELS OR 2 MAGAZINES.
THESE NOVELS OR MAGAZINES MUST BE IN GOOD TASTE IN MORAL VALUES.
EACH ITEM(S) MUST BE LABELED WITH THE INMATES PROPER NAME.  ITEMS
WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME
ITEMS WERE ACCEPTED.

(Pens)  I, _Dorothy Campbell_
_Larry Caldwell_____ . AM LEAVING THE FOLLOWING ITEMS FOR
_____ I UNDERSTAND THAT ONCE THESE ITEMS ARE
GIVEN TO THE INMATE, THE COVINGTON CO. JAIL IS NO LONGER RESPONSIBLE
FOR THE ITEMS IF THEY ARE LOST OF STOLEN.

_Dorothy Campbell_

DATE: _2-10-06_

CORRECTIONAL OFFICER RECEIVING MERCHANDISE

INMATE SIGNATURE _____
DATE _____

BLOCK A-8K DATE 02-06-06

( ) TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (✓)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF W1
APPLICABLE

MR. SE1mou
I would like to ASK You IF I CAN Se
Cut Work I Need $2500.00 to SEE out of
HERE So would you PlEASE CoNSIdER mE FER
Work RElEASE?

Thank you
Clulex

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )
Your name is on the list for work release.

# COVINGTON COUNTY JAIL
## INMATE REQUEST / GRIEVANCE

NAME _Chidwell, LARRY_ ___ BLOCK _A_ DATE _1-27-06_

( )TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( )SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST GRIEVANCE THEN PRESENT TO ____

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF ( )CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES IF AT
APPLICABLE

I would Like to ASK IF I could mAKE
A CAII TodAy?

TLANKS
CloRox

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

I will try to let you use the phone
today 1-27-06

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE
(Clorox)

NAME _LARRY CALDWELL_ BLOCK _A_ DATE _12-09-05_

TELEPHONE CALL (✓)CUSTODY CHANGE ( )PERSONAL PROBLEMS
SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (✓)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

DEAR SIR:
I would Like to Know If its Possible that
I could work Around the JAil Helping clean
up, work In the Kitchen or whatever
there needs to be done All of the Officers
knows that Im A good worker. Im In here
on BAd Checks And I dont have Any hold on me
And I want give Anyone Any Problems If you
would give me A chance!

THAnk You SiR.
Clorox

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

Your name is on the list.

| State of Alabama<br>Unified Judicial System<br>Form CR-41   Rev. 8/92 | **ORDER OF COMMITMENT TO JAIL** | Case Number<br>TR05-0000712 |
| --- | --- | --- |

IN THE _____ **MUNICIPAL** _____ COURT OF _____ **COVINGTON** _____ COUNTY

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF _____ **OPP** _____

v. _____ **LARRY CALDWELL** _____ , Defendant

TO THE JAILER OF __ **COUNTY JAIL** _____

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of __ **INSURANCE REQUIRED** _____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: __ **SERVE OUT FINES/COSTS $199.00 @ $15 DAY (13 DAYS) TO RUN**

__ **CONCURRENT BEGINNING 12/16/05 ENDING 12/28/05 6:30 P.M.**

Sentence: __ **SERVE OUT FINES / COSTS CONCURRENT**

| Date Sentenced<br>**2005-12-15** | Jail Credit | Date Sentence Begins<br>**2005-12-16** |
| --- | --- | --- |

**IDENTIFICATION OF DEFENDANT**

| Name of Defendant<br>**LARRY CALDWELL** | | | | | Telephone Number<br>**(205) 493-9452** |
| --- | --- | --- | --- | --- | --- |
| Social Security Number<br>**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** | Date of Birth<br>**1960-10-22** | Age<br>**45** | Race<br>**BLACK** | Sex<br>**M** | Height<br>**6' 02"** |
| Weight<br>**165** | Hair<br>**BLACK** | Eyes<br>**BROWN** | Other | | |

| Address<br>**14 HARDAGE CIRCLE C** | | City<br>**OPP** | State<br>**AL** | Zip Code<br>**36467** |
| --- | --- | --- | --- | --- |
| Name of Employer<br>**RELIANCE BUILDING** | | | Employer's Telephone Number | |
| Address | | City<br>**KINSTON** | State<br>**AL** | Zip Code<br>**36453** |

