**Covington County**
Sheriff
Anthony Clark



**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*10 Am. 6pm*

DATE & TIME: _1-11-02_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
_Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL ON A
_8_ HOUR PASS ON _01-13-02_. FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE............

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL. AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED.

I _NANNIE CALDWELL_ TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME.

SIGNED _Nannie Caldwell_

INMATE TO RETURN TO JAIL _01-13-02. 6pm_

PASS APPROVED BY _____

_Larry Caldwell_



**Covington County**
Sheriff
Anthony Clark

# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2543
Fax (334) 428-2654

DATE & TIME: _1-20-02_      _10Am to 6pm_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
_Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL ON A
_8_ HOUR PASS ON _1-20-02_ . FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE............

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED.

(I _Charlie Tillis_ TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME.

SIGNED _Larry Caldwell / Charlie Tillis_

INMATE TO RETURN TO JAIL _1-20-02_  _6pm_

PASS APPROVED BY _Guy Eifen_

4/7/00  Order of Release from Jail

6-30-00  Motion for Writ of Arrest

8-2-00  Order - Writ of Arrest - Executed As to Michael Bullard by placing him in jail on:

8/4/00  Defendant may be released until 12:00 Noon ~~until~~ on Monday, Aug 7, 2000, upon motion in the amount of $5,000.00 _____ /s/ _____ Further, Larry Sutton or Jimmy Cook may make the bond. /s/ _____ Defendant will upon payment of $1,000.00 be added as further release conditions. /s/ _____

CALDWELL, LARRY  AKA  "CLOROX"
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  10-22-1960



**Covington County**
Sheriff
Anthony Clark



# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

DATE & TIME _6-6-99_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
_LARRY CALDWELL_ TO LEAVE THE COVINGTON COUNTY JAIL ON A
_6_ HOUR PASS ON _SUNDAY JUNE 6TH_ FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE.........

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED

I _Ronnie CAldWell_ TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME.

SIGNED _Ronnie Caldwell_

INMATE TO RETURN TO JAIL _5pm 6-6-99_

PASS APPROVED BY _____

_9AM to 5pm_

**FACSIMILE TRANSMITTAL HEADER SHEET**
**TRIAL DEFENSE SERVICE**
**FORT KNOX FIELD OFFICE**
**FORT KNOX, KENTUCKY 40121-5600**



**CPT Juliet A. Follansbee, Senior Defense Counsel**
**CPT Andrew F. Scafidi, Trial Defense Counsel**
**CPT W. Todd Kuchenthal, Trial Defense Counsel**
**Mrs. Linda Luckett, Paralegal Specialist**
**SGT Marino Cole, Paralegal Specialist**
**SPC Barry Boyd, Jr., Paralegal Specialist**

TO:  INMATE LARRY CALDWELL

FAX NUMBER:  (334) 428-2654

DATE:  11 MAY 2004

CLASSIFICATION:  UNCLASSIFIED

TOTAL NUMBER OF PAGES (INCLUDING HEADER): 3

SUBJECT:  DISCHARGE APPROVAL AND UPGRADE INFORMATION.

REMARKS: AS DISCUSSED.  – L. LUCKETT


AUTHORIZED RELEASER'S SIGNATURE

TELEPHONE CONFIRMATION REQUESTED:  ___ YES  X  NO

*This transmission is intended only for the use of the person or office to whom it is addressed and may contain information that is privileged, confidential or protected by law. All others are hereby notified this message does not waive any applicable privileges or exemption from disclosure and that dissemination or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately at the number listed below.*

PLEASE CALL DSN:  464-5822
    COMMERCIAL:  (502) 624-5822
    FAX NUMBER:    -6481



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY ARMOR CENTER AND FORT KNOX
FORT KNOX, KENTUCKY 40121-5000

REPLY TO
ATTENTION OF

ATZK-CG                                                                 2 9 APR 2004

MEMORANDUM THRU Commander, US Army Garrison, United States Army Armor Center and Fort Knox, Fort Knox, KY 40121-5000

FOR Commander, Special Processing Company, United States Army Personnel Control Facility, United States Army Armor Center and Fort Knox, Fort Knox, KY 40121-5238

SUBJECT: Separation UP AR 635-200, Active Duty Enlisted, Administrative Separations, Chapter 14, Section II, Paragraph 14-5a, (Conviction by Civil Court) PV1 Larry Caldwell, 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

1. PV1 Larry Caldwell, 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, will be discharged from the United States Army under the provisions of AR 635-200, Chapter 14, Section II, Paragraph 14-5a, misconduct due to conviction by civil court.

2. He will be separated under other than honorable conditions.

3. Pursuant to AR 635-200, Chapter 1, Section VII, paragraph 1-35, PV1 Caldwell will not be transferred to the Individual Ready Reserve (IRR).

4. His personnel records will be promptly delivered to the Transition Center. Discharge date will be determined by the Chief Transition Center.

5. Point of contact is Mrs Campbell 4-5210.

Encl
Separation Packet

TERRY L. TUCKER
Major General, USA
Commanding

## Information Paper
## Applying for an Upgrade of Your Discharge
## Army Discharge Review Board

**Who may apply?** Former members of the Regular Army, the Army Reserve, and the Army National Guard may submit an application (DD Form 293) to the Army Discharge Review Board (ADRB). If the former member is deceased or incompetent, the surviving spouse, next of kin, or legal representative may apply (application must include supporting documentation, i.e. certified copy of marriage license, death certificate, or power of attorney).

**What do I do first?** If you need any of your personnel records for inclusion in your application, obtain them before you submit your request for review. After your application for discharge review is submitted your records are sent to the ADRB where they cannot be reproduced. To obtain copies of your military personnel records, submit a Standard Form 180 (Request Pertaining to Military Records) to:

> National Personnel Records Center (NPRC)
> 9700 Page Boulevard
> St. Louis, MO 62132-5200

**How do I apply?** After you have all your documents ready, submit an original, completed and signed Application for Review of Discharge or Dismissal (DD Form 293). Blank forms and instructions are available on the ADRB web site: http://arba.army.pentagon.mil/adrb.htm. Application forms can also be obtained by sending a request to:

> Army Review Boards Agency (ARBA)
> ATTN: Client Information and Quality Assurance
> Arlington, VA 22202-4508

> Telephonic assistance is available at 1-703-607-1600

**How long do I have to apply?** Requests for review must be made within 15 years of discharge/dismissal. It is suggested that you wait a little while (6 months – 2 years) before applying the first time to allow time to build up some references in the civilian community where you live.

**What characterization of discharge can I request?** You can apply to have your discharge upgraded to honorable the first time you apply, regardless of the characterization of discharge you were awarded (but be realistic in your request). Soldiers discharged under Other Than Honorable conditions after 1 October 1982 while in entry level status (less than 6 months service) may request upgrade to an uncharacterized discharge. To do this, write in block 3c "Change to Entry Level Separation".

**What reasons justify an upgrade of my discharge?** There are two grounds for upgrading a discharge:

(a) Propriety – requesting change in discharge due to an error in the application of a regulation, statute, constitutional provision or other source of law.

(b) Equity – requesting change in discharge due to: (1) the policies and procedures under which you were discharged differing in material respects from those currently applicable on a service-wide basis, (2) the discharge being inconsistent with the standards of discipline in the military service of which you were a member at the time of issuance, (3) your exemplary service record and other evidence presented to the ADRB, or (4) your capability to serve (age, educational level and aptitude scores, family and personal problems; capricious actions; or discrimination).

