# Covington County

**Sheriff**
Wilbur C. Mitchell



# Sheriff's Department

Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 2-7-98

TIME: 1000 ~ 1800

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

_Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A 8 HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.


FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........


I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.

X _Larry Caldwell_


                Wilbur C. Mitchell
                Sheriff

X _____ take responsibility for the above named
inmate while on pass from the Covington County Jail. I furthur take
responsibility for the inmate being back at the jail at the assigned time.

        Signed: _____

Inmate to return to jail _1800 hrs 2-7-98 (6 PM)_

PASS APPROVED BY: _Clinton D Bass for Haywood Thomas_

**Covington County**
Sheriff
Wilbur C. Mitchell

**Sheriff's Department**
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: _03-22-98_

TIME: _8 Am    4 pm_

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

_Larry Caldwell_____ TO LEAVE THE COVINGTON COUNTY JAIL
ON A    HOUR PASS.  FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT.  THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.


FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE...........


I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.

_____          _____


                                    Wilbur C. Mitchell
                                    Sheriff

I _____ take responsibility for the above named
inmate while on pass from the Covington County Jail.  I furthur take
responsibility for the inmate being back at the jail at the assigned time.

                        Signed: _____

Inmate to return to jail _03-22-98_          _4pm_

PASS APPROVED BY: _Hayward Thomas._

Case 2:06-cv-00267-WKW-CSC    Document 11-5    Filed 04/14/2006    Page 3 of 53

**Covington County**
Sheriff
Wilbur C. Mitchell



**Sheriff's Department**
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: _11-30-97_

TIME: _10 Am_

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

_Lerry CAldwell_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A 8 HOUR PASS.  FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT.  THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.


FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE...........


I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.


_____

                            Wilbur C. Mitchell
                            Sheriff

I _____take responsibility for the above named
inmate while on pass from the Covington County Jail.  I furthur take
responsibility for the inmate being back at the jail at the assigned time.

                    Signed:_____

Inmate to return to jail _6pm   11-30-97_

PASS APPROVED BY: _Heyward Thomas  Jail Admin A.R_

[illegible]

WARRANT#: [illegible] AGENCY: [illegible]

STATE [illegible]

[illegible]

DATE: 121490 [illegible]

LOCATION OF VEHICLE [illegible]

[illegible]

COUNTY [illegible] STATE [illegible]

[illegible]

MARITAL STATUS [illegible]

[illegible]

EDUCATION [illegible]

[illegible]





# Covington County
### Sheriff
**Wilbur C. Mitchell**

# Sheriff's Department
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7803

DATE: 12/25/97

TIME: 09:30 am

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

_____ TO LEAVE THE COVINGTON COUNTY JAIL

ON A ____ HOUR PASS.  FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND

REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO

THE FULLEST EXTENT.  THIS INCLUDES ALL LAWS COVERED IN THE CODE OF

ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be
used while on pass from the jail, and failure
to return to the jail at the proper time will
be considered an Escape and I will be charged.

_____

                          Wilbur C. Mitchell
                          Sheriff

I _Ronny Caldwell_____ take responsibility for the above named
inmate while on pass from the Covington County Jail.  I furthur take
responsibility for the inmate being back at the jail at the assigned time.

                    Signed: _Ronnie Caldwell_
                              (5:10) pm

Inmate to return to jail 12/25/97    17:00

PASS APPROVED BY:

PRISONER'S JAIL RECORD

Caldwell (No Bend) No. ____

S.S.NO. 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

NAME _Caldwell  Larry_

ALIAS _____    DATE _12-14-90_   TIME _3:25_

AGE _30_  RACE _B_   SEX _M_   EYES _Bro_   ADDRESS _Rt 2 Box 185 · Elba_   N/a   _36323_

DATE OF BIRTH _10-22-60_   PLACE OF BIRTH _Coffee Co._   HAIR _Blk_   HEIGHT _6'2"_   WEIGHT _170_

ARRESTING OFFICER _____   ARRESTING AGENCY _N/a_   SCARS OR MARKS ____

____ Possession of a Forged Instrument II _____   TELEPHONE NO. _493-9452_

Form C-41                          Rev. 11/92

## ORDER OF COMMITMENT TO JAIL

IN THE ___Municipal___
(Circuit, District, or Municipal)

☐ STATE OF ALABAMA

v.

☑ MUNICIPALITY OF ___Florala___   COURT OF ___Florala___
                                    (Name of Municip

___Larry Caldwell___

TO THE JAILER OF ___Covington County___

You are ordered to receive into your custody the above-named defendant, ch

offense(s) of ___No Alias Warrant — org. chg.___

___(No Drivers License)___

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _____

_____

_____

Sentence: ___7 days in jail___

| Date Sentenced | Jail Credit | |
|---|---|---|

| Date 09-19-94 | | Date Sentence Begins |

Judge/Clerk/Magistrate ___Shiela Bull___

COURT RECORD (Original)

JAILER (Copy)

:CALDWELL . LARRY CLORD

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                           *

    Plaintiff,                            *

VS.                                         *  CASE NO.: DC-96-935 thru 953, DC-96-
                                               1297, 1337, 1338
LARRY CALDWELL,                             *

    Defendant.                            *

                                            *

## O R D E R

Pursuant to Rule 26.11(g) <u>Alabama Rules of Criminal Procedure</u>, a hearing was held in this cause. After examining the reasons for nonpayment and after consideration of the defendant's situation, means and conduct with regard to nonpayment, the Court determines and it is Ordered that the defendant be incarcerated until the unpaid fine, costs and restitution are paid in each case, to run consecutively with each other, but in no event shall such period of incarceration exceed one day for each $15.00 of the fine and costs.

DONE and ORDERED this 8th day of February, 2002.

                             Frank L. McGuire, III
                             District Judge

**FILED IN OFFICE**

FEB  8 2002

Roy A Powell
CLERK

ACR35P

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA          VS.
CALDWELL LARRY                        ALIAS:
411? CARVER CT                        ALIAS:
OPP  AL  36467

DOB:  10/22/1960   SEX: M   HT: 5 00   WT: 00   HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION:          AGE:      FEATURES:

DATE OFFENSE: 01/18/1996  ARREST DATE: 04/13/1?    ARREST AGE:

CHARGED @ CONV     CITES              CT 1- COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1      01 A  GUILTY PLEA

JUDGE: FRANK L MCGUIRE                PROSECUTOR:

PROBATION APPLIED   GRANTED  DATE           REARREST  DATE  ACQUITTED
( )Y( )N 10011996  (X)Y( )N 10011996             ( )N                ( )N

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL
( )Y (X)N   CONFINEMENT:    00 00 000  00 00 00    00
            PROBATION  :    24 000                 24 0
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS:

PROVISIONS                         COSTS/RESTITUTION

                    RESTITUTION           50.
                    ATTORNEY FEE          50.
                    CRIME VICTIMS         50.
                    COST
                    FINE
                    MUNICIPAL FEES        50
                    DRUG FEES             50.
                    ADDTL DEFENDANT
                    DA FEES
                    COLLECTION ACCT       50
                    JAIL FEES

                    TOTAL

APPEAL DATE       SUSPENDED           AFFIRMED           REVERSED
( )Y( )N _____  ( )Y( )N _____        ( )N

REMARKS:
                                   THIS IS TO CERTIFY THAT THE
                                   ABOVE INFORMATION WAS EXTRACTED
                                   FROM OFFICIAL COURT RECORDS
TO BEGIN SERVING ON FEB. 8, 2002 AND TO BE RELEASED ON
FEB. 11, 2002.

OPERATOR: SML
PREPARED: 02/14/2002

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                 COURT ORI: 0250000

STATE OF ALABAMA        VS.                        AG NO:
CALDWELL LARRY                      ALIAS: CLOROX
611 CARVER CT                       ALIAS:          SSN:     40 01411
OPP AL 12467

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 000   HAIR:          EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: _____

DATE OFFENSE: 10/17/1995   ARREST DATE: 04/13/1996   ARREST ORI: 0250000

CHARGES & CONV      CITES              CT CL COURT ACTION            CH DATE
NEGOTIATING WORTHL 13A-009-013.1      01  A  GUILTY PLEA            10/01 1996
                                       0
                                       0

JUDGE: FRANK L MCGUIRE                  PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED    GRANTED  DATE         REARRESTED  DATE   REVOKED  DATE
( )Y )N 10011996  (X)Y( )N 10011996  ( )Y  )N _____  ( )Y )N _____

15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT :  00 00 000   00 00 093   00 00 000   00 00 000
            PROBATION   :  00 24 000               00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 07/00/0000

PROVISIONS                  COSTS/RESTITUTION          DUE        ORDERED
                            RESTITUTION              $32.50       $32.50
                            ATTORNEY FEE             $0.00         $0.00
                            CRIME VICTIMS            $25.00       $25.00
                            COST                     $240.15      $240.15
                            FINE                     $25.00       $25.00
                            MUNICIPAL FEES           $0.00         $0.00
                            DRUG FEES                $0.00         $0.00
                            ADDTL DEFENDANT          $0.00         $0.00
                            DA FEES                  $74.00       $74.00
                            COLLECTION ACCT          $112.40      $112.40
                            JAIL FEES                $0.00         $0.00

                            TOTAL                    $508.07      $508.07

APPEAL  DATE          SUSPENDED          AFFIRMED           REARREST
( )Y )N _____  ( )Y )N _____  ( )Y )N _____  ( )Y )N _____

REMARKS:
                                   THIS IS TO CERTIFY THAT THE
                                   ABOVE INFORMATION WAS EXTRACTED
                                   FROM OFFICIAL COURT RECORDS
                                   AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON FEB. 12, 2002 AND TO BE RELEASED ON
MARCH 18, 2002

                            _Roger A. Powell_
                            ROGER A POWELL

                            04/14/20__

OPERATOR: AML
PREPARED: 04/14/2001

ACR069

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA        VS.
CALDWELL LARRY
211? CARVER CT              -ALIAS:  LARO?
OPP   AL   364¢7            -ALIAS:

DOB: 10/22/1960   SEX: M   HT: 0 00    WT: 00   HAIR:        EYE
RACE: ( )W (X)B ( )O   COMPLEXION: _____    AGE: ____  FEATURES:

DATE OFFENSE: 10/27/1995   ARREST DATE: 04/10/1??   ARREST OFF:

CHARGES & CONV    CITES                   CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1          01 A   GUILTY PLEA
                                          0
                                          0

