# PROPERTY RELEASE FORM

I LARRY CALdWELL do herby give my permission for my property here at the Covington County Jail to be picked up by AMY COON. I understand that if it is not picked up within fourteen days from this date that it will be disposed of by the Covington County Jail.

Inmate Larry Caldwell
Wittness Nathaniel Robinson
Date 11-21-01

Property picked up by Amy C. Coon
Date 11-28-01

1 Cell Phone
1 Charger For Cell Phone

Covington County Sheriff

Printed: Tue Nov 04,2003

# INMATE PROPERTY LOG

LARRY "CLOROX" CALDWELL (S421021411)

Booking Number: 200003499

Booking Date: NOVEMBER 4th, 2003

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | BLACK FOLD WALLET | | |
| 1 | PAIR OF K-TECH SHOES | | |
| 1 | CELL PHONE CLIP | | |
| 1 | LTD POCKET WATCH ON | | |
| | CHAIN | | |
| 1 | NAVY BLUE LIGHTER | | |
| 1 | PAIR BLUE JEANS | | |
| 1 | VERONA JACKET | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes PROPERTY BOX #44 X

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature [signature] Date: 11-04-03 Time: 21:00

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature Jimmy F Bush Date: 11-04-03 Time: 21:00

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature ______________ Date: ________ Time: ________

Officer's Si...

State of Alabama
Unified Judicial System

Form C-42 Rev 6/88

# ORDER OF RELEASE FROM JAIL

Case Number
[illegible]

IN THE DISTRICT COURT OF COVINGTON COUNTY

STATE OF ALABAMA v. [illegible]

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of DUI

Reason for Release Judge order

Date 11 7 02 [signature] By:

COURT RECORD (Original) JAILER (Copy) Judge/Clerk

ALABAMA DEPARTMENT OF PUBLIC HEALTH
DIVISION OF TUBERCULOSIS CONTROL

Health Department Address, Telephone Number and Nurse Contact

Covington County Health Dept.
P.O. Box 186
Andalusia, Al. 36420
334-222-1175

Please contact TB Nurse in this department for further information.
This is your TB TEST card. Please keep it with you at all times.
Show it to your health care provider.

# Covington County Jail
## RECEIVING SCREENING FORM

DATE 12-14-9[illegible]

NAME Caldwell, Larry SEX B/M D.O.B. 10-22-60 TIME 15:25

BCIN # ______ OFFICER OR PHYSICIAN ______

## Booking Officer's Visual Opinion

| | | YES | NO |
|---|---|---|---|
| 1. | Is the inmate conscious? | (YES) | NO |
| 2. | Does the new inmate have obvious pain or bleeding or other symptoms suggesting need for Emergency Service? | YES | (NO) |
| 3. | Are there visible signs of trauma or illness requiring immediate Emergency or Doctor's care? | YES | (NO) |
| 4. | Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection which might spread through the jail? | YES | (NO) |
| 5. | Is the skin in good condition and free of vermin? | (YES) | NO |
| 6. | Does the inmate appear to be under the influence of alcohol? | YES | (NO) |
| 7. | Does the inmate appear to be under the influence of barbiturates, heroin or any other drugs? | YES | (NO) |
| 8. | Are there any visible signs of Alcohol/Drug withdrawal symptoms? | YES | (NO) |
| 9. | Does the inmate's behavior suggest the risk of suicide? | YES | (NO) |
| 10. | Does the inmate's behavior suggest the risk of assault to staff or other inmates? | YES | (NO) |
| 11. | Is the inmate carrying medication or does the inmate report being on medication which should be continuously administered or available? | YES | (NO) |

## Officer-Inmate Questionnaire

| | | YES | NO |
|---|---|---|---|
| 12. | Are you presently taking medication for diabetes, heart disease, seizures, arthritis, asthma, ulcers, high blood pressure, or psychiatric disorder? Circle Condition. | YES | (NO) |
| 13. | Do you have a special diet prescribed by a physician? Type ______ | YES | (NO) |
| 14. | Do you have history of venereal disease or abnormal discharge? | YES | (NO) |
| 15. | Have you **recently** been hospitalized or recently seen a medical or psychiatric doctor for any illness? | YES | (NO) |
| 16. | Are you allergic to any medication? | YES | (NO) |
| 17. | Have you fainted recently or had a recent head injury? | YES | (NO) |
| 18. | Do you have epilepsy? | YES | (NO) |
| 19. | Do you have a history of tuberculosis? | YES | (NO) |
| 20. | Do you have diabetes? | YES | (NO) |
| 21. | Do you have hepatitis? | YES | (NO) |
| 22. | If female, are you pregnant? | YES | NO |
| 23. | Are you currently on birth control pills? | YES | NO |
| 24. | Have you recently delivered? | YES | NO |
| 25. | Do you have a painful dental condition? | YES | NO |
| 26. | Do you have any other medical problem we should know about? | YES | NO |

REMARKS:

1. ______
2. ______
3. ______
4. ______
5. ______
6. ______

STATEMENT OF CONDITIONS UNDER WHICH PAROLE IS GRANTED

This Certificate of Parole shall not become operative until the following Conditions are agreed to by the prisoner, and violation of any of these Conditions may result in revocation of Parole.

1. I shall report immediately to the Parole Officer under whose supervision I am paroled by personal visit.

2. I shall not change my residence or employment or leave the State without first getting the consent of my Parole Officer.

3. I shall, between the first and third days of each month, until my release from parole, make a full and truthful report to my Parole Officer in writing.

4. I shall not use narcotic drugs, or frequent places where intoxicants or drugs are sold, dispensed, or used unlawfully.

5. I shall avoid injurious habits and shall not associate with persons of bad reputation or harmful character.

6. I shall in all respects conduct myself honorably, work diligently at a lawful occupation, and support my dependents to the best of my ability.

7. I shall not violate any law.

8. I hereby waive all extradition rights and process and agree to return when the State Board of Pardons and Paroles directs at any time before my release from parole.

9. I shall promptly and truthfully answer all inquiries directed to me by the State Board of Pardons and Paroles and my Parole Officer and allow that Officer to visit me at my home, employment site or elsewhere, and carry out all instructions my Parole Officer gives.