_____ **10/16/05** _____
Date

*Diane Danford*
Judge/Clerk/Magistrate

COURT RECORD (Original)          JAILER (Copy)

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Larry Caldwell-Clark_ BLOCK _A_   DATE _12-05-05_

TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
SPECIAL VISIT ( )TIMESHEET   ( )GRIEVANCE   ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE  THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF ( )CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN
_( Sgt. Jackson )_

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

Sgt Jackson  I would Like to Know If its Possible
that you would Put A Good word IN FoR me to get
out the hall And work WAsh dishES oR do whAt
EvER needs to be doNE And I will Let you
down.

THANKS

C/okeX

( ) APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

# COVINGTON COUNTY JAIL
# INMATE REQUEST/GRIEVANCE

NAME _Larry Caldwell_    BLOCK _A_    DATE _3-06-06_
( ) TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT  ( )TIMESHEET   (‐)GRIEVANCE    ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (√)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI'
APPLICABLE.

MR. SELMON

I would Like to know IF there is ANYWAY possible that I could TALK with you ABout getting AN 8 hour PASS to go to AN EYE DoctoR I hAVE BEEN hAVING PROBLEM's with my Right EYE FoR 2½ months And its getting woRSE EVERY DAY I hAVE TALKED with the DoctoR And nuRSES ABout it And THEY told me thAt the County Could not BE RESPONsible FoR the Bill, Could you PlEASE Let me Know SomEthING ON tHis Soon!

                                    THANK You
                                    CURox

SECTION BELOW THIS LINE FOR REPLY ONLY.

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

- The county jail does not cover eye problems. You will have to see our doctor to get anything done.

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Larry Caldwell_        BLOCK _A_      DATE _03-07-06_
( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET   ( ) GRIEVANCE    ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C.O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI
APPLICABLE.

MR. SELMON OR WALTER
IS THERE ANY WAY POSSIBLE THAT I CAN GO OUT
AND WORK I HAVE BEEN HERE FOR 3 month's AND HAVENT
GIVEN ANY ONE ANY PROBLEMS.

                              THANKS
                              CALDWELL

---

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED (X) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

No Sorry you are not eligiable to go out to
work.

| Covington County Sheriff<br><br>Printed: Wed Mar 15,2006 | INMATE DATA<br>LARRY "CLOROX" CALDWELL (S421021411) | | | | | Booking Number<br>**200009322** | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Booking Date<br>**NOVEMBER 27th, 2005** | | |

| Section<br>**A-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias<br>**CLOROX** | | | Est Release Date |
|---|---|---|---|---|---|---|---|---|

| Address   **C-14 HARDAGE CIRCLE**<br>**OPP AL 36467** | Home Telephone<br>**(334) 806-4080** |
|---|---|

| Sex<br>**M** | Date of Birth<br>**1960-10-22** | Age<br>**45** | Height<br>**6' 02"** | Weight<br>**180** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License   **AL  7494058** | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin | NOK Telephone |
|---|---|

| Charge(s)   **FTPX19(NWNI)** | Bond<br>**NO BOND** |
|---|---|

| Jailer<br>**CJ010  JACKSON, DON** | Photo Taken By<br>**CJ010  JACKSON, DON** | Fingerprinted By |
|---|---|---|

| Admission Type<br>**ARREST** | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number<br>**A1** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**COV. COUNTY** | Arresting Officer<br>**00034  CHANCE, KEVIN** |
|---|---|

| Agency Hold For<br>**COFFEE** |
|---|

| Release Date<br>**2006-03-15** | Release Time<br>**15:35** | Release Officer<br>**CJ037  DAVIS, BO** |
|---|---|---|

| Notes<br>**BOOKED IN BY C/O BARNES UNDER CJ010 NUMBER**<br>**ALSO SERVING TIME FOR OPD RELEASE DATE IS 12-28-05 @ 6:30PM**<br>**R/O PER JUDGE MC GUIRE FROM 03-15-06 TO 03-24-04 TO BE BACK**<br>**AT 4.30 PM** |
|---|

# COVINGTON COUNTY JAIL
# INMATE REQUEST /GRIEVANCE

NAME _CAldWell, LARRY_ BLOCK _A_, DATE _3-15-06_
( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEMS
( ) SPECIAL VISIT   ( ) TIMESHEET   ( ) GRIEVANCE   ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C.O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[T]
APPLICABLE.