**Can I appear personally before the review board?** Yes. There are three types of reviews, two involve personal appearances.

(1) Resident Panel Hearing – a review involving an appearance before the ADRB in Arlington, VA, by you and/or your counsel or representative (all expenses for travel and/or appearance are incurred by you).

9/00

# PROPERTY RELEASE FORM

I _Larry Caldwell_ do herby give my permission for my property here at the Covington County Jail to be picked up by_____. I understand that if it is not picked up within fourteen days from this date that it will be disposed of by the Covington County Jail.

Inmate

Wittness _D. Nelson_

Date _3-26-04_

Property picked up by:

X _Dorothy J. Campbell_

Date _3-26-04_

2 boxes of belonging left by US Army

5/18/04

FOR - Larry Caldwell

Please allow to wear

Shoes - feet are hurting

Penny Cassady RN

5/18/04

For - Larry Caldwell

Please allow to wear

Shoes - feet are hurting

Perry Cassady RN

| State of Alabama<br>Unified Judicial System<br>Form CR-41   Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number<br>MC03-0000549<br>(Multiple) |
| --- | --- | --- |

IN THE _____ **MUNICIPAL** _____ COURT OF _____ **COVINGTON** _____ COUNTY

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF _____ **OPP** _____

v. _____ **LARRY CALDWELL** _____ , Defendant

TO THE JAILER OF ___ **COUNTY JAIL** _____

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of ____ **DISORDERLY CONDUCT; RESISTING ARREST; OBSTRUCTING GOV. OPERATIONS**

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: ___ **SERVE OUT *ALL* OUTSTANDING FINES AND COSTS OF $997.50 AT $15 DAY = 66.5**

__ **DAYS (TO RUN CONCURRENT W/FELONY CHARGES) ---------- BEGINNING 11/04/03 AND ENDING   JANUARY 10, 2004 @ 7:00 A.M.**

Sentence: ___ **SERVE OUT ALL FINES AND COSTS** _____

| Date Sentenced<br>2004-11-04 | Jail Credit | Date Sentence Begins<br>2004-11-04 |
| --- | --- | --- |

## IDENTIFICATION OF DEFENDANT

| Name of Defendant<br>**LARRY CALDWELL** | | | | | Telephone Number<br>**(205) 493-9452** | |
| --- | --- | --- | --- | --- | --- | --- |
| Social Security Number<br>**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** | Date of Birth<br>**1960-10-22** | Age<br>**43** | Race<br>**BLACK** | Sex<br>**M** | Height<br>**6' 02"** | |
| Weight<br>**165** | Hair<br>**BLACK** | Eyes<br>**BROWN** | Other | | | |
| Address<br>**14  HARDAGE CIRCLE  C** | | City<br>**OPP** | | | State<br>**AL** | Zip Code<br>**36467** |
| Name of Employer<br>**UNEMPLOYED** | | | | Employer's Telephone Number | | |
| Address | | City | | | State | Zip Code |

Additional Case(s):   MC03-0000550   MC03-0000551   MC92-0000249   MC93-0000067   MC96-0000371
                       TR92-0000285

_11-5-03_
Date

_____ (signature)
Judge/Clerk/Magistrate

**PRISONER'S JAIL RECORD**

S.S. NO. 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

NO. _____

NAME Caldwell Larry          DATE 11-12-56    TIME 16:54

ALIAS _____

ADDRESS Rt 2 Box 185-B Elba

AGE 36  RACE W  SEX M  EYES Blu  HAIR Blk  HEIGHT 6'02"  WEIGHT 175

DATE OF BIRTH 10-22-60  PLACE OF BIRTH Off

SCARS OR MARKS N

ARRESTING OFFICER W. Griggs

ARRESTING AGENCY CCSO

SPOUSE OR NEXT OF KIN Bonnie Caldwell

TELEPHONE NO. 334-493-9390

OFFENSE Mur I

STATUS _____
SENTENCE BEGINS _____    SENTENCE EXPIRES _____

HOLD FOR _____

BEHAVIOR _____

HOW RELEASED Release Creek APO

TIME ALLOWED GOOD BEHAVIOR _____

RELEASING OFFICER ENTERING R/I PRINT Hrufe    DATE 11/10/94  TIME 10:00am
DRAFT BOARD & CLASSIFICATION _____

RELEASING OFFICER RELEASING R/I PRINT _____

REMARKS: Bond 3000.00

---

**ORDER OF RELEASE FROM JAIL**

State of Alabama
Unified Judicial System

Form C-42    Rev 6/88

Case Number _____

IN THE _____ COURT OF _____ COUNTY

STATE OF ALABAMA

v.

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____

Date _____

COURT RECORD (Original)    JAILER (Copy)    By: _____  Judge/Clerk

# PRISONER'S JAIL RECORD

B.S. NO. 421 02 1911

NO. ___

NAME _CALDWELL, Larry_    DATE _13 Sept 96_    TIME _22 J~_

ALIAS _C~n~_    c~r~ _Clout_    ADDRESS _Rt 2, B~4, 85 B_    _ECBA_    _PCJ~3_    _AL_

AGE _25_    RACE _B_    SEX _M_    EYES _Bn~_    HAIR _Blk_    HEIGHT _6'2_    WEIGHT _175_

DATE OF _22 Oct 60_    PLACE OF _Coffee County_
BIRTH                  BIRTH

ARRESTING
OFFICER _Bedsole_

OFFENSE _NUNIX 2)_    _???_    _+3 = 30_    TELEPHONE NO _247-2478_

                        Serial 9-16-96

STATUS _____    SPOUSE OR NEXT OF KIN _Annie Joyce Caldwell_
SENTENCE
BEGINS _____

SENTENCE
EXPIRES _____

                        SCARS OR
                        MARKS _____

ARRESTING
AGENCY _CCSO_

                        TIME ALLOWED—
                        GOOD BEHAVIOR _____

BEHAVIOR _____

HOW RELEASED _Judge Release + Released to DATE_ _10/01/96_    TIME _03:00 pm_
                                            DRAFT BOARD
RELEASING OFFICER _Boyce_    OPP P.O.        & CLASSIFICATION
ENTERING R/I PRINT    RELEASING R/I PRINT    REMARKS _No B~d Till_ _William R. Serum_

                        HOLD
                        FOR _____

_Hold for OPP_

REMARKS, _No B~d Till_ _William R. Serum_

---

Form C-42    Rev 6/88

State of Alabama
Unified Judicial System

# ORDER OF RELEASE
# FROM JAIL

Case Number ___

IN THE _____    COURT OF _____

STATE OF ALABAMA    V. _____    _____ COUNTY

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of

_____

Reason for Release _____

_____

Date _____    By: _____
                      Judge/Clerk

COURT RECORD    (Original)    JAILER    (Copy)



Clock 4:00 pm.