JUDGE: FRANK L MCGUIRE                     PROSECUTOR: INZOR DEL AND S JR

PROBATION APPLIED    GRANTED  DATE        REARRESTED DATE  REMANDED
(X)Y( )N 10011995 (X)Y( )N 10011995 ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED      TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:  0 00 000  00 00 000  00 00 000
            PROBATION  :  00 24 000                  00 24 000
DATE SENTENCED: 10/01/1995   SENTENCE BEGINS: 03/02/2000

PROVISIONS                     COSTS/RESTITUTION         DUE        OWED

                               RESTITUTION           247.00
                               ATTORNEY FEE           50.00
                               CRIME VICTIMS          50.00
                               COST                  240.00
                               FINE                  500.00
                               MUNICIPAL FEES
                               DRUG FEES              50.00
                               ADDTL DEFENDANT
                               DA FEES               274.00
                               COLLECTION ACCT
                               JAIL FEES              50.00

                               TOTAL               1463.00

APPEAL DATE            SUSPENDED        AFFIRMED         REARREST
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

REMARKS:
                               THIS IS TO CERTIFY THAT THE
                               ABOVE INFORMATION WAS TAKEN
                               FROM OFFICIAL COURT RECORDS
                               AND IS CORRECT.
TO BEGIN SERVING ON MARCH 1ST 2002 AND TO BE RELEASED ON
APRIL 22, 2002

*[signature: Roger J. Powell]*

OPERATOR: AML
PREPARED: 02/14/2002

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

JUDGE: FRANK L. McGUIRE

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA    VS.
CALDWELL LARRY
211 CARVER CT
                            ALIAS: LLORO.
                            ALIAS:

DOB: 10/22/1960    SEX: M    HT: 0 00    WT: 000    HAIR:    EYE:
RACE: W FX:B 0    COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 11/13/1995    ARREST DATE: 09/13/199    ARREST ORI:

CHARGES & CONV    CITES    CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-0 13.1    01 A  GUILTY PLEA
                                      0
                                      0

JUDGE: FRANK L. McGUIRE    PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE
  Y  N 10011996  X Y  N 10011996    Y  N _____

13-16-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
  Y N   CONFINEMENT:  00 00 000   00 00 09   00 00 000
        PROBATION :   00 24 000               00 24 00
DATE SENTENCED: 10 01 199    SENTENCE BEGINS: 0/00/000

PROVISIONS    COSTS/RESTITUTION    DUE    SUSPEND

                          RESTITUTION         $47.          $47.
                          ATTORNEY FEE        $0.           $0.
                          CRIME VICTIMS       $25.
                          COST                $240.
                          FINE                $25.
                          MUNICIPAL FEES      $0.
                          DRUG FEES           $0.
                          ADDTL DEFENDANT     $0.
                          DA FEES             $74.
                          COLLECTION ACCT     $116.
                          JAIL FEES           $0.

                          TOTAL               $508.

APPEAL DATE    SUSPENDED    AFFIRMED    RE-ARREST
  Y  N _____    Y  N _____    Y  N _____

REMARKS:
                          THIS IS TO CERTIFY THAT THE
                          ABOVE INFORMATION WAS EXTRACTED
                          FROM OFFICIAL COURT RECORDS
TO BEGIN SERVING ON APRIL 23, 2002 AND    AND IS TRUE AND CORRECT
MAY 27, 2002                              TO BE RELEASED ON

                          Roger D. Powell
                          ROGER D. POWELL

                          02 14/20

ACR15*

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA          VS.
CALDWELL LARRY                     ALIAS:
C 119 CARVER CT                    ALIAS:
OPP   AL   36467

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 00   HAIR:          EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES:

DATE OFFENSE: 03/21/1996   ARREST DATE: 03/13/19   ARREST ORI:

CHARGES & CONV   CITES                CT 1- COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1      01 A  GUILTY PLEA

JUDGE: FRANK L MCGUIRE          PROSECUTOR: TUDOR LELAND S JR

PROBATION APPLIED   GRANTED   DATE         REARRESTED DATE   REVOKED
( )Y( )N 10011996 (X)Y( )N 10011996 ( )Y( )N          ( )Y( )N

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:   00 00 000   00 00 00
              PROBATION :   00 14 00          0 14 0
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS:  1 07/000

PROVISIONS                     COSTS/RESTITUTIO

                               RESTITUTION          500.0
                               ATTORNEY FEE          50.
                               CRIME VICTIMS        50.
                               COST                 46.
                               FINE                500.
                               MUNICIPAL FEES
                               DRUG FEES
                               ADD'L DEFENDANT
                               DA FEES              174.
                               COLLECTION ACCT      110.
                               JAIL FEES

                               TOTAL               8005.

APPEAL DATE         SUSPENDED          AFFIRMED          REARREST
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N ___

REMARKS:
                               THIS IS TO CERTIFY THAT THE
                               ABOVE INFORMATION WAS EXTRACTED
                               FROM OFFICIAL COURT RECORDS
                               AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON MAY 28, 2002 AND TO BE RELEASED ON
JUNE 30, 2002

                               Roger L Powell
                               CLERK OF COURT

OPERATOR: AML
PREPARED: 02/14/2002

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA        VS.
CALDWELL LARRY                    ALIAS:
1117 CARVER CT                    ALIAS:

DOB: 10/22/1960    SEX: M   HT: 5 00    WT: 000   HAIR:
RACE:   W   XIB   70    COMPLEXION: _____   AGE: ____   FEATURES:

DATE OFFENSE: 02/13/1996   ARREST DATE: 02/13/1996   ARREST ORI:

CHARGES @ CONV    CITES              CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1    01 A   GUILTY PLEA
                                     0
                                     0

JUDGE: FRANK L MCGUIRE              PROSECUTOR:

PROBATION APPLIED   GRANTED   DATE        REARRESTED DATE
(X)Y  ( )N 10011996  (X)Y ( )N 10011996  ( )Y ( )N _____

13-12-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL
( )Y (X)N   CONFINEMENT:   00 00 000   00 00 09    00 00 000
           PROBATION  :   00 14 000                00 14 000
DATE SENTENCED: 10/01/1996    SENTENCE BEGINS:

PROVISIONS                    COSTS/RESTITUTION        DUE

                              RESTITUTION            $01.00
                              ATTORNEY FEE            $0.00
                              CRIME VICTIMS          $25.00
                              COST                  $240.15
                              FINE                   $25.00
                              MUNICIPAL FEES          $0.00
                              DRUG FEES               $0.00
                              ADDTL DEFENDANT         $0.00
                              DA FEES                $74.00
                              COLLECTION ACCT        $101.00
                              JAIL FEES               $0.00

                              TOTAL                 $546.00

APPEAL DATE          SUSPENDED         AFFIRMED          REARREST
  ( )Y  ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____

REMARKS:                                  THIS IS TO CERTIFY THAT THE
                                          ABOVE INFORMATION WAS EXTRACTED
                                          FROM OFFICIAL COURT RECORDS
TO BEGIN SERVING ON JULY 1, 2002 AND TO   AND IS TRUE AND CORRECT
BE RELEASED ON
AUGUST 6, 2002.

                              ROGER A. POWELL

                              02/14/2002

OPERATOR: ANL
PREPARED: 02/14/2002

ACR159

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA      VS.
CALDWELL LARRY              ALIAS:
O 119 CARVER CT            ALIAS:
OPP  AL  36467

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 000   HAIR:      EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES:

DATE OFFENSE: 01/18/1996   ARREST DATE: 09/13/1996   ARREST ORI:

CHARGES @ CONV     CITES          CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1   01 A  GUILTY PLEA
                                   0
                                   0

JUDGE: FRANK L MCGUIRE              PROSECUTOR:

PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE  REVOKED DATE
(X)Y( )N 10011996 (X)Y( )N 10011996 ( )Y( )N _____ ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 00    00 00 000
          PROBATION  :  00 24 000               00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 00 00 000

PROVISIONS                 COSTS/RESTITUTION

                           RESTITUTION
                           ATTORNEY FEE
                           CRIME VICTIMS
                           COST
                           FINE
                           MUNICIPAL FEES
                           DRUG FEES
                           ADDTL DEFENDANT
                           DA FEES
                           COLLECTION ACCT
                           JAIL FEES

                           TOTAL

APPEAL DATE        SUSPENDED        AFFIRMED        REAFFIRMED
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

REMARKS:

                           THIS IS TO CERTIFY THAT THE
                           ABOVE INFORMATION WAS EXTRACTED
                           FROM OFFICIAL COURT RECORDS
                           AND IS TRUE AND CORRECT
TO BEGIN SERVING ON AUGUST 7, 2002 AND TO BE RELEASED ON
SEPTEMEBER 12, 2002

                           *signature: Roger D. Powell*

                           ROGER         POWELL

                           08/14/02

OPERATOR: AML
PREPARED: 08/14/2002

```
ACR15*                        ALABAMA JUDICIAL DATA CENTER
                                  COVINGTON COUNTY
                               TRANSCRIPT OF RECORD
                               CONVICTION REPORT

                                                    DISTRICT OF ALABAMA
                                                    REMARKS: MISDEMEANOR

DISTRICT COURT OF COVINGTON COUNTY                  CLRT DEF: 

STATE OF ALABAMA       VS.                          SS NO:
CALDWELL LARRY              ALIAS:                   SID:
1111 CARVER ST             ALIAS:                   SBN:      40 01241
308   AL  36467                                     SFX:
                                                    DIS:

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 000  HAIR:          EYE:
RACE: 1  (W)(B)( )00   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 01/17/1996  ARREST DATE: 09/13/1996  ARREST ORI:

CHARGES & CONV    CITES        CT CL COURT ACTION              CA DATE
NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY -LEA           10/01 1996
                               0
                               0

JUDGE: FRANK L MCGUIRE           PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED    GRANTED   DATE       REARRESTED DATE  REVOKED  DATE
( )( ) ON 10011996 (X)(Y) ON 10011996 ( )( Y) ON _____

13 13-8, CODE OF ALA 1975  IMPOSED   SUSPENDED     TOTAL    JAIL CREDIT
( )( Y) IN  CONFINEMENT:  00 00 000  00 00 00%   00 00 000  00 00 000
           PROBATION :   00 24 000                00 24 000
DATE SENTENCED: 10/01/1996  SENTENCE BEGINS:  09/00/0000

PROVISIONS                 COSTS/RESTITUTION        DUE        ORDERED

                           RESTITUTION            $60.00
                           ATTORNEY FEE            $0.00
                           CRIME VICTIMS          $25.00
                           COST                  $240.00
                           FINE                   $25.00
                           MUNICIPAL FEES          $0.00
                           DRUG FEES               $0.00
                           ADDTL DEFENDANT         $0.00
                           DA FEES                $74.00
                           COLLECTION ACCT       $120.00
                           JAIL FEES               $0.00

                           TOTAL                 $544.00

APPEAL DATE        SUSPENDED        AFFIRMED          REARREST
( )( ) ON _____ ( )( Y) ON _____ ( )( Y) ON _____

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS
                              AND IS TRUE AND CORRECT
TO BEGIN SERVING ON SEPTEMBER 18, 2002 AND TO BE RELEASED ON
OCTOBER 19, 2002
```