10. If at any time it becomes necessary to communicate with my Parole Officer for any purpose and that Officer is not available, I shall contact the State Board of Pardons and Paroles.

11. I shall not marry without first seeking the advice and counsel of my Parole Officer.

12. Immediately upon release from the service of sentence in ______________________ and if prior to ______________________ , I will report directly to the State Board of Pardons and Paroles, 750 Washington Avenue, Montgomery, AL 36130, either by telephone, correspondence or in person.

13. I shall pay twenty dollars ($20.00) per month to the State Board of Pardons and Paroles as required by law.

14. I shall not own, possess or have under my control a firearm or ammunition of any kind, nor any other deadly weapon or dangerous instrument as defined by Alabama law.

15. I shall participate in alcoholic, drug treatment, or other therapeutic programs when instructed to do so by my Parole Officer.

16. I shall pay $ 294.68 ______________________ Restitution as ordered by the sentencing court or the State Board of Pardons and Paroles. and any pre-existing unpaid court ordered restitution.

17. I shall make myself available for searches and/or tests when ordered by my parole officer. Including, but not limited to, Urninalysis, Breathalizer, and blood samples and/or search of my residence, vehicle, or any property under my control.

I hereby certify that this Statement of Conditions of Parole have been read and explained to the Parolee.

This ______________ day ______ 19 ______________

______________________________
Signature of Parolee

______________________________
Member of Board or Warden

______________________________
(Give full address at which you can be reached)

*STATE OF ALABAMA*
*BOARD OF PARDONS AND PAROLES*
Gordon Persons Building
50 North Ripley Street
Montgomery, Alabama 36130
Central Office - Plaza (205) 242-8700
(Personnel) - Room 3305 (205) 242-8780
(Accounting) - Room 3307 (205) 242-8777

JOEL W. BARFOOT
Chairman of the Board

JACK D. SHOWS
Associate Member

JOHN S. NETTLES
Associate Member

ELMO T. GRAVES
Executive Director

16 May 1990

Honorable W. H. Baldwin
Circuit Judge
County Courthouse
Andalusia, AL 36420

RE: Caldwell, Larry #122,310A

Dear Judge Baldwin:

Parole was granted in this case effective 5-21-90.

Conditions of parole are on the attached sheet.

Sincerely,

ELMO T. GRAVES
Executive Director

CC: Hon. Eugenia Loggins
District Attorney
County Courthouse
Andalusia, AL 36420

Hon. Don Harrell
Sheriff
County Courthouse
Andalusia, AL 36420

Chief of Police
Opp, AL

Alabama Attorney General

Hon. Thomas E. Head, III
District Judge
P.O. Box 1601
Enterprise, AL 36330

Hon. Joel M. Folmar
District Attorney
Pike County Courthouse
Troy, AL 36081

Hon. Brice R. Paul
Sheriff
County Courthouse
Enterprise, AL 36331

sab

File

FORM C-80
900515-005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
RECEIPT OF RELEASED CONVICT

DATE: 05/16/90 R
CJP216

K. 164

INSTITUTION: COVINGTON
DATE RELEASED: MAY 21, 1990

NAME: CALDWELL, LARRY "CLOROX"
SERIAL NUMBER: 00122310A

COUNTY COMMITTED FROM: COVINGTON
DATE COMMITTED: MAY 23, 1989

HOW RELEASED: PAROLE - PGSH

REMARKS:

[illegible] FROM WARDEN: E L Harrelson    DOLLARS: 10

[illegible] PAYMENT OF AMOUNTS AS SET OUT BELOW:

[illegible] YRS. 00 MO. $ 10.00

[illegible] $

[illegible] $

[illegible] $

TOTAL $ 10.00

Larry Caldwell

Barbara Blackwell

3164



# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS

SHeriff
Covington County

Central Records Office
Gordon Persons Building
50 R[illegible]

Montgomery, Alabama 36130
(205) 242-9400

Dear Sheriff:

The subject named below was sentenced to the Department of Corrections and is still in your custody. The inmate is to be released from your jail as described below:

Subject's Name CALDWELL, Larry AKA "Clorox" Case # 89-82,89-83,89-84;89-158

AIS # 122310 R&S B/M

Release Date: 5/21/90 Release Order: 900516-003

Type Release: E.O.S. ______ Parole XX To a Detainer ______

Placed by ______

All copies of the attached forms must be signed and witnessed (if applicable):

Release of Prisoner Form C-80 - Signed by inmate in ink - 2 witnesses.

Certificate of Parole - signed by inmate and witnessed (if applicable).

Waiver of extradition - signed by inmate and 2 witnesses (if applicable).

Application for Compact Service - signed by inmate and witnessed (if applicable).

**IN NO CASE WILL INMATE BE RELEASED PRIOR TO RELEASE DATE INDICATED ABOVE.**

Disposition:

1. Inmate will retain

   a. One copy Release of Prisoner Form C-80

   b. White copy of Parole Certificate (if applicable)

State of Alabama
Unified Judicial System

Form C-42 Rev. 2/79

# ORDER OF RELEASE FROM JAIL

Case Number: CC 83 08 (ID / YR / Number)

IN THE Circuit Criminal COURT OF Covington COUNTY

STATE OF ALABAMA vs. Larry Caldwell, alias Clorox Caldwell

TO THE JAILER OF- Covington County, Alabama

You are ordered to release from your custody the above name defendant, charged with the offense of Forgery II reduced to Negotiating Worthless Negotiable Instrument

Reason for Release: State amends indictment to Negotiating Worthless Negotiable Instrument. Defendant pleads guilty, fined $10.00 & costs; sentenced to 6 months in County Jail; jail sentence suspended for 1 year pending good behavior and payment of fine, costs & restitution within 120 days of this date.