_MR. Selmon OR WAlter R_
_I would LIKE to KNOW IF You All hAVE got_
_In touch with the Judge Yet Im Not tRying_
_to Rush You All But I REAlly NEEd to get_
_my EYE SEEN ABout AS SooN AS Possible_
_Could You LET mE KNow Something AS Soon AS You_
_Possibly CAN?_

_ThANK You_
_Clohe X_

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER
• _Dwille check on this today._

# Covington County

Sheriff
Anthony Clark



# Sheriff's Department

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax  (334) 428-2654

EFFECTIVE AS OF OCTOBER 28, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.
THESE ITEMS WILL ONLY BE ACCEPTED

## MONDAY  THROUGH  FRIDAY  FROM  8AM - 4PM

MALES

3 WHITE T-SHIRTS
3 PAIRS OF WHITE UNDERWEAR
3 WHITE PAIRS OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

FEMALES

3 WHITE BRAS NO UNDER WIRE
3 WHITE PANTIES FULL CUT
3 WHITE PAIR OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

IN ADDITION TO THESE ITEMS, INMATES WILL BE ALLOWED 2 PAPERBACK
CROSSWORD/ WORD SEARCH BOOKS, 2 PAPERBACK NOVELS OR 2 MAGAZINES.
THESE NOVELS OR MAGAZINES MUST BE IN GOOD TASTE IN MORAL VALUES.
EACH ITEM(S) MUST BE LABELED WITH THE INMATES PROPER NAME.  ITEMS
WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME
ITEMS WERE ACCEPTED.

I, _____, AM LEAVING THE FOLLOWING ITEMS FOR
_____. I UNDERSTAND THAT ONCE THESE ITEMS ARE
GIVEN TO THE INMATE, THE COVINGTON CO. JAIL IS NO LONGER RESPONSIBLE
FOR THE ITEMS IF THEY ARE LOST OF STOLEN.

DATE: _____

CORRECTIONAL OFFICER RECEIVING MERCHANDISE

INMATE SIGNATURE:_____
DATE :_____

# Covington County

### Sheriff
### Anthony Clark



# Sheriff's Department

**290 Hillcrest Drive**
**Andalusia, Alabama  36420**
**Office (334) 428-2643**
**Fax   (334) 428-2654**

EFFECTIVE AS OF OCTOBER 28, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.
THESE ITEMS WILL ONLY BE ACCEPTED

## MONDAY THROUGH FRIDAY FROM  8AM - 4PM

MALES

3 WHITE T-SHIRTS
3 PAIRS OF WHITE UNDERWEAR
3 WHITE PAIRS OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

FEMALES

3 WHITE BRAS NO UNDER WIRE
3 WHITE PANTIES FULL CUT
3 WHITE PAIR OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

IN ADDITION TO THESE ITEMS, INMATES WILL BE ALLOWED 2 PAPERBACK
CROSSWORD/ WORD SEARCH BOOKS, 2 PAPERBACK NOVELS OR 2 MAGAZINES.
THESE NOVELS OR MAGAZINES MUST BE IN GOOD TASTE IN MORAL VALUES.
EACH ITEM(S) MUST BE LABELED WITH THE INMATES PROPER NAME.  ITEMS
WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME
ITEMS WERE ACCEPTED.

( pens )  I, _Dorothy Campbell_ . AM LEAVING THE FOLLOWING ITEMS FOR
_Larry Caldwell_ . I UNDERSTAND THAT ONCE THESE ITEMS ARE
GIVEN TO THE INMATE, THE COVINGTON CO. JAIL IS NO LONGER RESPONSIBLE
FOR THE ITEMS IF THEY ARE LOST OF STOLEN.