Linda Luckett

502 - 624 - 1408

# PRISONER'S JAIL RECORD

NO. _____

S.S. NO. _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_

NAME  _Caldwell, Larry_          DATE  _10-16-58_   TIME  _1500_

ALIAS  _____     ADDRESS  _Rt 2 Boy 13_   _Elba_

AGE  _36_  RACE  _B_  SEX  _M_  EYES  _Bro_   HAIR  _Blk_   HEIGHT  _6'02_  WEIGHT  _170_

DATE OF BIRTH  _10-22-60_        PLACE OF BIRTH  _Coffee_  _Co_

ARRESTING OFFICER  _West_        ARRESTING AGENCY  _CCSD_

OFFENSE  _FTA NWNI×3 and OT Fine_  _Enhanced from_   _CCSD_
_NWNI×3 and OT Fine_   _Enhanced from_  _Elba City Co_

STATUS  _____     SPOUSE OR NEXT OF KIN  _____

SENTENCE BEGINS  _____   HOLD FOR  _Coffee Co_  _TELEPHONE NO._

SENTENCE EXPIRES  _____

BEHAVIOR  _____  TIME ALLOWED-GOOD BEHAVIOR  _____

HOW RELEASED  _Transfer to Crenshaw Co_   DATE  _9-29-99_  TIME  _1100_

RELEASING OFFICER  _____   DRAFT BOARD & CLASSIFICATION  _____

ENTERING R/I PRINT / RELEASING R/I PRINT  _L. Brooks_   REMARKS:  _____



# Covington County
### Sheriff
### Anthony Clark

# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

DATE & TIME. *Aug 21st*

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
*LARRY CALDWELL* TO LEAVE THE COVINGTON COUNTY JAIL ON A
*8* HOUR PASS ON *Aug 21 8 to 4* FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED

I _____ TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME.

SIGNED _____

INMATE TO RETURN TO JAIL _____

PASS APPROVED BY _____

Fax (334) 428-2654
Office (334) 428-2643
Andalusia, Alabama 36420
290 Hillcrest Drive
Sheriff's Department

Covington County
Sheriff
Anthony Clark

# Covington County
### Sheriff
### Anthony Clark



# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax   (334) 428-2654

## INMATE PASS

DATE: _7-2 y-8 9_

TIME:
FROM _8 AM_ TO _6 PM_

This is authorization from Covington County Sheriff's Department for

_Larry Caldwell_ to leave the jail on a _10_ hour pass.

Failure to report back or comply with all rules and regulations will be

considered as a violation and will be prosecuted to the fullest extent.

This includes all laws covered in the code of Alabama

## Failure to return will be considered as ESCAPE ..............

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to
return to the jail at the proper time will be considered an escape and I will be charged

_____
INMATE SIGNATURE

I_____ take responsibility for the above named inmate while on
pass from the Covington County Jail. I further take responsibility for the inmate being
back at the jail on time.

SIGNED _____

PASS APPROVED BY _Cathy Robert CJI_

## COVINGTON COUNTY JAIL
### Page 6

THIS FORM IS TO BE READ TO THE INMATE AT TIME OF BOOKING OR AS SOON
AFTER IF THEY ARE NOT ABLE TO UNDERSTAND AT THE TIME OF BOOKING:

I *Larry Caldwell*    HAVE BEEN ADVISED BY THE JAILER

OF THE FOLLOWING.

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO
SEARCH BY AUTHORIZED PERSONNL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS

I HAVE RECEIVED A COPY OF THE INMATE RULES FOR THE COVINGTON
COUNTY JAIL AND UNDERSTAND THAT IT IS UP TO ME TO READ AND
UNDERSTAND THESE RULE,S AND TO FOLLOW THEM. IF YOU ARE NOT ABLE
TO READ THEM ASK THE OFFICER TO READ THEM TO YOU.


_____         DATE: _10/04/01_
INMATE SIGNATURE


_____         DATE: _10/04/01_
JAILERS SIGNATURE

# Covington County

**Sheriff**
**Anthony Clark**



# Sheriff's Department

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax   (334) 428-2654

DATE: _3-20-99_

TIME: _8am - 4pm_

THIS IS AUTHORIZATION FROM THE COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR _LARRY CALDWELL_ TO LEAVE THE COVINGTON COUNTY JAIL ON A _8_ HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND YOU WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE............

I understand that no drugs or alcohol will be
used while on pass from the jail and failure
to return to the jail at the proper time will be
considered as escape and I will be charged.

_Larry Caldwell_

SHERIFF ANTHONY CLARK

I _ANNIE J CALDWELL_ take responsibility for the above named inmate while on pass from the Covington County Jail. I further take responsibility for the inmate being back at the jail at the assigned time.

_5 pm_ Signed _Annie J Caldwell_
_5 pm per Donnie Ryg...._
Inmate to return to jail _4pm SATURDAY MAR. 20 1999_

PASS APPROVED BY: _Chief Deputy Donnie M. Ryg..._



**Covington County**
Sheriff
Anthony Clark

# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

DATE & TIME    *3-21-99    8am-4pm*

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR
*LARRY CALDWELL*_____ TO LEAVE THE COVINGTON COUNTY JAIL ON A
*8* HOUR PASS ON    *3-21-99*_____ FAILURE TO REPORT BACK OR
COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A
VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT   THIS
INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS
FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME
WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED

I *ANNIE J CALDWELL* TAKE RESPONSIBILITY FOR THE ABOVE
NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL.  I
FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT
THE ASSIGNED TIME

SIGNED *Jo...*

INMATE TO RETURN TO JAIL    *4PM SUNDAY MAR 21 1999*

PASS APPROVED BY   *Chief Deputy Dennie M Ryan*



# Covington County
### Sheriff
## Sheriff's Department

Anthony
Clark

Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 3-14-99

TIME: 0/0 : 00 -18+00

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

_Lacey Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL

ON A __ HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.


FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE...........


I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.

_Tony Caldwell_

Sheriff                                                J. Simmons

X _ANNIE J. CALDWELL_ Anthony Clark take responsibility for the above named
inmate while on pass from the Covington County Jail. I furthur take
responsibility for the inmate being back at the jail at the assigned time.

Signed: _annie J. Caldwell_

Inmate to return to jail __3-14-99    6:00 __

PASS APPROVED BY: _Anthony Clark 2301_
                                                J. Simmons

August 25, 1987

F COVINGTON COUNTY, ALABAMA

CASE NO. DC-87-1255

nt

thless Negotiable Instrument

_____ days

____ or _____ days

____ or _____ days

____

_____ 30 _____ days

ist 25, 1987

:ember 24, 1987

RAY BOZEMAN
Clerk of Circuit Court,
Covington County
Andalusia, Alabama

thin 30 days defendant
f _____ days.

---

Date: August 25, 1987

CIRCUIT }
COURT }       COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,
                 Plaintiff
            vs.              }  CASE NO. DC-87-1256
    Larry Caldwell
                 Defendant

Offense: Negotiating Worthless Negotiable Instrument

Additional Hard Labor:                    _____ days

Fine of:          $ _____ or _____ days

Costs:            $ _____ or _____ days

Total Fine & Costs    $ _____

Total Sentence:              ____ 30 _____ days

Date Sentence to Begin: September 24, 1987

Date Sentence Completed: October 24, 1987

Date Case Continued To: _____

          RAY BOZEMAN
          Clerk of Circuit Court,
          Covington County
          Andalusia, Alabama

If fine and cost not paid within 30 days defendant
must serve entire sentance of _____ days.

| | |
|---|---|
| :ust 25, 1987 | Date: August 25, 1987 |

P COVINGTON COUNTY, ALABAMA

CIRCUIT ⎧
COURT  ⎫   COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,
                    Plaintiff
              vs.
    Larry Caldwell
                    Defendant

f ⎧
  ⎫ CASE NO. DC-87-1257      CASE NO. DC-87-1258
ant ⎭

hless Negotiable Instrument      Offense: Negotiating Worthless Negotiable Instrument

_____ days      Additional Hard Labor: _____ days

_____ or _____ days      Fine of:      $____ ____ or _____ days

_____ or _____ days      Costs:      $_____ or _____ days

_____      Total Fine & Costs      $_____

_____30_____ days      Total Sentence: _____30_____ days

ober 24, 1987      Date Sentence to Begin: November 23, 1987

vember 23, 1987      Date Sentence Completed: December 23, 1987

_____      Date Case Continued To: _____

RAY BOZEMAN
Clerk of Circuit Court,
Covington County
Andalusia, Alabama

RAY BOZEMAN
Clerk of Circuit Court,
Covington County
Andalusia, Alabama

id within 30 days defendant
nce of _____ days.