*Roger A. Powell* (signature)

ROGER A. POWELL

02 14 2002

```
PREPARED: APL
PREPARED: 02 14 2002
```

ACR150

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA        VS.
CALDWELL LARRY                  ALIAS:
611 CARVER CT                   ALIAS:
???  AL  36467

DOB: 10/02/1960   SEX: M   HT: 5 00     WT: 00     HAIR:          EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: ____ FEATURES: _____

DATE OFFENSE: 07/02/1996   ARREST DATE: 09/13/1996   ARREST ORI: _____

CHARGES & CONV      CITES           CT CL COURT ACTION              DATE
NEGOTIATING WORTHL 13A-009-013.1    01 A  GUILTY PLEA
                                    0
                                    0

JUDGE: FRANK L MCGUIRE            PROSECUTOR: CONDOR LELAND S JR

PROBATION APPLIED   GRANTED   DATE        REARRESTED DATE  REVOKED  DATE
  (X)Y( )N 10011996  (X)Y( )N 10011996  ( )Y( )N _____      N

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
  ( )Y (X)N   CONFINEMENT: 00 00 000  00 00 00     00 00 00
              PROBATION :  00 24 000              00 24
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 10/20/2002

PROVISIONS                    COSTS/RESTITUTION            DUE       IMPOSED
                              RESTITUTION              $81.         $.00
                              ATTORNEY FEE             $0.
                              CRIME VICTIMS            $25.
                              COST                     $240.
                              FINE                     $25.
                              MUNICIPAL FEES           $0.
                              DRUG FEES                $0.
                              ADDTL DEFENDANT          $0.
                              DA FEES                  $74.
                              COLLECTION ACCT          $0.
                              JAIL FEES                $0.

                              TOTAL

APPEAL DATE         SUSPENDED         AFFIRMED         REVERSED
  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____        N

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS OBTAINED
                              FROM OFFICIAL COURT RECORDS
                              AND IS TRUE AND CORRECT
TO BEGIN SERVING ON OCTOBER 20, 2002 AND TO BE RELEASED ON
DECEMBER 1, 2002

*Roger D. Powell*

ROGER D. POWELL

02/14/2002

OPERATOR: AML
PREPARED: 02/14/2002

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA          VS.
CALDWELL LARRY                      ALIAS:
5113 CARVER CT                      ALIAS:

DOB: 10/20/1960    SEX: M    HT: 0 00    WT: 000    HAIR:          EYE:
RACE:                COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 06/23/1996    ARREST DATE: 07/13/1996    ARREST ORI:

CHARGES & CONV    CITES          CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1    01 A  GUILTY PLEA

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED    GRANTED    DATE          REARRESTED DATE    REVOKED DATE

CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
CONFINEMENT:
PROBATION :
DATE SENTENCED: 10/01/1996    SENTENCE BEGINS:

PROVISIONS          COSTS/RESTITUTION          DUE

          RESTITUTION          $50.00
          ATTORNEY FEE          $0.00
          CRIME VICTIMS          $25.00
          COST          $240.15
          FINE          $25.00
          MUNICIPAL FEES          $0.00
          DRUG FEES          $0.00
          ADDTL DEFENDANT          $0.00
          DA FEES          $74.00
          COLLECTION ACCT          $0.00
          JAIL FEES          $0.00

          TOTAL          $414.15

APPEAL DATE          SUSPENDED          AFFIRMED          REARREST

REMARKS:
                         THIS IS TO CERTIFY THAT THE
                         ABOVE INFORMATION WAS EXTRACTED
                         FROM OFFICIAL COURT RECORDS
                         AND IS TRUE AND CORRECT
TO BEGIN SERVING ON DECEMBER 2, 2002 AND TO BE RELEASED ON
DECEMBER 29, 2002

ROGER A POWELL

ACR05?

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

---

DISTRICT COURT OF COVINGTON COUNTY

---

STATE OF ALABAMA     VS.
CALDWELL LARRY                  ALIAS:
C11? CARVER CT                  ALIAS:
OPP  AL  36467

---

DOB:  10/22/1960   SEX: M   HT: 0 00    WT: 00    HAIR:          EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ___  FEATURES: _____

---

DATE OFFENSE: 06/13/1996  ARREST DATE: 09/13/199?  ARREST ORI:

---

CHARGES @ CONV    CITES            CT CL COURT ACTION              DISP DATE
NEGOTIATING WORTHL 13A-009-013.1   01 A   GUILTY PLEA
                                   0
                                   0

---

JUDGE: FRANK L MCGUIRE            PROSECUTOR:

---

PROBATION APPLIED    GRANTED    DATE      REARRESTED DATE  REMOVED  DATE
(X)Y( )N 10011996  (X)Y( )N 10011996 ( )Y( )N _____ ( )Y( )N

---

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000    00 00 00      00 00 00
            PROBATION  :  00 24 000                  00 24 00
DATE SENTENCED: 10/01/1996    SENTENCE BEGINS: 00/00/0000

---

PROVISIONS                    COSTS/RESTITUTION        DUE         PAID

                              RESTITUTION             540.00
                              ATTORNEY FEE             50.00
                              CRIME VICTIMS            525.00
                              COST                    540.00
                              FINE                    525.00
                              MUNICIPAL FEES           50.00
                              DRUG FEES                50.00
                              ADDTL DEFENDANT          50.00
                              DA FEES                 574.00
                              COLLECTION ACCT          50.00
                              JAIL FEES                50.00

                              TOTAL                  1404.00

---

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST

   )Y( )N _____  ( )Y( )N _____  ( )Y( )N

---

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS OBTAINED
                              FROM OFFICIAL COURT RECORDS
                              AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON DECEMBER 30, 2002 AND TO BE RELEASED ON
JANUARY 25, 2003

                        *Roger A. Powell*

                        ROGER A. POWELL

                        02/14/2002

---

OPERATOR: AML
PREPARED: 02/14/2002

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA        VS.
CALDWELL LARRY                  ALIAS:
3014 CARVER CT                  ALIAS:

DOB: 10/22/1960    SEX: M   HT: 0 00    WT: 000   HAIR:          E E:
RACE:  W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: _____

DATE OFFENSE: 03/29/1996   ARREST DATE: 09/13/1996   ARREST ORI:

CHARGES @ CONV    CITES          CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1   01 A   GUILTY PLEA
                                   0
                                   0

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR LELAND S JR

PROBATION APPLIED    GRANTED   DATE        REARRESTED  DATE  REVOKED  DATE
( )Y( )N 10011996  (X)Y( )N 10011996 ( )Y( )N _____ ( )Y( )N

13-10-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
           CONFINEMENT:  20 00 000   00 00 000   00 00 000
           PROBATION  :  00 24 000                00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 00/00/0000

PROVISIONS                  COSTS/RESTITUTION           DUE      PAID

                            RESTITUTION               $01.00
                            ATTORNEY FEE               $0.00
                            CRIME VICTIMS             $05.00
                            COST                      $44.00
                            FINE                       $0.00
                            MUNICIPAL FEES             $0.00
                            DRUG FEES                  $0.00
                            ADDTL DEFENDANT            $0.00
                            DA FEES                    $0.00
                            COLLECTION ACCT            $0.00
                            JAIL FEES                  $0.00

                            TOTAL                    $100.00

APPEAL DATE       SUSPENDED        AFFIRMED          REHEARD
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

REMARKS:
                            THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT
TO BEGIN SERVING ON JANUARY 26, 2003 AND TO BE RELEASED ON
FEBRUARY 1, 2003

Roger A. Powell
ROGER A POWELL

02/14/2003

OPERATOR: AML
PREPARED: 02/14/2003

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA        VS.
CALDWELL LARRY              ALIAS:
C119 CARVER CT             ALIAS:
OPP  AL  36467

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 000   HAIR:      EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ___  FEATURES: _____

DATE OFFENSE: 07/04/1996   ARREST DATE: 09/19/1996   ARREST ORI:

CHARGES @ CONV   CITES          CT CL COURT ACTION
NEGOTIATING WORTHL 13A-009-013.1   01 A  GUILTY -LEA
                                    0
                                    0

JUDGE: FRANK L MCGUIRE          PROSECUTOR: RAZOR LELAND G JR

PROBATION APPLIED   GRANTED   DATE        REARREST  DATE  REVOKED  DATE
(X)Y( )N 10011996 (X)Y( )N 10011996 ( )Y( )N __  __  ( )Y( )N

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 000   00 00 000
          PROBATION :  00 24 000                 00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 00/00/0000

PROVISIONS                   COSTS/RESTITUTION        DUE        OWED

                             RESTITUTION          $50.00
                             ATTORNEY FEE          50.00
                             CRIME VICTIMS        505.00
                             COST                 544.00
                             FINE                  $0.00
                             MUNICIPAL FEES        $0.00
                             DRUG FEES             $0.00
                             ADDTL DEFENDANT       50.00
                             DA FEES               $0.00
                             COLLECTION ACCT       $0.00
                             JAIL FEES             $0.00

                             TOTAL               $119.00

APPEAL DATE       SUSPENDED        AFFIRMED        REARREST

( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N

REMARKS:                         THIS IS TO CERTIFY THAT THE
                                 ABOVE INFORMATION WAS EXTRACTED
                                 FROM OFFICIAL COURT RECORDS
                                 AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON FEBRUARY 1, 2003 AND TO BE RELEASED ON
FEBRUARY 9, 2003

                                 *Roger A. Powell*
                                 ROGER A POWELL

                                 02 14/2003

OPERATOR: AML
PREPARED: 02/14/2003

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 0200012

STATE OF ALABAMA        VS.
CALDWELL LARRY                      ALIAS:              SS NO:
1212 CARVER CT                     ALIAS:              SBN:    401 01411
OPP  AL  36467                                         SEX:
                                                       AIS:

DOB: 10/22/1960   SEX: M   HT: 0 00    WT: 000  HAIR:          EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: ____  FEATURES: _____