June 28, 1983
Date

Ray Bozeman
Judge/Clerk By: er

COURT RECORD (White) JAILER (Green)

S.S.NO. 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

## PRISONER'S JAIL RECORD

NO. 1

NAME Caldwell Larry DATE 2-14-90 TIME 4:30 pm

ALIAS Clorox ADDRESS Rt. 2 Box 185

AGE 29 RACE B Negro SEX M EYES Bk. HAIR Bk. HEIGHT 6'2 WEIGHT 170

DATE OF BIRTH 10-22-60 PLACE OF BIRTH Coffee Co. SCARS OR MARKS

ARRESTING OFFICER Harrell ARRESTING AGENCY CCSD

OFFENSE Forgery II TELEPHONE NO

STATUS SPOUSE OR NEXT OF KIN

SENTENCE BEGINS SENTENCE EXPIRES HOLD FOR

BEHAVIOR TIME ALLOWED GOOD BEHAVIOR

HOW RELEASED Parole DATE TIME 1020

RELEASING OFFICER S. [illegible] DRAFT BOARD & CLASSIFICATION

ENTERING R/I PRINT RELEASING R/I PRINT

REMARKS:

S.S.NO. 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

## PRISONER'S JAIL RECORD

NO. 60618

NAME CALDWELL LARRY DATE 2-13-89 TIME 9:05 AM

ALIAS ADDRESS Rt 2 Box 185-B Elba, Al

AGE 28 RACE B SEX M EYES Bro HAIR Blk HEIGHT 6'2" WEIGHT 160

DATE OF BIRTH 10-22-60 PLACE OF BIRTH Coffee Co. SCARS OR MARKS none seen

ARRESTING OFFICER R-White ARRESTING AGENCY Off P.D.

OFFENSE Forgery II 3 Counts TELEPHONE NO

STATUS SPOUSE OR NEXT OF KIN

SENTENCE BEGINS SENTENCE EXPIRES HOLD FOR Coffee Co & Geneva County

TIME ALLOWED GOOD BEHAVIOR

Hold Cov. Co.

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| Field | Entry |
|---|---|
| ORI | 0310200 |
| 2 AGENCY NAME | OPP POLICE DEPARTMENT |
| 3 CASE # | |
| 4 SFX | |
| NAME (LAST, FIRST, MIDDLE NAME) | CALDWELL LARRY NMI |
| 6 ALIAS AKA | CLOROX |
| 7 SEX | ☐ M ☐ F |
| 8 RACE | ☐ W ☐ A ☐ B ☐ I |
| 9 HGT. | 6 2 |
| 10 WGT. | 160 |
| 11 EYE | BRN |
| 12 HAIR | BLK |
| 13 SKIN | DRK |
| 14 SCARS, MARKS, TATTOOS, AMPUTATIONS | |
| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | COFFEE AL |
| 16 SSN | 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 |
| 17 DATE OF BIRTH | 10 22 60 |
| 18 AGE | 28 |
| 19 MISCELLANEOUS ID # | |
| 20 SID # | |
| 21 FINGERPRINT CLASS | KEY MAJOR PRIMARY SCDV SUB - SECONDARY FINAL; HENRY CLASS; NCIC CLASS |
| 22 DL # | |
| 23 ST | |
| 24 FBI # | |
| 25 IDENTIFICATION COMMENTS | |
| 26 | ☐ 1 RESIDENT ☐ 2 NON-RESIDENT |
| 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | RT2 Box 185B ELBA AL 36323 |
| 28 RESIDENCE PHONE | (205) 493-9452 |
| 29 OCCUPATION (BE SPECIFIC) | CHICKEN CATCHER |
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | CHARLIE MOCK |
| 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | SANSOM, AL |
| 32 BUSINESS PHONE | (205) 898-2818 |

**ARREST**

| Field | Entry |
|---|---|
| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | LITTLE HARLEM CLUB HARDIN ST. OPP, AL |
| 34 SECTOR # | |
| 35 ARRESTED FOR YOUR JURISDICTION? | X YES ☐ NO; ☐ 1 IN STATE ☐ 2 OUT STATE AGENCY |
| 36 CONDITION OF ARRESTEE | ☐ 1 DRUNK ☐ 2 DRINKING X 3 SOBER ☐ 4 DRUGS |
| 37 RESIST ARREST? | ☐ YES X NO |
| 38 INJURIES? | X NONE ☐ 2 OFFICER ☐ 3 ARRESTEE |
| 39 ARMED? | ☐ Y X N |
| 40 DESCRIPTION OF WEAPON | ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
| 41 DATE OF ARREST | 02 12 89 |
| 42 TIME OF ARREST | 15:39 ☐ 1 AM ☐ 2 PM X 3 MIL |
| 43 | S M T W T F S |
| 44 TYPE ARREST | ☐ 1 ON VIEW ☐ 2 CALL X 3 WARRANT |
| 45 ARRESTED BEFORE? | ☐ Y X N ☐ UNK |
| 46 CHARGE—1 | X FEL ☐ MISD — FORGERY II |
| 47 NCIC/UCR CD. | |
| 48 CHARGE—2 | X FEL ☐ MISD — FORGERY II |
| 49 NCIC/UCR CD. | |
| 50 STATE CODE/LOCAL ORDINANCE | 13A-9-3 |
| 51 WARRANT # | 89-2-32 |
| 52 DATE ISSUED | M D Y |
| 53 STATE CODE/LOCAL ORDINANCE | 13A-9-3 |
| 54 WARRANT # | 89-2-33 |
| 55 DATE ISSUED | M D Y |
| 56 CHARGE—3 | X FEL ☐ MISD — FORGERY II |
| 57 NCIC/UCR CD. | |
| 58 CHARGE—4 | ☐ FEL ☐ MISD |
| 59 NCIC/UCR CD. | |
| 60 STATE CODE/LOCAL ORDINANCE | 13A-9-3 |
| 61 WARRANT # | 89-2-36 |
| 62 DATE ISSUED | M D Y |
| 63 STATE CODE/LOCAL ORDINANCE | |
| 64 WARRANT # | |
| 65 DATE ISSUED | M D Y |
| 66 ARREST DISPOSITION | X 1 HELD ☐ 2 BAIL ☐ 3 RELEASED ☐ 4 TOT—LE ☐ 5 OTHER |
| 67 IF OUT ON RELEASE WHAT TYPE? | |
| 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) | |
| 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) | |

**VEHICLE**

| Field | Entry |
|---|---|
| 70 VYR | |
| 71 VMA | |
| 72 VMO | |
| 73 VST | |
| 74 VCO | TOP / BOTTOM |
| 75 TAG # | |
| 76 LIS | |
| 77 LIY | |
| 78 VIN | |
| 79 IMPOUNDED? | ☐ YES ☐ NO |
| 80 STORAGE LOCATION/IMPOUND # | |
| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | |

**JUVENILE**

| Field | Entry |
|---|---|
| 82 JUVENILE DISPOSITION | ☐ 1 HANDLED AND RELEASED ☐ 2 REF TO JUVENILE COURT ☐ 3 REF TO WELFARE AGENCY ☐ 4 REF TO OTHER POLICE AGENCY ☐ 5 REF TO ADULT COURT ☐ CONTINUED IN NARRATIVE |
| 83 RELEASED TO | |
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | |
| 85 ADDRESS (STREET, CITY, STATE, ZIP) | |
| 86 PHONE | |
| 87 PARENTS EMPLOYER | |
| 88 OCCUPATION | |
| 89 ADDRESS (STREET, CITY, STATE, ZIP) | |
| 90 PHONE | |

**RELEASE**

| Field | Entry |
|---|---|
| 91 DATE AND TIME OF RELEASE | M D Y : ☐ 1 AM ☐ 2 PM ☐ 3 MIL |
| 92 RELEASING OFFICER NAME | |
| 93 AGENCY/DIVISION | |
| 94 ID # | |
| 95 RELEASED TO: | |
| 96 AGENCY/DIVISION | |
| 97 AGENCY ADDRESS | |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE | ☐ YES ☐ NO ☐ PARTIAL |
| 99 PROPERTY NOT RELEASED/HELD AT: | |
| 100 PROPERTY # | |
| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | |
| 102 SIGNATURE OF RECEIVING OFFICER | |
| 103 SIGNATURE OF RELEASING OFFICER | |

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

LAST NAME NAM: Caldwell | FIRST NAME: Larry | MIDDLE NAME

SIGNATURE OF PERSON FINGERPRINTED: Larry Caldwell

ALIASES

CONTRIBUTOR ORI: AL0230000 SO ANDALUSIA, AL

DATE OF BIRTH DOB: 10 22 60

DATE ARRESTED OR RECEIVED DOA

| SEX | RACE | HGT | WGT | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|
| m | B | 6'2" | 160 | Bro | Blk | Coffee Co |

DATE: 2/13/89 | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS: Roy Tobb

CHARGE: Forgery II 3 Counts Techinal Arrest

FINAL DISPOSITION

OCA

FBI NO. FBI

SID NO. SID

SOCIAL SECURITY NO. SOC: 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

LEAVE BLANK

CLASS

REF

NCIC CLASS FPC

CAUTION

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

RELEASE

95 RELEASED TO:

96 AGENCY/DIVISION

97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL

99 PROPERTY NOT RELEASED/HELD AT:

100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

102 SIGNATURE OF RECEIVING OFFICER

103 SIGNATURE OF RELEASING OFFICER

ID #

MULTIPLE CASES CLOSED

104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE #

S.~~B.~~S. NO 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

# PRISONER'S JAIL RECORD

NO. ______

NAME Caldwell, Larry

ALIAS Clancy

DATE 08-20-87 TIME 8:55 pm

AGE 26 RACE B SEX M EYES Brn

ADDRESS Rt. 2 Box 185B Elba Al.

DATE OF BIRTH 10-22-60 PLACE OF BIRTH Coffee Co. Al. HAIR Blk. HEIGHT 6'1" WEIGHT [illegible]

ARRESTING OFFICER J. Craven

SCARS OR MARKS None

OFFENSE Alias D.W.N.I. DC-87-1255 DC-87-1260 DC 87-1258 DC 87-1257 DC 87-1256 DC-87-1259

ARRESTING AGENCY C.C.S.O.

Johnson

SENTENCE BEGINS ______ SENTENCE EXPIRES ______

SPOUSE OR NEXT OF KIN Charles Caldwell - brother TELEPHONE NO 493-[illegible]

BEHAVIOR ______ HOLD FOR ______

HOW RELEASED Transferred to Coffee Co.

TIME ALLOWED—GOOD BEHAVIOR ______

RELEASING OFFICER [illegible] DATE [illegible] TIME [illegible]

ENTERING R/I PRINT

RELEASING R/I PRINT

DRAFT BOARD & CLASSIFICATION ______

REMARKS: ______

## PRISONER'S JAIL RECORD

ID. NO. ______ NO. ______

NAME ______ DATE ______ TIME ______

ALIAS ______ ADDRESS ______

AGE ______ RACE ______ SEX ______ EYES ______ HAIR ______ HEIGHT ______ WEIGHT ______

DATE OF BIRTH ______ PLACE OF BIRTH ______ SCARS OR MARKS ______

ARRESTING OFFICER ______ ARRESTING AGENCY ______

OFFENSE [redacted] Theft of Property ______ WARRANT NO. ______

STATUS ______

SENTENCE BEGINS ______ SENTENCE EXPIRES ______ HOLD FOR ______

BEHAVIOR ______ TIME ALLOWED—GOOD BEHAVIOR ______

HOW RELEASED *Bond* DATE *5/7/81* TIME *3:25 p.m.*

RELEASING OFFICER *Lewis R. Chandler* DRAFT BOARD & CLASSIFICATION ______

ENTERING R/I PRINT | RELEASING R/I PRINT | REMARKS: ______

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

## PRISONER'S JAIL RECORD

ID. NO. ______ NO. ______

NAME Caldwell, Larry DATE ______ TIME ______

ALIAS ______ ADDRESS Rt2, Box 1 ... Elba, ...