_Dorothy Campbell_

DATE: _2-10-06_

CORRECTIONAL OFFICER RECEIVING MERCHANDISE
_____

INMATE SIGNATURE_____
DATE _____

INMATE REQUEST/GRIEVANCE

NAME _CloRo X_ _____ BLOCK _A-8k_ DATE _02-06-06_

( ) TELEPHONE CALL ( X) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET ( ) GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WE
APPLICABLE

mR SElmon _____ _____ _____
I Would LiKE to ASK you IE I CAn So
CUt WORK I NEEd $2500.00 to SEt cut of
HERE So would you PlEASE ConsidER mE For
WORK RElEASE? _____ _____

Thank you
ClaRox

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Your name is on the list for work release.

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Chdoell, LARRY_    BLOCK _A_    DATE _1-27-06_
( ✓)TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT  ( )TIMESHEET   ( )GRIEVANCE    ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST GRIEVANCE THEN PRESENT TO A CO

#### IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF ( ✓)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI
APPLICABLE

_I would LiKE to ASK IF I Could make_
_A CAII TodAY ?_
                         _ThAnKS_
                         _CIoRell_

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

_I will try to let you use the phone_
_today 1-37-06_

COVINGTON COUNTY JAIL
INMATE REQUEST /GRIEVANCE
( CloRoX )

NAME: _LARRY CALDWELL_ BLOCK _A_ DATE _12-09-05_

( )TELEPHONE CALL (✓)CUSTODY CHANGE ( )PERSONAL PROBLEMS
( )SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE. THEN PRESENT TO A.C.O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (✓)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

DEAR SIR:
I would LIKE to KNOW If its Possible that
I Could work ARound the JAil HElPiNG CIEAN
uP, work iN the KitcheN OR whatE EVER
therE NEEds to be done All Of the OFFiCERS
Knows that Im A Good worKER. Im IN hERE
oN BAd ChECKs And I dont hAvE ANy hold's oN mE
And I wANt givE ANyONE ANy PRoblEms IF you
would givE me A ChANCE!

THANK You SiR.
CloRoX

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

Your name is on the list.

| State of Alabama<br>Unified Judicial System<br><br>Form CR-41   Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number<br>TR05-0000712 |
|---|---|---|

IN THE _____ MUNICIPAL _____ COURT OF _____ COVINGTON _____ COUNTY

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF _____ OPP _____

v. _____ LARRY CALDWELL _____ , Defendant

TO THE JAILER OF ___ COUNTY JAIL _____

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of _ INSURANCE REQUIRED _____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: ___ SERVE OUT FINES/COSTS $199.00 @ $15 DAY  (13 DAYS)  TO RUN _____

CONCURRENT - BEGINNING  12/16/05 - ENDING 12/28/05  6:30 P.M. _____

Sentence: ___ SERVE OUT FINES / COSTS CONCURRENT _____

| Date Sentenced<br>2005-12-15 | Jail Credit | Date Sentence Begins<br>2005-12-16 |
|---|---|---|

## IDENTIFICATION OF DEFENDANT

| | | | | | | |
|---|---|---|---|---|---|---|
| Name of Defendant<br>LARRY CALDWELL | | | | | | Telephone Number<br>(205) 493-9452 |
| Social Security Number<br>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 | Date of Birth<br>1960-10-22 | Age<br>45 | Race<br>BLACK | Sex<br>M | | Height<br>6' 02" |
| Weight<br>165 | Hair<br>BLACK | Eyes<br>BROWN | Other | | | |
| Address<br>14  HARDAGE CIRCLE  C | | City<br>OPP | | | State<br>AL | Zip Code<br>36467 |
| Name of Employer<br>RELIANCE BUILDING | | | | | Employer's Telephone Number | |
| Address | | City<br>KINSTON | | | State<br>AL | Zip Code<br>36453 |

_____ 12/16/05 _____
Date

_____ Diane Danford
Judge/Clerk/Magistrate

COURT RECORD (Original)        JAILER (Copy)

COVINGTON COUNTY JAIL
INMATE REQUEST /GRIEVANCE

NAME LARRY CALDWELL-Clorox BLOCK A    DATE 12-05-05
( )TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( )SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (✓)CHIEF JAILER (✓)JAILER ( )RECORDS OFFICE ( )CHAPLAIN
                    (Sgt. JACKSON)

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

Sgt JACKSON, I would Like to Know if its Possible
that you would Put A Good word In For me to get
out the hAll And work WASh dishES cR do whAt
EvER nEEds to be donE And I whli't LEt you
down.
                        ThAnks
                            ClokoX.