If fine and cost not paid within 30 days defendant
must serve entire sentance of _____ days.

ugust 25, 1987                                   Date: August 25, 1987

)F COVINGTON COUNTY, ALABAMA          CIRCUIT }        COURT OF COVINGTON COUNTY, ALABAMA
                                      COURT   }

                                      STATE OF ALABAMA,
iff                    (                        Plaintiff              (
                       (                          vs.                  (
_____ )             CASE NO. DC-87-1259   Larry Caldwell    ) CASE NO. DC-87-1260
dant                                             Defendant

hless Negotiable Instrument           Offense: Negotiating Worthless Negotiable Instrument

_____days               Additional Hard Labor:            _____days

_____ or _____days            Fine of:        $___ _____ or _____days

_____ or _____days            Costs:          $_____ or _____days

_____                               Total Fine & Costs   $_____

          30        days              Total Sentence:               30        days

ember 23, 1987                        Date Sentence to Begin: January 22, 1988

anuary 22, 198Z                       Date Sentence Completed: February 21, 1988

                                      Date Case Continued To:_____

    RAY BOZEMAN                          RAY BOZEMAN
    Clerk of Circuit Court,               Clerk of Circuit Court,
    Covington County                      Covington County
    Andalusia, Alabama                    Andalusia, Alabama

aid within 30 days defendant          If fine and cost not paid within 30 days defendant
ance of _____days.              must serve entire sentance of _____days.



SEX: M  RACE: H
* 16 M 28W IUM
* M 14U OMI
DOB: 10/22/66
NCIC:16PIPOPMPO1216PMCIC1
HGT:602  WGT:160  HAIR:BLK  EYE:BRO  SKN:DRK
*********UPDATED CARD*********

LCN :
FBI NO:868936W5          SSN :421-C2-1411
ORI :AL0230000           J-NO :00709304
CON1B :COVINGTON CO SHERIFFS DEPT  AIS NC:  DATE:04/05/83

PRISONER'S JAIL RECORD

S.S.NO. 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                                               NO. 11

NAME Caldwell, Larry                     DATE 3-10-2000          TIME 0100

ALIAS Chreck                             ADDRESS RT 2 Box 155-B Elba, AL

AGE 39  RACE B  SEX M  EYES Bro  HAIR Blk  HEIGHT 6'2  WEIGHT 170

DATE OF
BIRTH 10-22-1960  PLACE OF BIRTH Coffee County  SCARS OR MARKS

ARRESTING
OFFICER Perry Williams  ARRESTING AGENCY Cov County

OFFENSE FTA NWNIXZ (Returned From Coffee Co.)  TELEPHONE NO.

STATUS                                   SPOUSE OR NEXT OF KIN

SENTENCE
BEGINS                                   HOLD
                                         FOR

                    SENTENCE
                    EXPIRES

BEHAVIOR Good                            TIME ALLOWED—
                                         GOOD BEHAVIOR

HOW RELEASED Release order Per Judge

RELEASING OFFICER                        DATE 10-16-00  TIME 1758

ENTERING R/I PRINT                       DRAFT BOARD
                                         & CLASSIFICATION

RELEASING R/I PRINT

                    REMARKS:



Caldwell, Larry

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

10 22 60    M  B  6'2  180  BRO



COPY
SERVE ON DEFENDANT

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

      PLAINTIFF,                    *

VS.                                  *  CASE NOS.: DC-96-~~925~~, 935 thru 953,
                                        DC-96-1297, 1337 & 1338

LARRY CALDWELL,                      *

      DEFENDANT.                    *

## ORDER OF ARREST

In this cause, on October 6, 2000, the above defendant was released from jail, conditioned on his making payments of $150.00 per week to the Circuit Clerk's Office. The defendant has not made his payments.

It is therefore, Ordered that the Sheriff of Covington County or other law enforcement officer forthwith arrest the above defendant and incarcerate him in the Covington County Jail, to resume serving the balance of his sentence in the above cases.

DONE and ORDERED this 15th day of March, 2001.

Frank L. McGuire, III
District Judge

By. Anthony Clark

Defendant's address:

Route 2 Box 185B
Elba, AL  36323

B/M  10/22/1960
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

FILED IN OFFICE

MAR 1 5 2001

CLERK

State of Alabama
Unified Judicial System

Form C-42     Rev 6/88

## ORDER OF RELEASE FROM JAIL

Case Number

IN THE _____ DISTRICT _____ COURT OF _____ COUNTY

STATE OF ALABAMA     V. _____

TO THE JAILER OF _____ WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release     Paid $305.00 this date: Judge's Order

Date _____     By: _____

COURT RECORD (Original)     JAILER (Copy)     Judge/Clerk

---

State of Alabama
Unified Judicial System

Form C-42   Rev. 2/79

## ORDER OF RELEASE FROM JAIL

Case Number
ID     YR     Number

IN THE _____ COURT OF _____ COUNTY

STATE OF ALABAMA     VS. _____

TO THE JAILER OF _____

You are ordered to release from your custody the above name defendant, charged with the offense of _____

Reason for Release: _____

Date _____     By: _____

COURT RECORD (White)     JAILER (Green)     Judge/Clerk

DATE: ___02-04-99___

TIME: ___930 to 5PM___


THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

___Larry Caldwell___ TO LEAVE THE COVINGTON COUNTY JAIL

ON A 8 HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.


FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........


I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.

___[signature]___

                                   Anthony Clark
                                   Sheriff

I ___Nannie A Caldwell___ take responsibility for the above named
inmate while on pass from the Covington County Jail. I further take
responsibility for the inmate being back at the jail at the assigned time.

                        Signed: ___Nannie A Caldwell___

Inmate to return to jail ___5PM___


PASS APPROVED BY: ___[signature]___ per CJ3 Pastor Hugh's

06-20-99          11:00 AM —— 7:00 PM

LARRY Caldwell  HAs a 8 hour PAss From
Covington County JAil

No Drugs on Alcohol
Failure to Return will considered
ESCAPE......

Inmate
X _____

IN Custody Of.
X Randall James
INMATE Return 7pm 62099

Sheriff Clark-OR- CAPT. Roberts

CAPT. Roberts ~~and~~ Sheriff Clark, i understand that you ~~all~~ need a cook here at the County Jail because the cook got locked up for what reasons i don't know but if you will give me a chance i promise to you that i will do the best job possible im not just saying this to get up front im telling you this because i can cook and i know how to prepare the meals the proper way and im asking you to consider me for the job you can call Crenshaw and Coffee County and the will ~~tell~~ tell you that i can handle the job.