DATE OFFENSE: 07/05/1996  ARREST DATE: 09/13/1996  ARREST ORI: 0200000

CHARGES @ CONV   CITES          CT CL COURT ACTION              JA DATE
NEGOTIATING WORTHL 13A-009-013.1   01 A  GUILTY PLEA           10/01/1996
                                 0
                                 0

JUDGE: FRANK L MCGUIRE           PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE  REVOKED  DATE
( )Y( )N 10011996  (X)Y( )N 10011996  ( )Y( )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED  SUSPENDED   TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 00 000  00 00 000  00 00 000  00 00 000
           PROBATION : 00 24 000            00 24 000
DATE SENTENCED: 10/01/1996  SENTENCE BEGINS: 00/00/0000

PROVISIONS                  COSTS/RESTITUTION      DUE        UNPAID

                            RESTITUTION           $45.00      $45.00
                            ATTORNEY FEE           $0.00       $0.00
                            CRIME VICTIMS         $25.00      $25.00
                            COST                  $44.00      $44.00
                            FINE                   $0.00       $0.00
                            MUNICIPAL FEES         $0.00       $0.00
                            DRUG FEES              $0.00       $0.00
                            ADDTL DEFENDANT        $0.00       $0.00
                            DA FEES                $0.00       $0.00
                            COLLECTION ACCT        $0.00       $0.00
                            JAIL FEES              $0.00       $0.00

                            TOTAL                $114.00     $114.00

APPEAL DATE      SUSPENDED       AFFIRMED           REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:
                            THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT
TO BEGIN SERVING ON FEBRUARY 10, 2003 AND TO BE RELEASED ON
FEBRUARY 17, 2003

*Roger S. Powell*

ROGER S POWELL

OCT 14/2003

ACR05*

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

FRANK L MCGUIRE
COURT ORI: 023020

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA      VS.
CALDWELL LARRY              ALIAS:
C119 CARVER CT             ALIAS:
OFF  AL  36467

SID:
SSN:   401 21411
AIS:

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 000   HAIR:       EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: ____ FEATURES: _____

DATE OFFENSE: 01/10/1996  ARREST DATE: 09/13/1995  ARREST ORI: 0230000

CHARGES @ CONV   CITES              CT CL COURT ACTION           CA DATE
NEGOTIATING WORTHL 13A-009-013.1   01 A  GUILTY PLEA            10/01 1996
                                   0
                                   0

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE        REARRESTED DATE  REVOKED   DATE
(X)Y( )N 10011996 (X)Y( )N 10011996 ( )Y ( )N _____ ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED       TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 000    00 00 000
            PROBATION  :  00 24 000               00 24 000
DATE SENTENCED: 10/01/1996    SENTENCE BEGINS: 10 00/0000

PROVISIONS                COSTS/RESTITUTION        DUE        BALANCE
                          RESTITUTION             $40.00
                          ATTORNEY FEE             $0.00
                          CRIME VICTIMS           $25.00
                          COST                    $44.00
                          FINE                     $0.00
                          MUNICIPAL FEES           $0.00
                          DRUG FEES                $0.00
                          ADDTL DEFENDANT          $0.00
                          DA FEES                  $0.00
                          COLLECTION ACCT          $0.00
                          JAIL FEES                $0.00

                          TOTAL                  $109.00

APPEAL DATE       SUSPENDED       AFFIRMED       REARREST
( )Y( )N _____ ( )Y( )N _____ ( )Y ( )N _____ ( )Y( )N _____

REMARKS:
                          THIS IS TO CERTIFY THAT THE
                          ABOVE INFORMATION WAS EXTRACTED
                          FROM OFFICIAL COURT RECORDS
                          AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON FEBRUARY 18, 2003 AND TO BE RELEASED ON
FEBRUARY 24, 2003

Roger L Powell

ROGER L POWELL

02/14/2006

OPERATOR: AML
PREPARED: 02/14/2006

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY          COURT ORI:

STATE OF ALABAMA      VS.                    DC NO:
CALDWELL LARRY              ALIAS:           SSN:
1117 CARVER CT             ALIAS:            SEN:     401-2141
                                            SID:
                                            AIS:

DOB:  10/22/1960   SEX: M   HT: 0 00   WT: 000  HAIR:       EYE:
RACE: ( )W (X)B ( )0   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 06/18/1996  ARREST DATE: 09/13/1996  ARREST ORI:

CHARGES @ CONV   CITES         CT CL COURT ACTION              CA DATE
NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY PLEA            10/01 1996
                               0
                               0

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE   REVOKED   DATE
(X)Y( )N 10011996 (X)Y( )N 10011996 ( )Y  )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
( )Y (X)N  CONFINEMENT:  00 00 000  00 00 000  00 00 000
          PROBATION  :  00 24 000             00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 00/00/0000

PROVISIONS                COSTS/RESTITUTION        DUE        REDUCED

                          RESTITUTION            $42.50      $42.50
                          ATTORNEY FEE            $0.00       $0.00
                          CRIME VICTIMS          $25.00      $25.00
                          COST                   $44.00      $44.00
                          FINE                    $0.00       $0.00
                          MUNICIPAL FEES          $0.00       $0.00
                          DRUG FEES               $0.00       $0.00
                          ADDTL DEFENDANT         $0.00       $0.00
                          DA FEES                 $0.00       $0.00
                          COLLECTION ACCT         $0.00       $0.00
                          JAIL FEES               $0.00       $0.00

                          TOTAL                 $111.50     $111.50

APPEAL DATE        SUSPENDED       AFFIRMED         RE-ARREST

( )Y  )N _____ ( )Y( )N _____ ( )Y  )N _____ ( )Y( )N _____

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS ENTERED
                              FROM OFFICIAL COURT RECORDS
                              AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON FEBRUARY 25, 2003 AND TO BE RELEASED ON
MARCH 4, 2003

*Roger A. Powell*

ROGER A POWELL

RESTTOR, AMT
(REVISED)

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA    VS.
CALDWELL LARRY              ALIAS:
ROUTE 2 BOX 185            ALIAS:
ELBA  AL  36323

DT NO:
SS#:
SSN:    401 21411
AIS:
AIS:

DOB:  10/22/1960   SEX: M   HT:  5 00    WT: 000   HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: _____

DATE OFFENSE: 06/23/1996  ARREST DATE: 09/13/19    ARREST ORI:

CHARGES @ CONV    CITES           CT CL COURT ACTION                ON DATE
NEGOTIATING WORTHL 13A-009-013.1   01 A   GUILTY PLEA              10/01 1996
                                   0
                                   0

JUDGE: FRANK L MCGUIRE           PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE       REARRESTE  DATE  REVOKED  DATE
(X)Y ( )N 10011996 (X)Y ( )N 10011996 ( )Y  )N _____ ( )Y ( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000  00 00 00    00 00 00
            PROBATION :  00 24 000              00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 00 007000

PROVISIONS                  COSTS/RESTITUTION        DUE        ORDERED

                            RESTITUTION           $34.         $
                            ATTORNEY FEE           $0.          $
                            CRIME VICTIMS         $25.          $
                            COST                  $44.          $44
                            FINE                   $0.          $
                            MUNICIPAL FEES         $0.          $
                            DRUG FEES              $0.          $
                            ADDTL DEFENDANT        $0.          $
                            DA FEES                $0.          $
                            COLLECTION ACCT        $0.          $
                            JAIL FEES              $0.          $

                            TOTAL                $103.          $103

APPEAL DATE        SUSPENDED         AFFIRMED        REARREST

( )Y ( )N _____ ( )Y ( )N _____ ( )Y  )N _____ ( )Y ( )N

REMARKS:
                            THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON MARCH 5, 2003 AND TO BE RELEASED ON
MARCH 11, 2003

*Roger A. Powell*

ROGER A. POWELL

AUG 14/20

OPERATOR: AML
PREPARED: 08/14/20

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA        VS.
CALDWELL LARRY                ALIAS:
ROUTE 2 BOX 185               ALIAS:
ELBA  AL  36323

DOB:  10/22/1960    SEX: M    HT: 0 00    WT: 000  HAIR:        EYE:
RACE: ( )W (X)B ( )O    COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 06/23/1996    ARREST DATE: 09/13/1996    ARREST ORI: 0200000

CHARGES  9 CONV      CITES          CT CL COURT ACTION            CH DATE
NEGOTIATING WORTHL 13A-009-013.1   01 A  GUILTY PLEA             10/01/1996
                                   0
                                   0

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED  DATE        REARRESTED DATE   REVOKED   DATE
(X)Y( )N 10011996  (X)Y( )N 10011996  ( )Y( )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
    )Y (X)N  CONFINEMENT:  00 00 000  00 00 000  00 00 000  00 00 000
           PROBATION  :  00 24 000              00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 00/00/0000

PROVISIONS                     COSTS/RESTITUTION      DUE        ORDERED

                               RESTITUTION         $36.17       $36.17
                               ATTORNEY FEE         $0.00        $0.00
                               CRIME VICTIMS       $25.00       $25.00
                               COST                $44.00       $44.00
                               FINE                 $0.00        $0.00
                               MUNICIPAL FEES       $0.00        $0.00
                               DRUG FEES            $0.00        $0.00
                               ADDTL DEFENDANT      $0.00        $0.00
                               DA FEES              $0.00        $0.00
                               COLLECTION ACCT      $0.00        $0.00
                               JAIL FEES            $0.00        $0.00

                               TOTAL              $105.17      $105.17

APPEAL DATE        SUSPENDED        AFFIRMED           REARREST

  )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:
                               THIS IS TO CERTIFY THAT THE
                               ABOVE INFORMATION WAS EXTRACTED
                               FROM OFFICIAL COURT RECORDS
                               AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON MARCH 12, 2003 AND TO BE RELEASED ON
MARCH 18, 2003

                               _Roger A. Powell_
                               ROGER A POWELL

                               02/14/2003

OPERATOR: AML
PREPARED: 02/14/2003

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY

COURT OFI: 02082C

STATE OF ALABAMA          VS.
CALDWELL LARRY            ALIAS:
ROUTE 2 BOX 185           ALIAS:
ELBA  AL  36323

DC NO:    000 0000 00.00
SSN:
AGN:      41001411
SID:      00 000000
AIS:

DOB: 10/22/1960   SEX: M   HT: 0 00   WT: 000  HAIR:        EYE:
RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: ____ FEATURES: _____

DATE OFFENSE: 07/03/1996   ARREST DATE: 09/13/1996   ARREST ORI: 0120000

CHARGES @ CONV     CITES          CT CL COURT ACTION         CA DATE
NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY PLEA          10/01/1996
                       0                                     00/00/0000
                       0                                     00/00/0000