AGE 20 RACE Blk SEX ______ EYES ______ HAIR ______ HEIGHT 6 ______ WEIGHT ______

DATE OF BIRTH 10-2?-?? PLACE OF BIRTH Coffee County, Ala SCARS OR MARKS ______

ARRESTING OFFICER ______ ARRESTING AGENCY ______

OFFENSE Theft of Property, 1st Degree ______ WARRANT NO. ______

STATUS ______

SENTENCE BEGINS ______ SENTENCE EXPIRES ______ HOLD FOR ______

BEHAVIOR ______ TIME ALLOWED—GOOD BEHAVIOR ______

HOW RELEASED *Bond* DATE *9-14-81* TIME *10:10 Am*

CALDWELL LARRY
AL0230000
CLOROX
SO
ANDALUSIA AL
10 22 60
09-28-82
M B 6'2" 160 BRN BLK COFFEE Co AL.
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
x Larry Caldwell
09-28-82 John Manning Jr
FORGERY II

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
WASHINGTON, D.C. 20537

1 12/01/82

...of the following FBI record, NUMBER 868 936 W5 is REGULATED BY LAW. It is furnished FOR OFFICIAL USE ONLY and should ONLY BE USED FOR PURPOSE REQUESTED. When further explanation of arrest charge or disposition is needed, communicate directly with the agency that contributed the fingerprints.

| Contributor of Fingerprints | Subject Name / State Number or SID | Arrested or Received | Charge / Disposition |
|---|---|---|---|
| NATIONAL CRIME INFORMATION CENTER FGPT. CLASS: 16 PI PO PM PO 14 17 PM CI C | | | |
| AL0230000 SHERIFF'S OFFICE ANDALUSIA,AL | CALDWELL, LARRY AL709304 | 04/22/81 | C-ROBBERY 2ND DEGREE |
| AL0230000 SHERIFF'S OFFICE ANDALUSIA,AL | CALDWELL, LARRY AL709304 | 09/28/82 | C-FORGERY II |

CONTRIBUTOR COPY
AL0230000
SHERIFF'S OFFICE
ANDALUSIA,AL

WARRANT

STATE OF ALABAMA CRENSHAW COUNTY DISTRICT COURT

AGENCY NUMBER: WARRANT NUMBER: WR 97 000254.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST LARRY CALDWELL AND BRING HIM/HER BEFORE THE DISTRICT COURT OF CRENSHAW COUNTY TO ANSWER THE STATE OF ALABAMA ON A CHARGE(S) OF:
NEGOTIATING WORTHLES CLASS:A TYPE:M
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE ______ DAY OF ______ 19____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 05 DAY OF JUNE, 1997.

BOND SET AT: (1) $300.00 BOND TYPE:
(2) ______
(3) ______

[signature]
~~JUDGE/CLERK~~/MAGISTRATE OF DISTRICT COURT

CHARGES: NEGOTIATING WORTHLES 13A-009-013.1 M MISDEMEANOR

NAME: LARRY CALDWELL ALIAS:
ADDRESS: ROUTE 2 BOX 185 B ALIAS:
ADDRESS:
CITY: ELBA STATE: AL ZIP: 36323 0000

EMPLOYMENT:
DOB: 00/00/00 RACE: SEX: HAIR:
EYE: HEIGHT: 0'00" WEIGHT: 000
SID: 000000000 SSN: 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

RECEIVED IN OFFICE THIS 9 DAY OF June 19 97
TONY CARPENTER, SHERIFF

EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( ) PLACING DEFENDANT IN THE CRENSHAW COUNTY JAIL

( ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS ______ DAY OF ______ 19 ______

SHERIFF ______

BY ______

COMPLAINANT: JEAN SPORT
C/O RED ROCK
LUVERNE AL 36049

OPERATOR: SHS LAST UPDATE: 060597

RECEIVED COFFEE COUNTY
MAY - 8 1998
SHERIFF'S DEPT
BY [signature]

3343355805 P.01

427-3138

W A R R A N T

STATE OF ALABAMA

CRENSHAW COUNTY

AGENCY NUMBER:

DISTRICT COURT

WARRANT NUMBER: WR 97 000254.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST LARRY CALDWELL AND BRING HIM/HER BEFORE THE DISTRICT COURT OF CRENSHAW COUNTY TO ANSWER THE STATE OF ALABAMA ON A CHARGE(S) OF:
NEGOTIATING WORTHLES CLASS:A TYPE:M
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE ______ DAY OF ________ 19____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 05 DAY OF JUNE, 1997.

BOND SET AT: (1) $300.00 BOND TYPE:
(2) ________
(3) ________

Sherrie Sigon

~~JUDGE/CLERK~~/MAGISTRATE OF DISTRICT COURT

CHARGES: NEGOTIATING WORTHLES 13A-009-013.1 M MISDEMEANOR

NAME: LARRY CALDWELL
ADDRESS: ROUTE 2 BOX 185 B
ADDRESS:
CITY: ELBA

ALIAS:
ALIAS:

STATE: AL

ZIP: 36323 0000

EMPLOYMENT:
DOB: 00/00/00 RACE: SEX: HAIR:
EYE: HEIGHT: 0'00" WEIGHT: 000
SID: 000000000 SSN: 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

RECEIVED IN OFFICE THIS 9 DAY
OF June 19 97
LOU CARPENTER, SHERIFF

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( ) PLACING DEFENDANT IN THE CRENSHAW COUNTY JAIL

( ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS ________ DAY OF ________ 19 ____

SHERIFF ________

BY ________

COMPLAINANT: JEAN SPORT
C/O RED ROCK

LUVERNE AL 36049

OPERATOR: SHS LAST UPDATE: 060597

COFFEE COUNTY
MAY - 8 1998
SHERIFF'S DEPT
BY

Covington County
Sheriff
Wilbur C. Mitchell

Sheriff's Department
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 03/01/98

TIME: 0800 - 1600

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR LARRY Caldwell TO LEAVE THE COVINGTON COUNTY JAIL ON A HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an Escape and I will be charged.

L. Caldwell

Wilbur C. Mitchell
Sheriff

I Ronnie Caldwell take responsibility for the above named inmate while on pass from the Covington County Jail. I furthur take responsibility for the inmate being back at the jail at the assigned time.