FOR OFFICE USE-BELOW FOR REPLY ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

DEPARTMENT OF THE ARMY
HEADQUARTERS, US ARMY PERSONNEL CONTROL FACILITY
US ARMY ARMOR CENTER AND FORT KNOX
Fort Knox, Kentucky 40121-5238

14 May 2004

ATTN: Lt Nelsen
REF: Larry Caldwell, inmate
Covington County Jail
290 Hillcrest Drive
Andalusia, AL 36420

    This letter is in reference to Larry Caldwell, 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, presently confined at your facility. He has been discharged from the US Army effective 14 May 2004, order # 031-0166. He was discharged under the provisions of AR 635-200, Chapter 14, paragraph 14-5a, due to his civilian conviction. A copy of his discharge order is enclosed for your records. He does not have to return to military control upon release from confinement.

Donna Blaylock
SFC, US Army
Facility NCOIC

Encl
as



**Covington County**
Sheriff
Anthony Clark

**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*Medical Sat to*
*6pm to 6pm Sun'*

DATE & TIME: _8-14-04_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR _Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A _24_ HOUR PASS ON _8-14 to 8-15_. FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT.  THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL.  AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

I _X Johnnie Henderson_ TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL.  I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

_____          _____
INMATE SIGNATURE                          RESPONSIBLE PERSON

PASS APPROVED BY _Any S___

CURRENT PHONE NUMBER _493-8456_          CAR MAKE _Pontiac Bonnville_

CURRENT ADDRESS _100 Hillary Lane Lot 57_  TAG NUMBER _23A58226_

CURRENT DRIVER LICENSE NUMBER _5960D116_

# INMATE DATA

| Covington County Sheriff | Booking Number |
|---|---|
| | 200009322 |
| Printed: Sun Nov 27,2005 | Booking Date |

LARRY "CLOROX" CALDWELL (S421021411)

Booking Date: NOVEMBER 27th, 2005

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | CLOROX | |

| Address | Home Telephone |
|---|---|
| C-14 HARDAGE CIRCLE | |
| OPP AL 36467 | (334) 806-4080 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1960-10-22 | 45 | 6' 02" | 180 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| AL 7494058 | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| | |

| Charge(s) | Bond |
|---|---|
| FTPX19(NWNI) | NO BOND |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ010 JACKSON, DON | CJ010 JACKSON, DON | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | Y | N |

| Arrest Case Number | DNA Sample By |
|---|---|
| A1 | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | 00034 CHANCE, KEVIN |

| Agency Hold For |
|---|
| COV. COUNTY |

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

BOOKED IN BY C/O BARNES UNDER CJ010 NUMBER

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number<br>200009322 |
|---|---|---|
| Printed: Sun Nov 27, 2005 | LARRY "CLOROX" CALDWELL (S421021411) | Booking Date<br>NOVEMBER 27th, 2005 |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
CJ010  JACKSON, DON

# Identification Card

| | | | |
|---|---|---|---|
| Status: | Passed | Transaction Date: | 11/27/2005  19:29:24 |
| Type: | Red Card | Current Date: | 11/27/2005  19:32:01 |
| Location. | AL0230000 | Machine ID: | 21AD6BFE-E786B4B7 |

## Name:  CALDWELL, LARRY



| | |
|---|---|
| ID: | N/A |
| Age: | 45 |
| Issue Date: | 11/27/2005 |
| Social Security: | N/A |
| Gender: | M |
| Hair: | BLK |
| Eyes: | BRO |
| Height: | 6' 2" |
| Weight: | 0 lbs |