Thanks
Tony Caldwell
AKA (Chuck)

Denied

```
                    ALABAMA DEPARTMENT OF CORRECTIONS           INST:   22
CJP232                INMATE SUMMARY AS OF 05/16/89             CODE: CIA0


********************************************************************************

  AIS: 00122310A   INMATE: CALDWELL, LARRY ¤CLOROX¤         RACE: B   SEX: M

  INSTITUTION: 22C - COVINGTON                       JAIL CR: 00Y02M26D

  DOB: 10/22/60      SSN: 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

  ALIAS: CALDWELL, LARRY                      ALIAS: ¤CLOROX¤,

  ADM DT: 04/25/89   DEAD TIME: 00Y 00M 00D                        ,

  ADM TYP: NEW COMIT FROM CRT W/O REV OF PROB STAT: NEW COMIT FROM CRT W/O REV OF P

  CURRENT CUSTODY: OTW-4                    CURRENT CUSTODY DATE: 04/25/89

  SERVING UNDER ACT446 LAW IN CLASS III      CURRENT CLASS DATE:   04/25/89
  INMATE IS EARNING : EARNS 20 DAYS FOR EACH 30 SERVED

  COUNTY       SENT DT  CASE NO    CRIME                       JL-CR      TERM
  COVINGTON    04/25/89N89000082 FORGERY II                    0086D 004Y 00M 00D C
               COURT COSTS  : $0000173    FINES : $0000000   RESTITUTION : $000003
  COVINGTON    04/25/89N89000083 FORGERY II                    0086D 004Y 00M 00D C
               COURT COSTS  : $0000173    FINES : $0000000   RESTITUTION : $000013
  COVINGTON    04/25/89N89000084 FORGERY II                    0086D 004Y 00M 00D C
               COURT COSTS  : $0000173    FINES : $0000000   RESTITUTION : $00000A

   TOTAL TERM      MIN REL DT    GOOD TIME BAL     LONG DATE
   004Y 00M 00D    08/09/1990    000Y 00M 140      01/28/1993

   INMATE LITERAL:
********************************************************************************
DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

********************************************************************************
ESCAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.B.S.C.I.S. RECORDING BEGAN IN 1978

********************************************************************************
DISCIPLINARY SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS
```

1-4e (Rev 11-22-77)

# UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### IDENTIFICATION DIVISION
### WASHINGTON,D.C 20537

PAGE    1                                          03/14/89

Use of the following FBI record, NUMBER  868 936 W5   is REGULATED BY LAW. It is furnished FOR
OFFICIAL USE ONLY and should ONLY BE USED FOR PURPOSE REQUESTED. When further explanation of arrest charge   38
or disposition is needed, communicate directly with the agency that contributed the fingerprints.

| Contributor: Identifier (ORI) Name Case Number (OCA) | Subject: Name State Number (SID) | Arrested or Received | C – Charge / D - Disposition |
|---|---|---|---|
| NATIONAL CRIME INFORMATION CENTER FGPT. | | CLASS: | 16 PI PO PM PO 14 17 PM CI CI |
| AL0230000 SHERIFF'S OFFICE ANDALUSIA,AL | CALDWELL, LARRY AL709304 | 04/22/81 | C-ROBBERY 2ND DEGREE |
| AL0230000 SHERIFF'S OFFICE ANDALUSIA,AL | CALDWELL, LARRY AL709304 | 09/28/82 | C-FORGERY II |
| AL0190000 SHERIFF'S OFFICE ENTERPRISE,AL | CALDWELL, LARRY AL709304 | 05/21/87 | C-NEGOTIATING WORTHLESS NEGOIABLE INST 4 CTS |
| AL0230000 SHERIFF'S OFFICE ANDALUSIA,AL | CALDWELL, LARRY AL709304 | DATE FP 02/13/89 DOS: S | C-FORGERY II 3 COUNTS |

CONTRIBUTOR COPY
AL0230000
SHERIFF'S OFFICE
ANDALUSIA,AL



**STATE OF ALABAMA**
**BOARD OF PARDONS AND PAROLES**
777 South Lawrence Street
Montgomery, Alabama 36130
(205) 261-5533



Warren D. Gaston
Executive Director

8/15/89

Larry Caldwell
122310
Covington Co. Jail

Department of Corrections
Montgomery, Alabama

Your case has been reviewed and scheduled for parole consideration in ____8/90____.
This action was taken for the following reasons:

_____ 1/3 of total sentence.

__xx___ Guideline setting.

_____ Additional conviction.

_____ Jail credit change.

_____ Placed in IGT status.

_____ Removed from IGT status.

_____ Change in total term.

_____ Reset because of escape.

_____ Computation error.

_____ Recommendation by trial judge, district attorney or prison official. _____

_____ Other _____

Sincerely,

*Warren D. Gaston*

Warren D. Gaston
Executive Director

WDG/bs

cc: Warden
Parole Office    Andalusia/Elba



*STATE OF ALABAMA*
*BOARD OF PARDONS AND PAROLES*
777 South Lawrence Street
Montgomery, Alabama 36130
(205) 261-5533



Warren D. Gaston
Executive Director

8/15/89

Larry Caldwell
122310
Covington Co. Jail

Department of Corrections
Montgomery, Alabama

Your case has been reviewed and scheduled for parole consideration in ___8/90___.
This action was taken for the following reasons:

_____ 1/3 of total sentence.

\_\_xx\_\_ Guideline setting.

_____ Additional conviction.

_____ Jail credit change.

_____ Placed in IGT status.

_____ Removed from IGT status.

_____ Change in total term.

_____ Reset because of escape.

_____ Computation error.

_____ Recommendation by trial judge, district attorney or prison official.

_____ Other _____.

Sincerely,

*Warren D. Gaston*

Warren D. Gaston
Executive Director

WDG/bs

cc: Warden
    Parole Office    Andalusia/Elba
    Computer Unit
    File

CO Form 018

# TRANSCRIPT of RECORD
(Conviction Report)

**Case Number**

| CC | 89 | 84 |
|---|---|---|
| ID | YR | NUMBER |

Circuit Criminal Court Of Covington County

STATE OF ALABAMA vs.

Court ORI 023015

NAME/ALIASES: Lar "Clorox" Caldwell

SID No.

AIS No.

| INMATE DESCRIPTION | | | | | | |
|---|---|---|---|---|---|---|
| DOB 10-22 | Sex (x)M ( )F | Height 6'2" | Weight 160 | Hair Color Black | Eye Color Brown | |
| Race ( )W (x)Other (specify) | Complexion | Age (If DOB missing) | Distinguishing Features or Marks None Given | | | |

**ARREST INFORMATION**
Date of Ce 1-3 (Warrant Issued) | Initial Arrest Date 2-13-89 | Arresting ORI 0230000

**CHARGES LITERAL**: On Conv For II | Offense Class □A □Bx□C

**COURT INFORMATION**
Judge Name W. Baldwin, Circuit Judge | Prosecuting Attorney Name Eugenia L. Loggins, District Attorney

**PROBATION INFORMATION**
Applied (x)Yes Date: -89 | Granted: ( )Yes (x)No Date: 4-25-89 | Rearrested: ( )Yes ( )No Date: | Revoked: ( )Yes ( )No Date:

**SENTENCE INFORMATION**
Term of ment YR 0 4 DA 0 0 | Act 754-76 ( )Yes (xx)No | Probation Term (If Act 754) YR MO DA | Jail Credit Ordered XXYes ( )None
Date S 3- | Date Sentence Begins 4-25-89 | YR 0 0 MO 0 2 DA 2 6

**SENTENCE PROVISIONS**: x CC-89-82 and CC-89-83

**Restitution/Recoupment**
Restitution $55.00
Attorney Fee
Court Cost $173.00
Fine

**OTHER SENTENCE PROVISIONS**
□ ender
□ ender (Act 335-72)
x Specify & Attach Order)
□ (Specify & Attach Order)
□ i/o Parole □ Death

**APPEAL INFORMATION**: ( | Sentence Suspended Date: Pending Appeal ( )Yes ( )No | Sentence Affirmed: Date: ( )Yes | Date Rearrested

**REMARKS AND OTHER INFORMATION**
COMMITTED TO JAIL: 2-13-89
RELEASED ON BOND: NO BOND

This is to certify that the above information was extracted from official court records and is true and correct according to the record.
(Affix Court Seal)

May 10, 19 89
Date

Roger A. Powell, Clerk

Case Number

| | CC | 89 | 83 |
|---|---|---|---|
| | ID | YR | NUMBER |

## TRANSCRIPT of RECORD
(Conviction Report)

Alabama
Rev. 1/84

Court ORI  023015

Circuit Criminal     Court Of  Covington     County

### STATE OF ALABAMA
vs.

SID No.