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE   REVOKED   DATE
(X)Y( )N 10011996  (X)Y( )N 10011996  ( )Y( )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 00 000   00 00 000   00 00 000  00 00 000
           PROBATION  : 00 24 000               00 24 000
DATE SENTENCED: 10/01/1996   SENTENCE BEGINS: 00/00/0000

PROVISIONS                   COSTS/RESTITUTION        DUE        ORDERED

                             RESTITUTION           $69.00       $69.00
                             ATTORNEY FEE          $0.00        $0.00
                             CRIME VICTIMS         $25.00       $25.00
                             COST                  $44.00       $44.00
                             FINE                  $0.00        $0.00
                             MUNICIPAL FEES        $0.00        $0.00
                             DRUG FEES             $0.00        $0.00
                             ADDTL DEFENDANT       $0.00        $0.00
                             DA FEES               $0.00        $0.00
                             COLLECTION ACCT       $0.00        $0.00
                             JAIL FEES             $0.00        $0.00

                             TOTAL                 $138.00      $138.00

APPEAL DATE        SUSPENDED        AFFIRMED         REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                           THIS IS TO CERTIFY THAT THE
                                   ABOVE INFORMATION WAS EXTRACTED
                                   FROM OFFICIAL COURT RECORDS
                                   AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON MARCH 19, 2003 AND TO BE RELEASED ON
MARCH 27, 2003

*Roger S. Powell*

ROGER A POWELL

02/14/2001

OPERATOR: AML
PREPARED: 02/14/2002

ACR354

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

JUDGE OR ACT.
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 0CICL

STATE OF ALABAMA        VS.                  SO NO:        000
CALDWELL LARRY              ALIAS:           SID:
1005 BARNES STREET         ALIAS:           SSN:      40 40141
GOT 15                                       TRI:      0650000
JEP  AL  36467                               DIG:

DOB: 00/00/0000   SEX:    HT: 0 00   WT: 000  HAIR:         EYE:
RACE: ( )W ( )B ( )O   COMPLEXION: _____ AGE: ____ FEATURES: _____

DATE OFFENSE: 06/11/1996  ARREST DATE: 11/12/1996  ARREST ORI: 0000000

CHARGES @ CONV    CITES        CT CL COURT ACTION              CA DATE
NEGOTIATING WORTHL 13A-009-013.1   01 A  GUILTY PLEA            11/19/1996
                                  0                            00 00 0000
                                  0                            00 00 0000

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED   DATE     REARRESTED DATE  REVOKED  DATE
(X)Y( )N 11191996 (X)Y( )N 11191996 ( )Y  )N _____   )Y( )N _____

15-13-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 000   00 00 000   00 0 000
          PROBATION  :  00 24 000               00 24 000
DATE SENTENCED: 11/19/1996   SENTENCE BEGINS: 00/00/0000

PROVISIONS                    COSTS/RESTITUTION      DUE       ORDERED

                              RESTITUTION          $30.11     $30.11
                              ATTORNEY FEE         $432.50    $432.50
                              CRIME VICTIMS        $25.00     $25.00
                              COST                 $218.16    $218.16
                              FINE                 $25.00     $25.00
                              MUNICIPAL FEES       $0.00      $0.00
                              DRUG FEES            $0.00      $0.00
                              ADDTL DEFENDANT      $0.00      $0.00
                              DA FEES              $74.00     $74.00
                              COLLECTION ACCT      $0.00      $0.00
                              JAIL FEES            $0.00      $0.00

                              TOTAL                $604.04    $604.04

APPEAL DATE      SUSPENDED       AFFIRMED        RE-ARREST
( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON MARCH 26, 2003 AND TO BE RELEASED ON
MAY 7, 2003

                                _Roger A. Powell_
                                ROGER A POWELL

                                02/14/2003

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                              COVINGTON COUNTY
                            TRANSCRIPT OF RECORD
                             CONVICTION REPORT
                                                    FRANK L MCGUIRE
-------------------------------------------------
  DISTRICT COURT OF COVINGTON COUNTY                COURT ORI: 02IC01
-------------------------------------------------
  STATE OF ALABAMA      VS.                        CI NO:     000 26366.00
  CALDWELL LARRY                ALIAS:             SID:
  ROUTE 2 BOX 185 B             ALIAS:             SSN:   401 21411
  ELBA  AL  36323                                  DID:   00-R-00000
                                                   AIS:
-------------------------------------------------
  DOB: 00/00/0000   SEX:     HT: 0 00    WT: 000  HAIR:        EYE:
  RACE: ( )W ( )B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: _____
-------------------------------------------------
  DATE OFFENSE: 06/12/1996  ARREST DATE: 00/00/0000  ARREST ORI: 0120000
-------------------------------------------------
  CHARGES @ CONV    CITES       CT CL COURT ACTION           JA DATE
  NEGOTIATING WORTHL 13A-009-013.1  01 A  GUILTY PLEA        11/19/1996
                                  0
                                  0
-------------------------------------------------
  JUDGE: FRANK L MCGUIRE        PROSECUTOR: ENZOR LELAND G JR
-------------------------------------------------
  PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
  (X)Y ( )N 11191996 (X)Y( )N 11191996 ( )Y  )N _____   ( )Y  )N
-------------------------------------------------
  15-18-8, CODE OF ALA 1975  IMPOSED  SUSPENDED   TOTAL   JAIL CREDIT
  ( )Y (X)N   CONFINEMENT:  00 00 000  00 00 090  00 00 090  00 00 000
              PROBATION  :  00 24 000            00 24 000
  DATE SENTENCED: 11/19/1996    SENTENCE BEGINS: 00/00/0000
-------------------------------------------------
  PROVISIONS                   COSTS/RESTITUTION       DUE      ORDERED
-------------------------------------------------
                              RESTITUTION          $50.00     $50.00
                              ATTORNEY FEE          $0.00
                              CRIME VICTIMS        $25.00
                              COST                $218.15
                              FINE                 $25.00
                              MUNICIPAL FEES        $0.00
                              DRUG FEES             $0.00
                              ADDTL DEFENDANT       $0.00
                              DA FEES              $74.00
                              COLLECTION ACCT       $0.00
                              JAIL FEES             $0.00

                              TOTAL               $374.37
-------------------------------------------------
  APPEAL DATE       SUSPENDED        AFFIRMED        REARREST
  ( )Y( )N _____  ( )Y( )N _____  ( )Y  )N _____  ( )Y( )N
-------------------------------------------------
  REMARKS:                          THIS IS TO CERTIFY THAT THE
                                    ABOVE INFORMATION WAS EXTRACTED
                                    FROM OFFICIAL COURT RECORDS
                                    AND IS TRUE AND CORRECT.
  TO BEGIN SERVING ON MAY 8, 2003 AND TO BE RELEASED ON
  JUNE 1, 2003