Signed: Ronnie Caldwell

Inmate to return to jail 03/01/98 1600 pm 4:00

PASS APPROVED BY: [signature]

Buck [illegible] 1541

CALDWELL LARRY

Sex M Race B Suffix
Dob Address RT 2 BOX
Age City ELBA State AL Zip
Height Phone (334) 347-2438 Drv Lic
Weight 175 Employer Position
Hair Color BLK Empl Phone ( ) - Ssn
Eye Color BRO Birth Plac COFFEE CO. Birth Stat AL Citizen Y
Build SLIG Sid Fbi
Complexn DRK Alt Id Prison
Ncic Marital Status

Next of Kin last CALDWELL First ANNIE Middle JOYCE
Address
City State Zip
Phone ( ) -

Hand Hearing Vision Education
Eng read Eng write Eng speak Religion
Gang Alert Moniker

Scar Tatoo
Remarks

Book Date 08/20/97 Time 20:01
Book Type FULL
Book Off JACKSON

Arrest Date 08/20/97 Time 19:56
Agency CCSO Officer ROGERS
Location
Ori No

Search By: JACKSON
Clothing Y Metal N Strip N
Pat down Y Cavty N

Photo N Prints N
Ncic Check N Call N

Serv Off ROGERS
Cell A-BLOC Bed
Cust Stat AAT Class MED
Held For CCSD Reason Hld SPEC
Out Date Out Time
Bondsman
Attorney

Comment

S.S. NO. 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

# PRISONER'S JAIL RECORD

NO. 37

NAME Caldwell, Larry DATE 10/04/01 TIME 19:31

ALIAS Clorox ADDRESS 14C Heritage Circle Opp AL

AGE 40 RACE B SEX M EYES BRO HAIR BLK HEIGHT 6'2 WEIGHT 180

DATE OF BIRTH 10-22-1960 PLACE OF BIRTH Coffee Co SCARS OR MARKS TATTO BTH ARMS

ARRESTING OFFICER Sheriff Clark ARRESTING AGENCY CCSO

OFFENSE Alias - FTP TELEPHONE NO. 390-3551

STATUS Married SPOUSE OR NEXT OF KIN Annie Joyce Caldwell

SENTENCE BEGINS ______ SENTENCE EXPIRES ______ HOLD FOR ______

BEHAVIOR ______ TIME ALLOWED—GOOD BEHAVIOR ______

HOW RELEASED ______ DATE ______ TIME ______

RELEASING OFFICER ______ DRAFT BOARD & CLASSIFICATION ______

ENTERING R/I PRINT | RELEASING R/I PRINT | REMARKS: ______

**Covington County**
Sheriff
Wilbur C. Mitchell

**Sheriff's Department**
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 01/15/93
TIME: 10 - 6 P.M.

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR Larry Caldwell TO LEAVE THE COVINGTON COUNTY JAIL ON A HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an Escape and I will be charged.

x [signature]

Wilbur C. Mitchell
Sheriff

I x Cora Hines take responsibility for the above named inmate while on pass from the Covington County Jail. I furthur take responsibility for the inmate being back at the jail at the assigned time.

Signed: x Cora Hines

Inmate to return to jail 01/16/96 6:00 P.M.

PASS APPROVED BY: Wilbur Mitchell [illegible]

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| PLAINTIFF, | * | |
| VS. | * | CASE NOS.: DC-96-917 THRU 953 & DC-96-1297 |
| LARRY CALDWELL, | * | |
| DEFENDANT | * | |

O R D E R

An Initial Appearance After Arrest was held in this cause on this date, pursuant to Rule 27.5(a), Alabama Rules of Criminal Procedure. The Court advised the Defendant as required by said rule.

The State had previously filed a motion to show cause and revoke the Defendant's probation.

It is therefore, Ordered that a hearing will be held on the 4th day of November, 1997, at 11:00 a.m.

It is further Ordered that the Defendant's bond is set at $39,000.00.

It is further Ordered that Honorable Diana Mock is appointed to represent the Defendant at said hearing.

DONE and ORDERED this the 16th day of September, 1997.

Frank L. McGuire, III
District Judge



Covington County
Sheriff
Wilbur C. Mitchell

Sheriff's Department
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 1-4-98

TIME: 9:30 am - 5:30 pm

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR Larry Caldwell TO LEAVE THE COVINGTON COUNTY JAIL ON A HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an Escape and I will be charged.

Larry Caldwell

Wilbur C. Mitchell
Sheriff

I Betty English take responsibility for the above named inmate while on pass from the Covington County Jail. I furthur take responsibility for the inmate being back at the jail at the assigned time.

Signed: Betty English

Inmate to return to jail 01/04/98 5:30 P.M.

PASS APPROVED BY: Haywood Thomas

Covington County
Sheriff
Wilbur C. Mitchell

Sheriff's Department
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 02-26-99

TIME: 8:00 Am 4:00pm

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR

Larry Caldwell TO LEAVE THE COVINGTON COUNTY JAIL ON A __ HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an Escape and I will be charged.

X Larry Caldwell

Anthony Clark
~~Wilbur C. Mitchell~~
Sheriff

I X Linda Jones take responsibility for the above named inmate while on pass from the Covington County Jail. I furthur take responsibility for the inmate being back at the jail at the assigned time.

Signed: X [signature]

Inmate to return to jail 02-26-99 4:00 pm

PASS APPROVED BY: [signature]

Covington County
Sheriff
Wilbur C. Mitchell

Sheriff's Department
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 01-23-98

TIME: 0.800 HR

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR LARRY CALDWELL TO LEAVE THE COVINGTON COUNTY JAIL ON A 8 HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an Escape and I will be charged.

x [signature]

Wilbur C. Mitchell
Sheriff

I x Teresa Jones take responsibility for the above named inmate while on pass from the Covington County Jail. I furthur take responsibility for the inmate being back at the jail at the assigned time.

Signed: x Teresa Jones

Inmate to return to jail 4:00 PM

PASS APPROVED BY: [signature]

Covington County
Sheriff
Anthony Clark

Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

3am - 5pm
8 hr pass

DATE & TIME: Oct 20 2003

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR [illegible] TO LEAVE THE COVINGTON COUNTY JAIL ON A 8 HOUR PASS ON Tuesday 10-20-03 FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE...........

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED.

I [signature] TAKE RESPONSIBILITY FOR THE ABOVE NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE ASSIGNED TIME.

SIGNED [signature]

INMATE TO RETURN TO JAIL [illegible]

PASS APPROVED BY 2301
[illegible]



**Covington County**
Sheriff
Anthony Clark

**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

# INMATE PASS

DATE: 1-2 02

TIME:
FROM 11 Am TO 6 pm

This is authorization from Covington County Sheriff's Department for Larry Caldwell to leave the jail on a 8 hour pass. Failure to report back or comply with all rules and regulations will be considered as a violation and will be prosecuted to the fullest extent. This includes all laws covered in the code of Alabama

## Failure to return will be considered as ESCAPE .............

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an escape and I will be charged

[signature]
INMATE SIGNATURE

I, [signature] take responsibility for the above named inmate while on pass from the Covington County Jail. I further take responsibility for the inmate being back at the jail on time.