## Contact: BSI2000, Inc.

| | |
|---|---|
| Jeff Rooks | Rick Koeller |
| 1.770.344.9370 | 1.303.231.9095 |
| jrooks@bsi2000.com | rkoeller@bsi2000.com |



# Covington County
### Sheriff
### Anthony Clark

# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*Sunday 8 A.M. Untill 5 P.M*

DATE & TIME: *8/27/2004*

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR *Larry "Close" Caldwell* TO LEAVE THE COVINGTON COUNTY JAIL
ON A *12* HOUR PASS ON *08/29/2004*. FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL. AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.
I *Ronnie Caldwell* TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

_____          _____
INMATE SIGNATURE                  RESPONSIBLE PERSON

PASS APPROVED BY *Tony Edgar*

CURRENT PHONE NUMBER *897-0709*    CAR MAKE *Chev S10*

CURRENT ADDRESS *2539 Old County Rd*    TAG NUMBER *19 A 844L*

CURRENT DRIVER LICENSE NUMBER *5187197*

| State of Alabama Unified Judicial System | ORDER OF RELEASE FROM JAIL | Case Number |
|---|---|---|
| Form C-42    Rev 6/88 | | C-03-1397.3 thru 1402.3 C-03-0244 thru 255 |

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA    v. _____ LARRY CALDWELL _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____
Serving time NWYI

Reason for Release    Judge's Order

Date    1-17-06                                            By:
COURT RECORD   (Original)        JAILER   (Copy)        Judge/Clerk

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

AL0230000
SO    AL0230000
CALDWELL, LARRY
Andalusia, AL

11  27  2005

11  27  2005

CLOROX

10  22  1960      M    W    6' 2"    000    BRO    BLK

✕

ΓPX19

**NationsRent**
1-800-No Sweat

Lt Nelson
= Larr / Caldwell
give Melvin Fleming
Permission to pick
m / Phone up.
Thanks
Larry Caldwell
(Color)

---

# ORDER OF RELEASE FROM JAIL

| State of Alabama Unified Judicial System | Form C-42    Rev 6/88 |
| --- | --- |
| Case Number | DC-03-1397 thru 1404; DC-03-1044 thru 1045 |

IN THE **DISTRICT** COURT OF **COVINGTON** COUNTY

STATE OF ALABAMA    v.    **LARRY CALDWELL**

## TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of **MINI**

Reason for Release: Paid $1,070.00; Judge's Order.

| Date | 9-24-2004 |

By: _____    Judge/Clerk

COURT RECORD (Original)    JAILER (Copy)    (Copy)

COVINGTON COUNTY JAIL
ISSUE SHEET

NAME _Caldwell, Larry_    CELL BLOCK _H_

_____(2) BOXER SHORTS

_____(2) PAIR SOCKS

_____(2) SHIRTS

_____(2) PANTS                    No Blanket

_____(2) SHEETS                   No Dressout

_____(1) BLANKET

_____(1) PAIR SLIDES

_____(1) TOWEL

_____(1) PLASTIC GLASS

_____(1) LAUNDRY BAG

I UNDERSTAND THAT THE ABOVE PROPERTY BELONGS TO THE
COVINGTON CO JAIL AND THAT UPON SIGNING THIS
AGREEMENT I AM RESPONSIBLE FOR SUCH ITEMS. I ALSO
UNDERSTAND THAT ANY DAMAGE, DEFACING OR FAILURE TO
RETURN ABOVE PROPERTY COULD RESULT IN ADDITIONAL
CHARGES AND/OR REPLACEMENT FEES. I ALSO UNDERSTAND
THAT BEFORE I CAN BE RELEASED OR TRANSFERED FROM THE
COVINGTON CO JAIL ALL COVINGTON CO PROPERTY MUST BE
RETURNED IN THE SAME CONDITION IN WHICH IT WAS ISSUED.