AIS No.

| NAME/ALIASES | Larry "Clorox" Caldwell | | | | Hair Color Black | Eye Color Brown |
|---|---|---|---|---|---|---|

| | DOB 10-22-60 | Sex ( X)M  ( )F | Height 6'2" | Weight 160 | Distinguishing Features or Marks |
|---|---|---|---|---|---|
| INMATE DESCRIPTION | Race ( )W  ( X)B  ( )Other (specify) | | Complexion | Age (If DOB missing) | None Given |

| ARREST INFORMATION | Date of Offense 1-19-89 | Initial Arrest Date 2-13-89 | Arresting ORI 0230000 | |
|---|---|---|---|---|
| | | | | Offense Class ☐A ☐B ☒C |

| CHARGES LITERAL | On Conviction Forgery II |
|---|---|

| COURT INFORMATION | Judge Name W. H. Baldwin, Circuit Judge | Prosecuting Attorney Name Eugenia L. Loggins, District Attorney |
|---|---|---|

| PROBATION INFORMATION | Applied for: Date: 3-7-89 (X)Yes  ( )No | Granted: Date: 4-25-89 ( )Yes  (X)No | Rearrested: Date: ( )Yes  ( )No | Revoked: Date: ( )Yes  ( )No |
|---|---|---|---|---|

| SENTENCE INFORMATION | Term of Confinement YR 0|4 MO 0|0 DA 0|0 | Act 754-76 ( )Yes  (x)No | Probation Term (If Act 754) YR MO DA | Jail Credit Ordered (xx)Yes ( )None YR 0|0 MO 0|2 DA 2|6 |
|---|---|---|---|---|
| | Date Sentenced: 3-7-89 | Date Sentence Begins 4-25-89 | | |

| SENTENCE PROVISIONS | ☒ Concurrent  ☐ Consecutive | CC-89-82 and CC-89-84 | Restitution/Recoupment Restitution $104.68 Attorney Fee $173.00 Court Cost Fine |
|---|---|---|---|

| OTHER SENTENCE PROVISIONS | ☐ Habitual Offender ☐ Youthful Offender (Act 335-72) ☒ Restitution (Specify & Attach Order) ☐ Recoupment (Specify & Attach Order) ☐ Life ☐ Life w/o Parole ☐ Death |
|---|---|

| APPEAL INFORMATION | ( )Yes  (x)No | Sentence Suspended  Date: Pending Appeal ( )Yes ( )No | Sentence Affirmed:  Date: ( )Yes | Date Rearrest |
|---|---|---|---|---|

| REMARKS AND OTHER INFORMATION (CONTINUE ON REVERSE SIDE IF NEEDED) | DATES COMMITTED TO JAIL: 2-13-89 DATES RELEASED ON BOND:  NO BOND | This is to certify that the above information was extracted from official court records and is true and correct according to the record. (Affix Court Seal) May 10,                 19 Date Roger A. Powell, Cle Print or Type Name of Clerk Roger A. Pow |
|---|---|---|

| | | | Case Number |
|---|---|---|---|

**TRANSCRIPT of RECORD**
(Conviction Report)

| | Case Number | | |
|---|---|---|---|
| State of Alabama Form No. 62 Rev. 1/84 | CC | 89 | 82 |
| | ID | YR | NUMBER |

In The   Circuit Criminal   Court Of   Covington   County     Court ORI   023015

STATE OF ALABAMA
vs.

| NAME/ ALIASES | Larr"Clorox" Caldwell | | SID No. | |
|---|---|---|---|---|
| | | | AIS No. | |

| INMATE DESCRIPTION | DOB 10-22 | Sex (x)M ( )F | Height 6'2" | Weight 160 | Hair Color Black | Eye Color Brown |
|---|---|---|---|---|---|---|
| | Race ( )W (x)Other (specify) | | Complexion | Age (If DOB missing) | Distinguishing Features or Marks None Given | |

| ARREST INFORMATION | Date of Ce 1-1 | Initial Arrest Date 2-13-89 | Arresting ORI 0230000 |
|---|---|---|---|

| CHARGES LITERAL | On Conv Forge I | | Offense Class □A □B(x)C |
|---|---|---|---|

| COURT INFORMATION | Judge N W. H dwin, Circuit Judge | Prosecuting Attorney Name Eugenia L. Loggins, District Attorney |
|---|---|---|

| PROBATION INFORMATION | Applied Date: (x)Yesio 3-7-89 | Granted: Date: ( )Yes (x)No 4-25-89 | Rearrested: Date: ( )Yes ( )No | Revoked: Date: ( )Yes ( )No |
|---|---|---|---|---|

| SENTENCE INFORMATION | Term ement YR DA 0 4 0 0 | Act 754-76 ( )Yes (x)No | Probation Term (If Act 754) YR MO DA | Jail Credit Ordered (x)Yes ( )None | | |
|---|---|---|---|---|---|---|
| | Date I: 3· | Date Sentence Begins 4-25-89 | | YR 0 0 | MO 0 2 | DA 2 6 |

| SENTENCE PROVISIONS | (x) CC-89-83 and CC-89-84 □ e | Restitution/Recoupment | |
|---|---|---|---|
| | | Restitution | $60.00 |
| | | Attorney Fee | |
| | | Court Cost | $173.00 |
| | | Fine | |

| OTHER SENTENCE PROVISIONS | □fender □fender (Act 335-72) (x)(Specify & Attach Order) □t (Specify & Attach Order) □w/o Parole □ Death |
|---|---|

| APPEAL INFORMATION | D | Sentence Suspended Date: Pending Appeal ( )Yes ( )No | Sentence Affirmed: Date: ( )Yes | Date Rearreste |
|---|---|---|---|---|

| REMARKS AND OTHER INFOR- MATION (CON- TINUE ON REVERSE SIDE IF NEEDED) | ITTED TO JAIL: 2-13-89    ASED ON BOND:   NO BOND | This is to certify that the above infor- mation was extracted from officia court records and is true and correc according to the record. (Affix Court Seal)  May 10,  19 89 Date  Roger A. Powell, Clerk |
|---|---|---|



| | |
|---|---|
| Name | F. B. I. No. — No. |
| Alias | Color — Sex |
| Received | Age — Occupation |
| County | Birthplace Ciffee[illegible], Ga — Date |
| Date Sentenced | Height 6-2 — Comp. Dark Brown |
| Crime | Weight 150 — Eyes Brown |
| Term | Build Slender — Hair Black |
| | Teeth Good |

Scars None
Tattoo None

Pants 32×34
Shirt 38L
Soc. Sec. # 421

Notify Mr. & Mrs. [illegible]
Elba, Ala.