                                    Roger A. Powell
                                    ROGER A. POWELL

                                    02/14/20

-------------------------------------------------
OPERATOR: AML
PREPARED: 02/14/2002
```

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 1996 001 36 ...
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY

COURT ORI: 023000 ...

STATE OF ALABAMA      VS.
CALDWELL LARRY          ALIAS:
ROUTE 2 BOX 185 B       ALIAS:
ELBA AL 36323

DC NO:     003 000000.00
G J:
SSN:     40: 21411
SID:     003000000
AIS:

DOB: 00/00/0000   SEX: ___   HT: 0 00   WT: 000  HAIR: ___   EYE: ___
RACE: ( )W ( )B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: ___

DATE OFFENSE: 01/05/1996   ARREST DATE: 00/00/0000   ARREST ORI: 0230000

CHARGES @ CONV      CITES              CT CL COURT ACTION        CA DATE
NEGOTIATING WORTHL 13A-009-013.1   01 A  GUILTY PLEA           11/19/1996
                                   0                           00/00/0000
                                   0                           00/00/0000

JUDGE: FRANK L MCGUIRE            PROSECUTOR: ENZOR LELAND G JR

PROBATION APPLIED   GRANTED   DATE         REARRESTED DATE   REVOKED   DATE
(X)Y( )N 11191996  (X)Y( )N 11191996  ( )Y  )N _____  ( )Y )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT: 00 00 000   00 00 090   00 00 090   00 00 000
            PROBATION  : 00 24 000               00 24 000
DATE SENTENCED: 11/19/1996   SENTENCE BEGINS: 00/00/0000

PROVISIONS                      COSTS/RESTITUTION        DUE        ORDERED

                                RESTITUTION            $60.50        $60.50
                                ATTORNEY FEE            $0.00         $0.00
                                CRIME VICTIMS          $25.00        $25.00
                                COST                  $218.15       $218.15
                                FINE                   $25.00        $25.00
                                MUNICIPAL FEES          $0.00         $0.00
                                DRUG FEES               $0.00         $0.00
                                ADDTL DEFENDANT         $0.00         $0.00
                                DA FEES                $74.00        $74.00
                                COLLECTION ACCT       $114.80       $114.80
                                JAIL FEES               $0.00         $0.00

                                TOTAL                 $519.47       $519.47

APPEAL DATE        SUSPENDED           AFFIRMED            REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y  )N _____  ( )Y )N _____

REMARKS:
                                THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.
TO BEGIN SERVING ON JUNE 2, 2003 AND TO BE RELEASED ON
JULY 6, 2003

                                _Roger A. Powell_
                                ROGER A POWELL

                                02/14/2000

OPERATOR: AML
PREPARED: 02/14/2000

ACS359

ALABAMA JUDICIAL DATA CEN R
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 001297.00
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J

STATE OF ALABAMA     VS. | DC NO: 9600138000

CALDWELL LARRY             ALIAS: | G J:
1005 BARNES STREET         ALIAS: | SSN:    421021411
LOT 33 | SID:    000000000
OFF  AL  36467 | AIS:

DOB:  00/00/00    SEX:     HT: 0 00    WT: 000  HAIR:          EYE:

RACE: ( )W ( )B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 06/11/96   ARREST DATE: 11/12/96   ARREST ORI: 0230000

CHARGES @ CONV              CITES           OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST      13A-009-013.1

JUDGE: FRANK L MCGUIRE         PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE      REARRESTED DATE   REVOKED    DATE

(X)Y( )N   11/19/96  (X)Y( )N  11/19/96  ( )Y( )N _____   ( )Y( )N _____

ACT 754-76                   IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 090   00 00 090   00 00 000
            PROBATION :   00 24 000               00 24 000

DATE SENTENCED: 11/19/96    SENTENCE BEGINS:    00/00/00

PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED
---|---|---|---
COURT COSTS | RESTITUTION | $30.19 | $30.19
RESTITUTION | ATTORNEY FEE | $0.00 | $0.00
CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00
BAD CHECK FEE | COST | $196.15 | $196.15
 | FINE | $25.00 | $25.00
 | MUNICIPAL FEES | $0.00 | $0.00
 | DRUG FEES | $0.00 | $0.00
 | ADDTL DEFENDANT | $0.00 | $0.00
 | DA FEES | $74.00 | $74.00
 | COLLECTION ACCT | $0.00 | $0.00
 | JAIL FEES | $0.00 | $0.00
 | TOTAL | $350.34 | $350.34

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:

IN:  11/9/06    OUT:  2/7/07

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
AND IS TRUE AND CORRECT.

Roger J Powell
CIRCUIT CLERK

11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                    *

VS.                                  *  CASE NOS.: DC-03-1397 thru 1402
                                                  WR-03-876 thru 886
LARRY CALDWELL,                      *           WR-03-1066, 1067

    DEFENDANT.                    *

## ORDER

    The Defendant appeared in Court on this date charged with the offense of Negotiating Worthless Negotiable Instrument in each of the above cases. After being arraigned and after being explained his rights and signing a written waiver, the Defendant pled guilty as charged.

    The Defendant is ORDERED to pay a $25.00 fine, $25.00 VCF, plus costs and restitution in each case. The Defendant is Ordered incarcerated in the Covington County Jail for a period of 90 days in each case, Consecutively.

    DONE and ORDERED this 5th day of November 2003.

Frank L. McGuire, III
District Judge

# Covington County
### Sheriff
### Anthony Clark



# Sheriff's Department

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

## FAX COVER SHEET

DATE: 1-7-04    TIME: 13:45

TO: _____

ATTN: Gloria Martin

FAX #: 334-255-1022

FROM: Covington County Jail

SENDERS PHONE #: 334-428-2640

SENDERS FAX #: 334-428-2665

NUMBER OF PAGES INCLUDING THIS PAGE: 3

MEMO: Order states how much time on each check which is several, this is the actual release date of the last check 2-7-01. Thanks Lt Nelson

**Covington County**

Sheriff
Anthony Clark



**Sheriff's Department**

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*Sunday*
*8am to 4pm*

DATE & TIME: _7-23-04_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR _Larry Caldwell_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A _8_ HOUR PASS ON _7-25-04_ . FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT.  THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL.  AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

I _Kennis Caldwell_ TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL.  I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

INMATE SIGNATURE                    RESPONSIBLE PERSON

PASS APPROVED BY _____

CURRENT PHONE NUMBER _897-0709_     CAR MAKE _Chev_

CURRENT ADDRESS _25 3900 Andalu_    TAG NUMBER _19A 8441_

CURRENT DRIVER LICENSE NUMBER _5187197_

ACC359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000919.00
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA    VS.                               DC NO: 9600029000

CALDWELL LARRY              ALIAS:          G J:
C119 CARVER COURT          ALIAS:          SSN:    421021411
OPP  AL  36467                             SID:    000000000
                                           AIS:

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:          EYE:

RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 09/28/95    ARREST DATE: 09/13/96    ARREST ORI: 0230000

CHARGES @ CONV          CITES           OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST    13A-009-013.1

JUDGE: FRANK L MCGUIRE              PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE
(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

ACT 754-76                 IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N    CONFINEMENT:  00 00 000   00 00 090   00 00 090   00 00 000
             PROBATION :   00 24 000               00 24 000

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:    00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $32.95 | $32.95 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $105.93 | $105.93 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $481.03 | $481.03 |

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS AND
IN:  2/18/98    OUT:  5/19/98    AND IS TRUE AND CORRECT.

                                _____
                                CIRCUIT CLERK
                                11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000920.00
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY                  COURT ORI: 023023 J

STATE OF ALABAMA      VS.                           DC NO: 9600029400

CALDWELL LARRY            ALIAS:                     G J:
C119 CARVER COURT         ALIAS:                     SSN:    421021411
OPP  AL  36467                                       SID:    000000000
                                                     AIS:

DOB:  10/22/60   SEX: M   HT: 0 00    WT: 000  HAIR:       EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: _____

DATE OFFENSE: 11/11/95  ARREST DATE: 09/13/96  ARREST ORI: 0230000

CHARGES @ CONV          CITES      OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST    13A-009-013.1

JUDGE: FRANK L MCGUIRE            PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE    REARRESTED DATE   REVOKED   DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____   ( )Y( )N _____

ACT 254-76              IMPOSED    SUSPENDED    TOTAL   JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 00 000  00 00 090  00 00 090  00 00 000
           PROBATION :  00 24 000              00 24 000

DATE SENTENCED: 10/01/96   SENTENCE BEGINS:    00/00/00

PROVISIONS            COSTS/RESTITUTION        DUE       ORDERED

COURT COSTS          RESTITUTION            $50.00      $50.00
RESTITUTION          ATTORNEY FEE            $0.00       $0.00
CRIME VICTIM         CRIME VICTIMS          $25.00      $25.00
BAD CHECK FEE        COST                  $218.15     $218.15
                     FINE                   $25.00      $25.00
                     MUNICIPAL FEES          $0.00       $0.00
                     DRUG FEES               $0.00       $0.00
                     ADDTL DEFENDANT         $0.00       $0.00
                     DA FEES                $74.00      $74.00
                     COLLECTION ACCT       $111.05     $111.05
                     JAIL FEES               $0.00       $0.00

                     TOTAL                 $503.20     $503.20

APPEAL DATE       SUSPENDED       AFFIRMED        REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                         THIS IS TO CERTIFY THAT THE
                                 ABOVE INFORMATION WAS EXTRACTED
                                 FROM OFFICIAL COURT RECORDS AND
                                 AND IS TRUE AND CORRECT.
IN:  5/20/98   OUT:  8/18/98

                                 _____
                                 CIRCUIT CLERK
                                 11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000921.00
FRANK L MCGUIRE

---

| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J |
|---|---|

STATE OF ALABAMA    VS.                    DC NO: 9600029300

CALDWELL LARRY              ALIAS:          G J:
C119 CARVER COURT           ALIAS:          SSN:  421021411
OPP  AL  36467                              SID:  000000000
                                           AIS:

DOB:  10/22/60    SEX: M   HT: 0 00    WT: 000  HAIR:        EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 11/11/95   ARREST DATE: 09/13/96   ARREST ORI: 0230000

| CHARGES @ CONV | CITES | OFF CLASS: (X)A ( )B ( )C |
|---|---|---|
| NEGOTIATING WORTHLESS INST | 13A-009-013.1 | |

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE    REARRESTED DATE   REVOKED   DATE

( X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____ ( )Y( )N _____

ACT 254-76              IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT:  00 00 000   00 00 090   00 00 090  00 00 000
           PROBATION :   00 24 000               00 24 000

DATE SENTENCED: 10/01/96   SENTENCE BEGINS:   00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $60.00 | $60.00 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $114.05 | $114.05 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $516.20 | $516.20 |

APPEAL DATE      SUSPENDED       AFFIRMED        REARREST

( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

REMARKS:                      THIS IS TO CERTIFY THAT THE
                             ABOVE INFORMATION WAS EXTRACTED
                             FROM OFFICIAL COURT RECORDS AND
IN:  8/19/98   OUT:  11/17/98   AND IS TRUE AND CORRECT.

CIRCUIT CLERK

11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359
ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000922.00
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA      VS.                             DC NO: 9600029200

CALDWELL LARRY              ALIAS:              G J:
C119 CARVER COURT           ALIAS:              SSN:   421021411
OPP  AL  36467                                  SID:   000000000
                                                AIS:

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:        EYE:

RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 11/11/95   ARREST DATE: 09/13/96   ARREST ORI: 0230000

    CHARGES @ CONV            CITES         OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST    13A-009-013.1
                              -    -
                              -    -

JUDGE: FRANK L MCGUIRE              PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE    REARRESTED DATE   REVOKED   DATE

( X)Y( )N  10/01/96  ( X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

ACT 754-76              IMPOSED     SUSPENDED     TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 090   00 00 090   00 00 000
            PROBATION  :  00 24 000               00 24 000

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:   00/00/00

PROVISIONS                 COSTS/RESTITUTION          DUE      ORDERED

COURT COSTS                RESTITUTION            $50.00      $50.00
RESTITUTION                ATTORNEY FEE            $0.00       $0.00
CRIME VICTIM               CRIME VICTIMS          $25.00      $25.00
BAD CHECK FEE              COST                  $218.15     $218.15
                          FINE                   $25.00      $25.00
                          MUNICIPAL FEES          $0.00       $0.00
                          DRUG FEES               $0.00       $0.00
                          ADDTL DEFENDANT         $0.00       $0.00
                          DA FEES                $74.00      $74.00
                          COLLECTION ACCT       $111.05     $111.05
                          JAIL FEES               $0.00       $0.00

                          TOTAL                 $503.20     $503.20

APPEAL DATE        SUSPENDED        AFFIRMED          REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS AND
IN:  11/18/98   OUT:  2/16/99   AND IS TRUE AND CORRECT.


                                _____
                                CIRCUIT CLERK

                                11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000923.00
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY · COURT ORI: 023023 J

STATE OF ALABAMA    VS. · DC NO: 9600029100

CALDWELL LARRY         ALIAS:
C119 CARVER COURT      ALIAS:
OPP  AL  36467

G J:
SSN:  421021411
SID:  000000000
AIS:

---

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:    EYE:

RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES: _____

---

DATE OFFENSE: 09/30/95    ARREST DATE: 09/13/96    ARREST ORI: 0230000

CHARGES @ CONV          CITES          OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST    13A-009-013. 1

---

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE
(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

ACT 754-76          IMPOSED      SUSPENDED      TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT:  00 00 000  00 00 090  00 00 090  00 00 000
           PROBATION :  00 24 000            00 24 000

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:    00/00/00

---

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $65.59 | $65.59 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $115.72 | $115.72 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $523.46 | $523.46 |

---

APPEAL DATE    SUSPENDED    AFFIRMED    REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

REMARKS:                      THIS IS TO CERTIFY THAT THE
                             ABOVE INFORMATION WAS EXTRACTED
                             FROM OFFICIAL COURT RECORDS AND
IN: 2/17/99    OUT: 5/18/99   AND IS TRUE AND CORRECT.

                             _Roger L Powell_
                             CIRCUIT CLERK

                             11/06/97

---

OPERATOR: PEH
PREPARED: 11/06/97

ACS359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000924.00
FRANK L MCGUIRE

---

| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023020 J |

STATE OF ALABAMA    VS.                      DC NO: 9600081400

CALDWELL LARRY          ALIAS: CLOROX        G J:
C119 CARVER CT          ALIAS:               SSN:    421021411
OPP  AL  36467                               SID:    000000000
                                             AIS:

---

DOB:  10/22/60   SEX: M   HT: 0 00   WT: 000   HAIR:        EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 01/10/96   ARREST DATE: 09/13/96   ARREST ORI: 0230000

CHARGES ⓐ CONV          CITES          OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST      13A-009-013.1

---

JUDGE: FRANK L MCGUIRE             PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE    REARRESTED DATE   REVOKED   DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____   ( )Y( )N _____

ACT 754-76            IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 090   00 00 090   00 00 000
            PROBATION  :  00 24 000               00 24 000

DATE SENTENCED: 10/01/96   SENTENCE BEGINS:    00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $76.07 | $76.07 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $125.47 | $125.47 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $543.69 | $543.69 |

APPEAL DATE       SUSPENDED       AFFIRMED       REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:                         THIS IS TO CERTIFY THAT THE
                                 ABOVE INFORMATION WAS EXTRACTED
                                 FROM OFFICIAL COURT RECORDS AND
IN:  5/19/99    OUT:  8/17/99    AND IS TRUE AND CORRECT.


                                 _Roger J Powell_
                                 CIRCUIT CLERK
                                 11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000925.00
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY                  COURT ORI: 023023 J

STATE OF ALABAMA      VS.                           DC NO: 9600081500

CALDWELL LARRY              ALIAS: CLOROX           G J:
C119 CARVER CT             ALIAS:                   SSN:  421021411
OPP  AL  36467                                      SID:  000000000
                                                    AIS:

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:        EYE:

RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 06/12/96   ARREST DATE: 09/13/96   ARREST ORI: 0230000

     CHARGES @ CONV          CITES          OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST   13A-009-013.1
                                  - -
                                  - -

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE   REVOKED   DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

ACT 254-76            IMPOSED     SUSPENDED     TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 090   00 00 090   00 00 000
            PROBATION :   00 24 000               00 24 000

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:   00/00/00

PROVISIONS              COSTS/RESTITUTION        DUE        ORDERED

COURT COSTS            RESTITUTION           $45.00        $45.00
RESTITUTION            ATTORNEY FEE           $0.00         $0.00
CRIME VICTIM           CRIME VICTIMS         $25.00        $25.00
BAD CHECK FEE          COST                 $218.15       $218.15
                       FINE                  $25.00        $25.00
                       MUNICIPAL FEES         $0.00         $0.00
                       DRUG FEES              $0.00         $0.00
                       ADDTL DEFENDANT        $0.00         $0.00
                       DA FEES               $74.00        $74.00
                       COLLECTION ACCT        $0.00         $0.00
                       JAIL FEES              $0.00         $0.00

                       TOTAL               $387.15       $387.15

APPEAL DATE        SUSPENDED         AFFIRMED          REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS AND
IN:  8/18/99    OUT:  11/16/99    AND IS TRUE AND CORRECT.

                            _Roard J Powell_
                            CIRCUIT CLERK

                            11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000926.00
FRANK L MCGUIRE

DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J

STATE OF ALABAMA   VS. | DC NO: 9600081600

CALDWELL LARRY | ALIAS: CLOROX | G J:
C119 CARVER CT | ALIAS: | SSN: 421021411
OPP AL 36467 | | SID: 000000000
| | AIS:

DOB: 10/22/60   SEX: M   HT: 0 00   WT: 000   HAIR:      EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 01/15/96   ARREST DATE: 09/13/96   ARREST ORI: 0230000

CHARGES @ CONV | CITES | OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST | 13A-009-013.1

JUDGE: FRANK L MCGUIRE | PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE

(X)Y( )N   10/01/96   (X)Y( )N 10/01/96 ( )Y( )N _____   ( )Y( )N _____

ACT 754-76 | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT
( )Y (X)N   CONFINEMENT: | 00 00 000 | 00 00 090 | 00 00 090   00 00 000
PROBATION : | 00 24 000 | | 00 24 000

DATE SENTENCED: 10/01/96   SENTENCE BEGINS:   00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $45.00 | $45.00 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $387.15 | $387.15 |

APPEAL DATE   SUSPENDED   AFFIRMED   REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:

IN:  11/17/99   OUT:  2/15/00

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
AND IS TRUE AND CORRECT.

*Roger J Powell*
CIRCUIT CLERK

11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359
ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000927.00
FRANK L MCGUIRE

| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J |
|---|---|

STATE OF ALABAMA    VS.                          DC NO: 9600081700

CALDWELL LARRY              ALIAS: CLOROX          G J:
C119 CARVER CT             ALIAS:                 SSN:   421021411
OPP  AL  36467                                    SID:   000000000
                                                  AIS:

DOB: 10/22/60   SEX: M   HT: 0 00   WT: 000   HAIR:      EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: _____

DATE OFFENSE: 06/16/96   ARREST DATE: 09/13/96   ARREST ORI: 0230000

CHARGES @ CONV          CITES              OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST    13A-009-013.1
                                -  -
                                -  -

JUDGE: FRANK L MCGUIRE              PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

| ACT 254-76 | | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
|---|---|---|---|---|---|
| ( )Y (X)N | CONFINEMENT: | 00 00 000 | 00 00 090 | 00 00 090 | 00 00 000 |
|  | PROBATION : | 00 24 000 | | 00 24 000 | |

DATE SENTENCED: 10/01/96      SENTENCE BEGINS:     00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $34.23 | $34.23 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
|  | FINE | $25.00 | $25.00 |
|  | MUNICIPAL FEES | $0.00 | $0.00 |
|  | DRUG FEES | $0.00 | $0.00 |
|  | ADDTL DEFENDANT | $0.00 | $0.00 |
|  | DA FEES | $74.00 | $74.00 |
|  | COLLECTION ACCT | $0.00 | $0.00 |
|  | JAIL FEES | $0.00 | $0.00 |
|  | TOTAL | $376.38 | $376.38 |

APPEAL DATE      SUSPENDED        AFFIRMED         REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS AND
IN: 2/16/00   OUT: 5/17/00  AND IS TRUE AND CORRECT.

                            Roger S. Powell
                            CIRCUIT CLERK

                            11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000928.00
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY                    COURT ORI: 023023 J

STATE OF ALABAMA        VS.                    DC NO: 9600081800

CALDWELL LARRY              ALIAS: CLOROX        G J:
C119 CARVER CT             ALIAS:               SSN:    421021411
OPP  AL  36467                                  SID:    000000000
                                                AIS:

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:          EYE:

RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 01/15/96    ARREST DATE: 09/13/96    ARREST ORI: 0230000

CHARGES @ CONV              CITES              OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST      13A-009-013.1

JUDGE: FRANK L MCGUIRE              PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

ACT 754-76              IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 00 000   00 00 090  00 00 090  00 00 000
           PROBATION :  00 24 000              00 24 000

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:    00/00/00

PROVISIONS              COSTS/RESTITUTION        DUE        ORDERED

COURT COSTS            RESTITUTION           $46.19       $46.19
RESTITUTION            ATTORNEY FEE           $0.00        $0.00
CRIME VICTIM           CRIME VICTIMS         $25.00       $25.00
BAD CHECK FEE          COST                 $218.15      $218.15
                       FINE                  $25.00       $25.00
                       MUNICIPAL FEES         $0.00        $0.00
                       DRUG FEES              $0.00        $0.00
                       ADDTL DEFENDANT        $0.00        $0.00
                       DA FEES               $74.00       $74.00
                       COLLECTION ACCT        $0.00        $0.00
                       JAIL FEES             $0.00         $0.00

                       TOTAL                $388.34      $388.34

APPEAL DATE      SUSPENDED      AFFIRMED         REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS AND
IN:  5/18/00    OUT:  8/16/00   AND IS TRUE AND CORRECT.


                                Roger J. Powell
                                CIRCUIT CLERK

                                11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACG357

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000929.00
FRANK L MCGUIRE

---

DISTRICT COURT OF COVINGTON COUNTY                  COURT ORI: 023023 J

STATE OF ALABAMA      VS.                           DC NO: 9600081900

CALDWELL LARRY              ALIAS: CLOROX           G J:
C119 CARVER CT             ALIAS:                   SSN:    421021411
OPP  AL  36467                                      SID:    000000000
                                                    AIS:

---

DOB:  10/22/60   SEX: M   HT: 0 00   WT: 000  HAIR:          EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 11/12/95  ARREST DATE: 09/13/96  ARREST ORI: 0230000

---

      CHARGES @ CONV          CITES          OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST   13A-009-013.1
                                 -  -
                                 -  -

---

JUDGE: FRANK L MCGUIRE              PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE   REVOKED   DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

---

ACT 254-76              IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 00 000  00 00 090  00 00 090  00 00 000
           PROBATION :  00 24 000             00 24 000

DATE SENTENCED: 10/01/96   SENTENCE BEGINS:    00/00/00

---

PROVISIONS              COSTS/RESTITUTION        DUE        ORDERED

COURT COSTS             RESTITUTION            $81.92       $81.92
RESTITUTION             ATTORNEY FEE            $0.00        $0.00
CRIME VICTIM            CRIME VICTIMS          $25.00       $25.00
BAD CHECK FEE           COST                  $218.15      $218.15
                        FINE                   $25.00       $25.00
                        MUNICIPAL FEES          $0.00        $0.00
                        DRUG FEES               $0.00        $0.00
                        ADDTL DEFENDANT         $0.00        $0.00
                        DA FEES                $74.00       $74.00
                        COLLECTION ACCT         $0.00        $0.00
                        JAIL FEES               $0.00        $0.00

                        TOTAL                 $424.07      $424.07

---

APPEAL DATE      SUSPENDED         AFFIRMED          REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS AND
IN:  8/17/00    OUT:  11/15/00    AND IS TRUE AND CORRECT.


                                  Roger J. Powell
                                  CIRCUIT CLERK

                                  11/06/97

---

OPERATOR: PEH
PREPARED: 11/06/97

ACS399

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000930.00
FRANK L MCGUIRE

---

| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J |

| STATE OF ALABAMA    VS. | DC NO: 96000082000 |

CALDWELL LARRY                ALIAS: CLOROX
C119 CARVER CT                ALIAS:
OPP  AL  36467

G J:
SSN:     421021411
SID:     000000000
AIS:

---

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:    EYE:

RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 01/04/96    ARREST DATE: 09/13/96    ARREST ORI: 0230000

| CHARGES @ CONV | CITES | OFF CLASS: (X)A ( )B ( )C |
| NEGOTIATING WORTHLESS INST | 13A-009-013.1 | |
| | — — | |
| | — — | |

---

JUDGE: FRANK L MCGUIRE                PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

---

ACT 754-76
( )Y (X)N

|  | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
|---|---|---|---|---|
| CONFINEMENT: | 00 00 000 | 00 00 090 | 00 00 090 | 00 00 000 |
| PROBATION : | 00 24 000 | | 00 24 000 | |

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:    00/00/00

---

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $47.67 | $47.67 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $389.82 | $389.82 |

---

APPEAL DATE    SUSPENDED    AFFIRMED    REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

REMARKS:

IN:  11/16/00    OUT: 2/14/01

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
AND IS TRUE AND CORRECT.

*Roger A. Powell*

CIRCUIT CLERK

11/06/97

---

OPERATOR: PEH
PREPARED: 11/06/97

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000931.00
FRANK L MCGUIRE

| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J |
|---|---|

STATE OF ALABAMA     VS.                       DC NO: 9600082100

CALDWELL LARRY            ALIAS: CLOROX       G J:
C119 CARVER CT            ALIAS:              SSN:   421021411
OFF  AL  36467                                SID:   000000000
                                              AIS:

DOB:  10/22/60   SEX: M   HT: 0 00   WT: 000  HAIR:        EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 11/11/95  ARREST DATE: 09/13/96  ARREST ORI: 0230000

| CHARGES @ CONV | CITES | OFF CLASS: (X)A ( )B ( )C |
|---|---|---|
| NEGOTIATING WORTHLESS INST | 13A-009-013.1 | |
| | — — | |
| | — — | |

JUDGE: FRANK L MCGUIRE            PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED  DATE   REARRESTED DATE  REVOKED  DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____

ACT 754-76           IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT: 00 00 000  00 00 090  00 00 090  00 00 000
            PROBATION :  00 24 000              00 24 000

DATE SENTENCED: 10/01/96   SENTENCE BEGINS:   00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $45.00 | $45.00 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $387.15 | $387.15 |

APPEAL DATE      SUSPENDED       AFFIRMED        REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS AND
IN:  2/15/01    OUT:  5/16/01     AND IS TRUE AND CORRECT.


                                  _Roger L Powell_
                                  CIRCUIT CLERK
                                  11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACS359
ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000932.00
FRANK L MCGUIRE

---

| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J |

STATE OF ALABAMA    VS.                    DC NO: 9600082200

CALDWELL LARRY            ALIAS: CLOROX        G J:
C119 CARVER CT            ALIAS:               SSN:    421021411
OPP  AL  36467                                 SID:    000000000
                                               AIS:

---

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:        EYE:

RACE: ( )W (X)B ( )O    COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 10/26/95   ARREST DATE: 09/13/96   ARREST ORI: 0230000

CHARGES @ CONV          CITES            OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST    13A-009-013.1

---

JUDGE: FRANK L MCGUIRE            PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE   REVOKED    DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____ ( )Y( )N _____

---

ACT 754-76                IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT:  00 00 000   00 00 090   00 00 090   00 00 000
           PROBATION  :  00 24 000               00 24 000

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:    00/00/00

---

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $39.52 | $39.52 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $381.67 | $381.67 |

---

APPEAL DATE      SUSPENDED        AFFIRMED        REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS AND
IN:  5/17/01    OUT:  8/15/01    AND IS TRUE AND CORRECT.


                            _Roger D. Powell_
                            CIRCUIT CLERK

                            11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

ACC359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000933.00
FRANK L MCGUIRE