SIGNED [signature]

PASS APPROVED BY 2301

[signature]

Covington County Sheriff

Printed: Thu Nov 07,2002

# INMATE DATA

LARRY CALDWELL (S421021411)

| Booking Number | Booking Date |
|---|---|
| 000002249 | OCTOBER 4th, 2001 |

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| D-BLOCK | | | | 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 | | |

| Address | Home Telephone |
|---|---|
| 14C HARDAGE CIRCLE<br>OPP AL | |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1960-10-22 | 42 | 6' 02" | 180 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| ANNIE JOYCE CALDWELL | ( ) 390-3551 |

| Charge(s) | Bond |
|---|---|
| ALIAS-FTP | |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| XXXXX WAMBLES | | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| | | |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | XXXXX CLARK/2301 |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| 2002-11-07 | 16:20 | CJ014 COOK, NORWOOD |

Notes

BOND: NO BOND MUST SEE JUDGE CLASS: M AWAIT: Y

BOX 39

JUDGES ORDER RELEASE 11-07-2002

| Covington County Sheriff<br>Printed: Thu Nov 07,2002 | INMATE SUMMARY<br>LARRY CALDWELL (S421021411) | Booking Number 000002249<br>Booking Date OCTOBER 4th, 2001 |
|---|---|---|

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| D-BLOCK | | | | 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 | | |

| Address | Home Telephone |
|---|---|
| 14C HARDAGE CIRCLE<br>OPP AL | |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1960-10-22 | 42 | 6' 02" | 180 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| ANNIE JOYCE CALDWELL | ( ) 390-3551 |

| Charge(s) | Bond | Arresting Officer |
|---|---|---|
| ALIAS-FTP | | XXXXX CLARK/2301 |

| Jailor | Release Date | Time | Releasing Officer |
|---|---|---|---|
| XXXXX WAMBLES | 2002-11-07 | 16:20 | CJ014 COOK, NORWOOD |

## MEDICAL

ADVISORY

| Medication | Dosage | Doses/Day | Date Ends | Times | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

DISPENSED

| Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

TREATMENT

| Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|
| | | | | | |

NOTES

| Doctor | Medications |
|---|---|
| Special Diet | Drug Allergies |
| Other | |

## PROPERTY

| RECEIVED | |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

State of Alabama
Unified Judicial System
Form C-42 Rev 6/88

# ORDER OF RELEASE FROM JAIL

Case Number: TR93-04045

IN THE Municipal COURT OF Florala COUNTY

STATE OF ALABAMA v. Larry Caldwell

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of FTA Org. Chrg. No Drivers License

Reason for Release: Credit time served - Orders of Judge

Date: 11-7-02

Judge/Clerk: Jerell R. Hall By:

COURT RECORD (Original) JAILER (Copy)

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| Field | Entry |
|---|---|
| 1 ORI # | 0230200 |
| 2 AGENCY NAME | OPP POLICE DEPARTMENT |
| 3 CASE # | 9001 2001 17 |
| 4 SFX | |
| 5 LAST, FIRST, MIDDLE NAME | CALDWELL LARRY |
| 6 ALIAS AKA | "CLOROX" |
| 7 SEX | M |
| 8 RACE | B |
| 9 HGT. | 6'2" |
| 10 WGT. | 170 |
| 11 EYE | BRO |
| 12 HAIR | BLK |
| 13 SKIN | MED |
| 14 SCARS, MARKS, TATTOOS, AMPUTATIONS | |
| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | ELBA, Al. |
| 16 SSN | 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 |
| 17 DATE OF BIRTH | 10 22 60 |
| 18 AGE | 30 |
| 19 MISCELLANEOUS ID # | |
| 20 SID # | |
| 21 FINGERPRINT CLASS (KEY, MAJOR, PRIMARY, SCDV, SUB - SECONDARY, FINAL; HENRY CLASS; NCIC CLASS) | |
| 22 DL # | NONE |
| 23 ST | |
| 24 FBI # | |
| 25 IDENTIFICATION COMMENTS | |
| 26 RESIDENT / NON-RESIDENT | 1 RESIDENT |
| 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | RT2 Box 185 B ELBA, Al. 36323 |
| 28 RESIDENCE PHONE | ( ) NONE |
| 29 OCCUPATION (BE SPECIFIC) | UNEMPLOYED |
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | UNEMPLOYED |
| 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | |
| 32 BUSINESS PHONE | ( ) |

## ARREST

| Field | Entry |
|---|---|
| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 119 CARVER COURT OPP, Al. 36467 |
| 34 SECTOR # | |
| 35 ARRESTED FOR YOUR JURISDICTION? | YES |
| 36 CONDITION OF ARRESTEE | 3 SOBER |
| 37 RESIST ARREST? | NO |
| 38 INJURIES? | 1 NONE |
| 39 ARMED? | N |
| 40 DESCRIPTION OF WEAPON | |
| 41 DATE OF ARREST | 12 4 90 |
| 42 TIME OF ARREST | 13:15 — 3 MIL |
| 43 S T T S | M W |
| 44 TYPE ARREST | 3 WARRANT |
| 45 ARRESTED BEFORE? | Y |
| 46 CHARGE—1 | FEL — POSSESSION OF A FORGED INSTRUMENT II |
| 47 NCIC/UCR CD. | |
| 48 CHARGE—2 | |
| 49 NCIC/UCR CD. | |
| 50 STATE CODE/LOCAL ORDINANCE | 13A-9-6 |
| 51 WARRANT # | 91-1-108 |
| 52 DATE ISSUED | |
| 53 STATE CODE/LOCAL ORDINANCE | |
| 54 WARRANT # | |
| 55 DATE ISSUED | |
| 56 CHARGE—3 | |
| 57 NCIC/UCR CD. | |
| 58 CHARGE—4 | |
| 59 NCIC/UCR CD. | |
| 60 STATE CODE/LOCAL ORDINANCE | |
| 61 WARRANT # | |
| 62 DATE ISSUED | |
| 63 STATE CODE/LOCAL ORDINANCE | |
| 64 WARRANT # | |
| 65 DATE ISSUED | |
| 66 ARREST DISPOSITION (1 HELD, 2 BAIL, 3 RELEASED, 4 TOT—LE, 5 OTHER) | 1 HELD |
| 67 IF OUT ON RELEASE WHAT TYPE? | |
| 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) | |
| 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) | |