CAPT. ASHLEY ROBERTS
Ashley Roberts

X Chad A Byrd

# Covington County Jail
## *Inmate Issue Sheet*

Name __Caldwell, Larry__    Cell Block __B__ Date __5-3-00__

- __O__ (1) Pillow
- __2__ (2) Boxer Shorts *med*
- __2__ (2) Socks (pair)
- __2__ (2) Shirts
- __2__ (2) Pants
- __2__ (2) Sheets *old*
- __1__ (1) Blanket
- __OWN__ (1) Slides (pair)
- __1__ (1) Towel *old*
- __1__ (1) Bath Cloth
- __1__ (1) Laundry Bag
- __1__ (1) Plastic Drinking Cup

Describe If Any Damage To Issued Items:_____

_____

_____

_____

*I understand that the above property belongs to the covington county jail and that upon signing this agreement I am responsible for said items.I also understand that before I can be released or transferred from the covington county jail all covington county property must be returned in the same condition in which it was issued. If the property belonging to the covington county jail is torn or defaced you will be charged for the said property or reimburse the county for replacement cost for each item.*

_Ashley Roberts_
**ASHLEY ROBERTS, CAPTAIN**

Witness: __Ashley Roberts__    *Inmate Signature:* __Larry Caldwell__

DATE: _9-12-99_

TIME: _9am - 6pm_


THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

_Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL

ON A __HOUR PASS.  FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT.  THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.


FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE...........


I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.

_Larry Caldwell_

_Anthony Clark_
Sheriff

I _Michelle Roberts_ take responsibility for the above named
inmate while on pass from the Covington County Jail.  I further take
responsibility for the inmate being back at the jail at the assigned time.

Signed: _____

Inmate to return to jail _9-12-99 at 6pm_

PASS APPROVED BY: _Angie Roberts_
by J Bush H/s

# Covington County
### Sheriff
#### Anthony Clark



# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*10 am to 6 pm*

DATE & TIME: 9-1-02

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
*Larry Caldwell* TO LEAVE THE COVINGTON COUNTY JAIL ON A
8 HOUR PASS ON 9-1-02 . FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE...........

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED.

I *Robt K_____* TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME.

SIGNED *Robt K_____*

INMATE TO RETURN TO JAIL 06:00 PM

PASS APPROVED BY *Hayward Thomas (H)*

# Covington County
### Sheriff
### Anthony Clark



# Sheriff's Department
#### 290 Hillcrest Drive
#### Andalusia, Alabama 36420
#### Office (334) 428-2643
#### Fax (334) 428-2654

*10 am to 6 pm*

DATE & TIME: _9-1-02_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
_Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL ON A
_8_ HOUR PASS ON _9-1-02_. FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE............

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED.

I _Robert Kennedy_ TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME.

SIGNED _Robert Kennedy_

INMATE TO RETURN TO JAIL _6:00 PM_

PASS APPROVED BY _Hayward Thomas CO_

# Covington County
**Sheriff**
**Anthony Clark**



# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 423-2654

*Larry Caldwell*
*10:00 am to 6:00pm*

DATE & TIME: _8-4-02_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
_Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL ON A
_8_ HOUR PASS ON _8-4-02_ FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE............

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED.

I _Byron McClain_ TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME.

SIGNED _Larry Caldwell_
_Byron McClain_

INMATE TO RETURN TO JAIL _6:00pm 8-4-02_

PASS APPROVED BY _Hayward Thomas    ww_

# COVINGTON COUNTY
## INMATE ISSUE SHEET

NAME: _LARRY CALDWELL_ CELL BLOCK _D_ DATE: _4/26/01_

PILLOW: _____

MATTRESS _D-12_                CONDITION _____

SHEET _D 12 ①_                          _____

BLANKET _____ _1_                     _____

DESCRIBE IF ANY DAMAGE TO ISSUED
ITEMS _____

_____

I understand that the above property belongs to the Covington County Jail and that upon signing this agreement I am responsible for said items. I also understand that before I can be released or transferred from the Covington County Jail all Covington County Property must be returned in the same condition in which it was issued. If the property belonging to the Covington County Jail is torn or defaced you will be charged for the said property or reimburse the county for replacement cost for replacement cost for each item.

Witness: _____        Inmate Signature: _____

recieved from the above listed inmate the above listed items and they are in the same condition they were issued.    Officer: _____

Date: _____