75
72
69
63
1·2·2·3·1·0

Signature [illegible]

# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS

## FUGITIVE WARRANT

TO: _Any Peace Officer_

WHEREAS _CALDWELL, Larry Clorox_ SERIAL NUMBER _122310_ WAS CONVICTED OF THE CRIME OF _Forgery II-3/Criminal Possession Forged Instrument II_ IN THE CIRCUIT COURT OF _Covington/Coffee_ COUNTY; THAT THE SAID CONVICT WAS SENTENCED TO IMPRISON- MENT IN THE ALABAMA STATE PENITENTIARY FOR A TERM OF _4 yrs_; THAT THE SAID CONVICT BEGAN SERVING HIS PENITENTIARY SENTENCE ON THE _25th/23rd_ DAY OF _April/May_ 19 _89_; THAT THE SAID CONVICT WAS THEREUPON CONFINED IN SAID PENITENTI- ARY IN ACCORDANCE WITH SAID SENTENCE: THEN THEREAFTER AND TO-WIT: ON THE _21st_ DAY OF _May_ 19 _90_, THE SAID CONVICT WAS PAROLED BY THE STATE BOARD OF PARDONS AND PAROLES, PENDING GOOD BEHAVIOR: THEN ON THE _28th_ DAY OF _December_ 19 _90_, THE STATE PARDONS AND PAROLE BOARD, HAVING REASONABLE CAUSE TO BELIEVE THAT SAID PRISONER HAS LAPSED OR ABOUT TO LAPSE, INTO CRIMINAL WAYS OR COMPANY OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPORTANT RESPECT, ORDERED SAID PAROLEE ARRESTED AND RETURNED TO THE CONFINE OF THE PENITENTIARY TO APPEAR BEFORE THE STATE BOARD OF PARDONS AND PAROLES WHO WILL DETERMINE THE PAROLE STATUS OF SAID PAROLEE.

WHEREFORE, THE UNDERSIGNED OF THE STATE DEPARTMENT OF CORRECTIONS VIRTUE OF THE AUTHORITY CONFERRED UPON HIM BY THE STATE OF ALABAMA, DOES HEREBY AUTHORIZE AND DIRECT YOU TO RETAKE THE SAID PAROLE VIOLATOR WHEREVER HE MAY BE FOUND, FOR HIS RETURN TO THE SAID STATE DEPARTMENT OF CORRECTIONS, SITUATED IN MONTGOMERY IN THE STATE OF ALABAMA.

IN TESTIMONY THEREOF, I HAVE HEREUNTO SET MY HAND AND THE SEAL OF THE DEPARTMENT OF CORRECTIONS THIS _4th_ DAY OF _January_, 19 _91_.

_____
Morris L. Thigpen, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

PLEASE COMPLETE THE SECTION BELOW AND DELIVER TO AGENT(S) RECEIVING PRISONER

STATE OF _____ COUNTY OF _____ THIS WRIT CAME TO HAND _14_ _January_, 19 _91_, AND NOTIFYING THE SATE DEPARTMENT OF CORRECTIONS BY WIRE COLLECT THAT PRISONER WAS AVAILABLE FOR TRANSFER TO THE STATE OF ALABAMA, DEPARTMENT OF CORRECTIONS, AND THAT EXTRADITION WAS _____, WAS NOT _✓_, NECESSARY.

THE ABOVE LISTED CONVICT NAMED IN THIS WRIT WAS DELIVERED TO _____ AGENT(S) OF THE STATE DEPARTMENT OF CORRECTIONS ON _____, 19 _____, FOR REMOVAL TO THE STATE OF ALABAMA.

_____
ARRESTING OFFICER

RECEIVED OF _____ AGENT(S) THE CONVICT, _____, NAMED IN THIS WRIT. THIS _____ DAY OF _____, 19 _____.

_____
IDENTIFICATION OFFICER



PRISONER'S JAIL RECORD

ID. NO. _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_    NO. _56623_

NAME _Caldwell, Larry_    DATE _03-16-83_    TIME _4:10 P.M._

ALIAS _Cloris Caldwell_    ADDRESS _Rt. 2. Box 155-B, Elba, Ala._

AGE _22_    RACE _B_    SEX _M_    EYES _BRO_    HAIR _BLK_    HEIGHT _6'2_    WEIGHT _160_

DATE OF BIRTH _10-22-60_    PLACE OF BIRTH _Coffee Co., Ala_    SCARS OR MARKS _____

ARRESTING OFFICER _N. Carnley_

ARRESTING AGENCY _____

OFFENSE _Burglary II_    WARRANT NO. _____

Bond is set $1,000

STATUS _____

SENTENCE BEGINS _____    SENTENCE EXPIRES _____    HOLD FOR _Geneva County Sheriff_

BEHAVIOR _____    TIME ALLOWED– GOOD BEHAVIOR _____

HOW RELEASED _Transfered to Geneva County_    DATE _03-17-83_    TIME _13 65_

RELEASING OFFICER _____    DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT    RELEASING R/I PRINT

REMARKS: _____

## PRISONER'S JAIL RECORD

ID. NO. 5342

NAME Caldwell, Larry  DATE 10-08-82  TIME 12:30 pm  NO.

ALIAS Clorex

AGE 21  RACE W  SEX M  EYES Blu  HAIR Blk  HEIGHT 6'2"  WEIGHT 160

DATE OF BIRTH 10-22-60  PLACE OF BIRTH Coffee Co. AL

ARRESTING OFFICER Anderson  ARRESTING AGENCY Cov. Co. SO

OFFENSE Forgery II  DARY Houston Co  WARRANT NO.

STATUS  SENTENCE BEGINS  SENTENCE EXPIRES  HOLD FOR  TIME ALLOWED— GOOD BEHAVIOR

BEHAVIOR

HOW RELEASED Bond  DATE 10-08-82  TIME 12:48 pm

RELEASING OFFICER / ENTERING R/I PRINT  Ortis Marning Jr

RELEASING R/I PRINT

REMARKS, DRAFT BOARD & CLASSIFICATION

---

## PRISONER'S JAIL RECORD

ID. NO. 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  NO. 56302

NAME Caldwell Larry  DATE 06-14-83  TIME 3:00 pm

ALIAS Clorex  ADDRESS Rt 2 Box 15 8B Elba, AL

AGE 23  RACE W  SEX M  EYES Blu  HAIR Blk  HEIGHT 6'2"  WEIGHT 170

DATE OF BIRTH 10-22-63  PLACE OF BIRTH Elba, Coffee Co. AL

ARRESTING OFFICER N. Crosby  ARRESTING AGENCY CCSO

OFFENSE Transfer from Geneva Co for Trial (Forgery III)  WARRANT NO.

STATUS Single  SENTENCE BEGINS  SENTENCE EXPIRES  HOLD FOR Geneva Co SO  TIME ALLOWED— GOOD BEHAVIOR

BEHAVIOR

# PRISONER'S JAIL RECORD

NO. 36968

ID NO. YG1-00-1411

NAME __CALDWELL   LARRY__

DATE __01-06-84__   TIME __2:30 pm__

ALIAS _____

ADDRESS __Rt 2 Box 185 3 Elba   AL__

AGE __23__ RACE __White__ SEX __male__ EYES __Brown__ HAIR __Black__ HEIGHT __6'2"__ WEIGHT __160__

DATE OF BIRTH __10/30/60__   PLACE OF BIRTH __Coffee County, AL__   SCARS OR MARKS __none__