```
| DISTRICT COURT OF COVINGTON COUNTY            COURT ORI: 023023 J
|
| STATE OF ALABAMA     VS.              DC NO: 9600082300
|
| CALDWELL LARRY        ALIAS: CLOROX    G J:
| C119 CARVER CT        ALIAS:           SSN:    421021411
| OPP   AL  36467                        SID:    000000000
|                                        AIS:
|
| DOB:  10/22/60   SEX: M   HT: 0 00   WT: 000  HAIR:      EYE:
|
| RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____
|
| DATE OFFENSE: 01/15/96  ARREST DATE: 09/13/96  ARREST ORI: 0230000
|
|       CHARGES @ CONV        CITES         OFF CLASS: (X)A ( )B ( )C
| NEGOTIATING WORTHLESS INST  13A-009-013.1
|                               -    -
|                               -    -
|
| JUDGE: FRANK L MCGUIRE            PROSECUTOR: ENZOR, LELAND G, JR
|
| PROBATION APPLIED   GRANTED  DATE   REARRESTED DATE  REVOKED   DATE
|
| (X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____  ( )Y( )N _____
|
| ACT 754-76          IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
|  ( )Y (X)N  CONFINEMENT: 00 00 000  00 00 090  00 00 090  00 00 000
|             PROBATION  : 00 24 000             00 24 000
|
| DATE SENTENCED: 10/01/96   SENTENCE BEGINS:    00/00/00
|
| PROVISIONS              COSTS/RESTITUTION      DUE        ORDERED
|
|  COURT COSTS           RESTITUTION          $45.00      $45.00
|  RESTITUTION           ATTORNEY FEE          $0.00       $0.00
|  CRIME VICTIM          CRIME VICTIMS        $25.00      $25.00
|  BAD CHECK FEE         COST                $218.15     $218.15
|                        FINE                 $25.00      $25.00
|                        MUNICIPAL FEES        $0.00       $0.00
|                        DRUG FEES             $0.00       $0.00
|                        ADDTL DEFENDANT       $0.00       $0.00
|                        DA FEES              $74.00      $74.00
|                        COLLECTION ACCT       $0.00       $0.00
|                        JAIL FEES             $0.00       $0.00
|
|                        TOTAL               $387.15     $387.15
|
| APPEAL DATE     SUSPENDED      AFFIRMED         REARREST
|
| ( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____  ( )Y( )N _____
|
| REMARKS:                      THIS IS TO CERTIFY THAT THE
|                               ABOVE INFORMATION WAS EXTRACTED
|                               FROM OFFICIAL COURT RECORDS AND
| IN:  8/16/01   OUT:  11/14/01  AND IS TRUE AND CORRECT.
|
|
|                               Roger J. Powell
|                               CIRCUIT CLERK
|                               11/06/97
```

OPERATOR: PEH
PREPARED: 11/06/97

ACS359
ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 96 000934.00
FRANK L MCGUIRE