## VEHICLE

70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY

78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

☐ CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: ☐ 1 HANDLED AND RELEASED ☐ 2 REF TO JUVENILE COURT ☐ 3 REF TO WELFARE AGENCY ☐ 4 REF TO OTHER POLICE AGENCY ☐ 5 REF TO ADULT COURT | 83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( )

87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( )

## RELEASE

91 DATE AND TIME OF RELEASE M D Y : ☐ 1 AM ☐ 2 PM ☐ 3 MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID #

95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | ID #

MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID. # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| WHITE RICHARD | 38 | McDonald Michael E | 27 | ID # | ID # |

Caldwell Larry

AL0230000
SO
ANDALUSIA, AL

10 22 60

12-14-90

M | B | 6'2" | 170 | Bro | Blk | Coffee Co Ala

FBI

SID

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

SIGNATURE OF PERSON FINGERPRINTED: Larry Caldwell

DATE: 12-14-90 H.C. Anderson

CHARGE: Possession of a Forged Instrument II

FINAL DISPOSITION

NCIC CLASS

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE

LEFT FOUR

95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS

NAME: CALDWELL, GARRY

ALIASES: CLOROY

ORI: AL023C200
PD
OPP, AL

DOB: 10 22 60

SIGNATURE OF PERSON FINGERPRINTED: Larry Caldwell

DATE: 12/14/90 — SIGNATURE OF OFFICIAL TAKING FINGERPRINTS: Richard F. White

DOA: 12 14 90

SEX: M — RACE: B — HGT: 6'2" — WGT: 170 — EYES: BRO — HAIR: BLK — POB: COFFEE CO, AL

OCA

FBI

SID

SOC: 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

CHARGE: CRIMINAL POSSESSION OF A FORGED INSTRUMENT II

FINAL DISPOSITION

CAUTION

LEAVE BLANK

CLASS

REF

NCIC CLASS - FPC

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

JUVENILE

1 □ 2 PM

95 RELEASED TO:

96 AGENCY/DIVISION

97 AGENCY ADDRESS

ID #





**Covington County**
Sheriff
Wilbur C. Mitchell

**Sheriff's Department**

Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

DATE: 10-18-97

TIME: 8 Am

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR Larry Caldwell TO LEAVE THE COVINGTON COUNTY JAIL ON A 6 HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an Escape and I will be charged.

[illegible signature]

Wilbur C. Mitchell
Sheriff

I [illegible signature] take responsibility for the above named inmate while on pass from the Covington County Jail. I furthur take responsibility for the inmate being back at the jail at the assigned time.

Signed: [illegible signature]

Inmate to return to jail 10-18-97 2pm

PASS APPROVED BY: Haywood Thomas Jail Admin A.K.



**Covington County**
**Sheriff**
**Wilbur C. Mitchell**

**Sheriff's Department**
**Covington County Courthouse**
**Andalusia, Alabama 36420**
**Office (334) 222-3148**
**FAX (334) 222-7803**

DATE: 11-9-97

TIME: 10 Am

THIS IS AUTHORIZATION FORM COVINGTON COUNTY SHERIFF'S DEPARTMENT FOR Larry Caldwell TO LEAVE THE COVINGTON COUNTY JAIL ON A 6 HOUR PASS. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE..........

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to return to the jail at the proper time will be considered an Escape and I will be charged.

______________________________

Wilbur C. Mitchell
Sheriff

I ______________________ take responsibility for the above named inmate while on pass from the Covington County Jail. I furthur take responsibility for the inmate being back at the jail at the assigned time.

Signed: ______________________

Inmate to return to jail 4 pm 11-9-97

**PASS APPROVED BY:** Haywood Thomas Jail Admin A.R.

ATTORNEY ______________________

CALLED ATTORNEY ____________ DATE: ________ TIME: ________

| DATE | OTHER PHONE CALLS ALLOWED |
| --- | --- |
| | |
| | |
| | |

SEARCHED BY ______________________

— PERSONAL PROPERTY —

VEHICLE INVOLVED? ______________________ IMPOUNDED? ______
Year Make License No

| | | | |
| --- | --- | --- | --- |
| CURRENCY $ | | RINGS | |
| CHANGE $ | | KEYS | |
| CHECKS $ | | CARDS | |
| TOTAL $ | | KNIFE | |
| WALLET | | LIGHTER | |
| WATCH | | PEN-PENCIL | |

OTHER ITEMS NOT CLASSIFIED 2 Bags Clothes

______________________

______________________

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities.

PRISONER'S SIGNATURE [signature]

Received all of the above listed property this ______ day of ____________ 19____.

SIGNED ______________________

Served (3) NWNI Warrants for Crenshaw Co 7/22/98 @ 10:09 SMJ

S.S.NO. 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

# PRISONER'S JAIL RECORD

NO. ________

NAME Caldwell, Larry DATE 082097 TIME 1956

ALIAS ________ ADDRESS Rt 2 Box 185B Elba

AGE 36 RACE B SEX M EYES Bro HAIR Blk HEIGHT 6'02 WEIGHT 170

DATE OF BIRTH 10/22/60 PLACE OF BIRTH Coffee Co Alabama SCARS OR MARKS ________

ARRESTING OFFICER D. Rogers ARRESTING AGENCY CCSO

OFFENSE FTA NWNI x2 TELEPHONE NO ________

STATUS ________ SPOUSE OR NEXT OF KIN [illegible]

SENTENCE BEGINS ________ SENTENCE EXPIRES ________ HOLD FOR [illegible]

BEHAVIOR ________ TIME ALLOWED—GOOD BEHAVIOR [illegible]

HOW RELEASED ________ DATE ________ TIME ________

RELEASING OFFICER ________ DRAFT BOARD & CLASSIFICATION ________

ENTERING R/I PRINT | RELEASING R/I PRINT

REMARKS: Bond $39.00 [illegible]

Hold Crenshaw Co.

[illegible]