ARRESTING OFFICER __Maxwell Hoof__   ARRESTING AGENCY __CCSO__

OFFENSE __Felony Warrant__   WARRANT NO. _____

STATUS _____

SENTENCE BEGINS _____ SENTENCE EXPIRES _____

HOLD FOR _____

BEHAVIOR _____   TIME ALLOWED— GOOD BEHAVIOR _____

HOW RELEASED __Judged   Order__   DATE __01.30.84__   TIME __2:43 pm__   DRAFT BOARD & CLASSIFICATION _____

RELEASING OFFICER ENTERING R/I PRINT __John H Maxwell Jr.__   RELEASING R/I PRINT _____

REMARKS. _____

```
                      ALABAMA DEPARTMENT OF CORRECTIONS          INST:   220
CJP232                INMATE SUMMARY AS OF 08/02/91              CODE: CRSUM

*****************************************************************************

 AIS: 001223104   INMATE: CALDWELL, LARRY "CLOROX"        RACE: B  SEX: M

 INSTITUTION: 220 - COVINGTON                     JAIL CR: 00Y00M00D

 DOB: 10/22/60    SSN: 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

 ALIAS: CALDWELL, LARRY                    ALIAS: "CLOROX",

 ADM DT: 04/25/89   DEAD TIME: 00Y 00M 00D

 ADM TYP: NEW COMMIT FROM CRT W/O REV OF PROB STAT: RECAPTURED

 CURRENT CUST: R5R-P   CURRENT CUST DT: 01/07/91   PAROLE REVIEW DT:

 SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND FOR THIS AIS

 SERVING UNDER ACT446 LAW IN RECAPTURED      CURRENT CLASS DATE:   05/21/90
 INMATE IS EARNING : PAROLE VIOLATOR IN CLASS IV

 COUNTY      SENT DT  CASE NO   CRIME                   JL-CR      TERM
 COVINGTON   04/25/89N89000082 FORGERY II              0086D 004Y 00M 00D C
             COURT COSTS  : $0000173    FINES : $0000000  RESTITUTION : $000008
 COVINGTON   04/25/89N89000083 FORGERY II              0086D 004Y 00M 00D C
             COURT COSTS  : $0000173    FINES : $0000000  RESTITUTION : $000013
 COVINGTON   04/25/89N89000084 FORGERY II              0086D 004Y 00M 00D C
             COURT COSTS  : $0000173    FINES : $0000000  RESTITUTION : $000008
 COFFEE      05/23/89N89000158 CRIM POSS OF FORGED INSTRUMENT 0000D 004Y 00M 00D C
             COURT COSTS  : $0000000    FINES : $0000000  RESTITUTION : $000010

  TOTAL TERM      MIN REL DT     GOOD TIME BAL    LONG DATE
  004Y 00M 00D    12/12/1991     00lY 05M 10D     05/22/1993

 INMATE LITERAL: RECAPT OPP PD
*****************************************************************************

 DETAINER WARRANTS SUMMARY

 >>DET WRNT 01/07/91  TYPE: PAROLE VIOLATION WAR CENTRAL RCD OFF/DEPT OF CORR
     LITERAL: 0000000000000000000000000000000    SEQ #: 01   CASE #: 0000000000

*****************************************************************************

 ESCAPEE-PAROLE SUMMARY

 >>PAROLED FROM 220:05/21/90  RVK:00/00/00 DELQ:01/07/91 RECAP:12/14/90 RTN:12/14/
     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.B.S.C.I.S. RECORDING BEGAN IN 1978

*****************************************************************************

 DISCIPLINARY SUMMARY
```



Date: July 22, 1991

CIRCUIT COURT } COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA, Plaintiff
vs.
Larry Caldwell, a/k/a
Clorox
Defendant

CASE NO. CC-91-71

Offense: Forgery III

Additional Hard Labor: ______ days

Fine of: $______ or ______ days

Costs: $______ or ______ days

Total Fine & Costs: $______

Total Sentence: 12 months ~~days~~ xxxx

Date Sentence to Begin: June 26, 1991

Date Sentence Completed: December 12, 1991

Date Case Continued To: ______

194 days jail credit.

ROGER A. POWELL
Clerk of Circuit Court,
Covington County
Andalusia, Alabama

If fine and cost not paid within 30 days defendant must serve entire sentence of ______ days.

SAS CCC42

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME **NAM**   FIRST NAME   MIDDLE NAME

Caldwell   Larry

Clorox

ORI   AL0230000

SO
ANDALUSIA AL

x Larry Caldwell

4/14/83 Nickey Camley
Transfer from Geneva Co.
for Trial
FORGERY III

AC-1483   M W   6'2"   170   Bro   Blk   Coffee Co AL

10 22 60

LEAVE BLANK

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

**Covington County Jail**
**Andalusia, Alabama**

Photo.# J6308

Time 3:00 AM PM

Name Caldwell Larry

Address Rt. 2 Box 185 B

Elba, Al.

D.O.B. 10-22-60  SSN # 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

Age 23  Race N  Sex M  Eyes B,20

Hair BLK  Hgt. 6'2"  Wgt. 170  Comp. Dark

Date of Arrest 06-14-83  Officer N. Carnley

Scars, Tatoos _____

OFFENSE Transfer For Geneva Co. For
Trial (Forgery III)

AL        10 22 60

170  B.70  BLK  Coffee Co. AL

```
              SEX: M  RACE: B              ✧ 16 M 28W IOM
                                           ✧  M 14U OMI
              DOB: 10/22/60                ✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧
                                           NCIC:16PIP0PMPO1216PMCICI
      HGT:602  WGT:170  HAIR:BLK  EYE:BRO  SKN:XXX
      DATE OF ARREST: 12/14/90
      CHG 01 2506 POSSESS FORGED-INSTRUMENT 2ND DEG



      LCN :                        SSN  :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
      FBI NO:868936W5              J-NO :00709304
      ORI :AL0230000               AIS NO:
      CONTB :COVINGTON CO SHERIFFS DEPT DATE:04/18/91


      CALDWELL    LARRY                SID: 00709304
              SEX: M  RACE: B          ✧ 16 M 28W IOM
                                       ✧  M 14U OMI
              DOB: 10/22/60            ✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧
                                       NCIC:16PIP0PMPO1216PMCICI
      HGT:602  WGT:160  HAIR:BLK  EYE:BRO  SKN:DRK
      DATE OF ARREST: 02/12/89
      CHG 01 2589 FORGERY-2ND DEG 3 CTS



      LCN :                        SSN  :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
      FBI NO:868936W5              J-NO :00709304
      ORI :AL0230200              AIS NO:
      CONTB :OPP POLICE DEPT         DATE:03/08/89
```

Covington County Jail
Andalusia, Alabama

Photo. # 96965
Time 2:30 AM PM

Name CALDWELL LARRY

Address Rt 2 Box 185 3 ELBA AL

D.O.B. 10/20/60         SSN # 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

Age 43    Race Black  Sex male   Eyes Brown

Hair Black Hgt. 6'2"  Wgt. 160  Comp. DARK

Date of Arrest 01-06-04  Officer MAXWELL HOOKS

Scars, Tatoos NONE

OFFENSE SEARCH WARRANT

# Covington County
### Sheriff
### Wilbur C. Mitchell



# Sheriff's Department
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: _2-7-98_

TIME: _1000 - 1600_

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

_Larry Caldwell_ _____ TO LEAVE THE COVINGTON COUNTY JAIL
ON A 8 HOUR PASS.  FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT.   THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.


FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........


I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.

_X Larry Caldwell_ _____


                              Wilbur C. Mitchell
                              Sheriff


_X_ _____ take responsibility for the above named
inmate while on pass from the Covington County Jail.  I furthur take
responsibility for the inmate being back at the jail at the assigned time.

                    Signed: _____

Inmate to return to jail_ __ _1800 hrs 2-7-98  (6 PM)_

PASS APPROVED BY: _Clinton D Bass for Hayward Thomas_