```
| DISTRICT COURT OF COVINGTON COUNTY              COURT ORI: 023023 J |
|-------------------------------------------------------------------|
| STATE OF ALABAMA    VS.               DC NO: 9600082400           |
|-------------------------------------------------------------------|
| CALDWELL LARRY          ALIAS: CLOROX      G J:                   |
| C119 CARVER CT          ALIAS:             SSN:    421021411      |
| OPP  AL  36467                             SID:    000000000      |
|                                            AIS:                   |
|-------------------------------------------------------------------|
| DOB:  10/22/60   SEX: M   HT: 0 00   WT: 000  HAIR:    EYE:       |
|-------------------------------------------------------------------|
| RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ____ FEATURES: ____ |
|-------------------------------------------------------------------|
| DATE OFFENSE: 01/24/96  ARREST DATE: 09/13/96  ARREST ORI: 0230000|
|-------------------------------------------------------------------|
```

CHARGES @ CONV              CITES        OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST      13A-009-013.1

JUDGE: FRANK L MCGUIRE         PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE  REVOKED   DATE

(X)Y( )N  10/01/96  (X)Y( )N 10/01/96 ( )Y( )N _____ ( )Y( )N _____

ACT 754-76                  IMPOSED   SUSPENDED   TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:   00 00 000  00 00 090  00 00 090  00 00 000
            PROBATION  :   00 24 000             00 24 000

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:     00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|-----------|-------------------|-----|---------|
| COURT COSTS | RESTITUTION | $36.06 | $36.06 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $378.21 | $378.21 |

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST

( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____  ( )Y( )N _____

REMARKS:                      THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
IN:  11/15/01   OUT:  2/13/02  AND IS TRUE AND CORRECT.


                              _____
                              CIRCUIT CLERK

                              11/06/97

OPERATOR: PEH
PREPARED: 11/06/97

```
ACSUS09                    ALABAMA JUDICIAL DATA CENTER
                               COVINGTON COUNTY
                             TRANSCRIPT OF RECORD
                             CONVICTION REPORT

                                            DC 96 000935.00
                                            FRANK L MCGUIRE
```

| | |
|---|---|
| DISTRICT COURT OF COVINGTON COUNTY | COURT ORI: 023023 J |

| | |
|---|---|
| STATE OF ALABAMA    VS. | DC NO: 9600082500 |

CALDWELL LARRY          ALIAS: CLOROX          G J:
C119 CARVER CT          ALIAS:                 SSN:    421021411
OFF  AL  36467                                 SID:    000000000
                                               AIS:

DOB:  10/22/60    SEX: M    HT: 0 00    WT: 000    HAIR:          EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

DATE OFFENSE: 01/18/96  ARREST DATE: 09/13/96  ARREST ORI: 0230000

| CHARGES @ CONV | CITES | OFF CLASS: (X)A ( )B ( )C |
|---|---|---|
| NEGOTIATING WORTHLESS INST | 13A-009-013.1 | |

JUDGE: FRANK L MCGUIRE          PROSECUTOR: ENZOR, LELAND G, JR

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE

(X)Y( )N   10/01/96   (X)Y( )N 10/01/96 ( )Y( )N _____ ( )Y( )N _____

| ACT 754-76 | | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
|---|---|---|---|---|---|
| ( )Y (X)N | CONFINEMENT: | 00 00 000 | 00 00 090 | 00 00 090 | 00 00 000 |
| | PROBATION : | 00 24 000 | | 00 24 000 | |

DATE SENTENCED: 10/01/96    SENTENCE BEGINS:    00/00/00

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $36.26 | $36.26 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $25.00 | $25.00 |
| BAD CHECK FEE | COST | $218.15 | $218.15 |
| | FINE | $25.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $74.00 | $74.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $378.41 | $378.41 |

APPEAL DATE       SUSPENDED       AFFIRMED       REARREST

( )Y( )N _____   ( )Y( )N _____  ( )Y( )N _____   ( )Y( )N _____

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS AND
IN:  2/14/02    OUT:  5/15/02     AND IS TRUE AND CORRECT.

                                  _Roger A Powell_
                                  CIRCUIT CLERK

                                  11/06/97

OPERATOR: PEH
PREPARED: 11/06/97