# EXHIBIT C
# Medical File

# PROGRESS NOTES

| Date | Notes Should Be Signed by Physician |
|------|-------------------------------------|
| | |

On or about 4/3/06, I/M to medical dept. to speak
to myself & Walt Arnarvett-classification.
I/M instructed on previous occasions that he
needed to sign up for sick call if
he needed medical care that I could
not anticipate his needs. I/M
refuses but continues to ask to be
seen. I/we discussed his immediate
needs from medical dept & he
did not voice any requests. Relief
he had seen Dr. Stacks in Elba for
leg exam & was told it was a growth
but he needed to wait until he
was out of jail to have surgery.
Did not wish to sign medical
release for us to obtain copy of
records. _____
                        W. Allen [initials]

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | ✓ | | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | ✓ | |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | ✓ | | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | ✓ |

## EXAM:

Age 45  Sex m  Race N   Ht. 6-1   Wt. 181.5

Pulse 72  BP 120/80  Temp 97.4  Resp. 18

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj | | tatem upper extremity webberbuity "C on chest" kres-Rforn 4 kres | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | lungs clear to auscultation & cough |
| Head: Glasses, Pupils, Sclera, Conjunctival, Vision | | did wear glasses Cataract (R) eye - p-t mion (R) eye | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | ordered rhythm H/o hypertension - was on meds @ that time |
| Ears: Appearance, Canals, Hearing | ✓ | | Extremities: Pulses, Edema, Joints | | No edem - @ pedal pulses Knee joints - stiff |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | One cavity ↑ Mucous mem & lesion | Abdomen, Shape | ✓ | |
| Neck: Veins, Motility, Thyroid, Carotid, Lymph, Nodes | ✓ | | Palpation, Hernia, Bowel, Sounds | | No H/o hernia BS x 4 quadrants |
| | | | Spine | | |
| | | | Genital/Urinary System | ✓ | No H/o UTI's |
| | | | | | Headache forehead over (R) eye |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read today? | 12/18/05 9/H LFA | |
| VDRL: RPR | N/A | |
| Other Lab Tests needed | | |
| Pregnancy Test | N/A | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | Oriented X 3 |
| General appearance (image), behavior, mannerisms | | |
| Affect (mood) | | & depression |
| Content of thought (rational, suicide, present thoughts of suicide) | | No H/o suicide & thoughts |

Signature  Joan Hansen RN                    12/18/05

TO BE COMPLETED BY NURSE

Date 12-08-05   Facility H-Block

Patient Name LARRY CHILDOSN

Chief Complaint I'm having Eye Problems Had I have HCV

TO BE COMPLETED BY MEDICAL STAFF

P 94   R 20   HR 78   110/60

Pre-existing eye problem. Did not wish to see
the Dr. will discuss tx. PX d/t c/o curd
symptoms

12/8/05   [signature]

SICK CALL SLIP - MEDICAL REQUEST

TO BE COMPLETED BY INMATE:

Please complete the top half of the Sick Call Slip and return it to the appropriate medical staff for completion and review by the medical staff. The medical staff will arrange for appropriate medical staff member. You will be charged in accordance with the medical policy.

Time _____ Date _____ Problem Location __C-Blk__ Cell _____ Bk _____

Inmate's Full Name __KASSAW__, __LARRY__

Symptom/Problem: __EYE PROBLEM__

_____

_____

_____

How long have you had this problem? _____

Inmate Signature _____

Date _____

TO BE COMPLETED BY MEDICAL STAFF:

Temp __97__ Resp __18__ Pulse __72__ B/P _____

Assessment/Treatment: Document your findings. Inmate's response/reactions.

_____

_____

_____

_____

Treatment Protocol via telephone order or email when applicable. I checked, refer to be seen again _____

through medication today for this visit _____

seen by _____

# INMATE SICK CALL SLIP - MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correct officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay sys this facility.

Today's Date: _____ Pod/Location: _____ Cell: _____ ID# _____

Inmate's Full Name: _____

Complaint/Problem: _____

_____

_____

How long have you had this problem? _____

Inmate's Signature: _____ Date: _____

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs: Temp _____ Resp _16_ Pulse _76_ B/P _____

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

_____

_____

_____

_____

_____

☒ Received Orders – thru Treatment Protocols: via telephone order; via verbal order
☐ Follow-Up Required? if checked, date to be seen again _____
☐ Chronic Condition
☒ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _12/20/05_ Seen by: _____

Place original form in patient's medical record.

# PROGRESS NOTES

Notes Should Be Signed by Physician

12/28/05  S - C/O (Right) pain + discomfort in
          vision

        - M glass with out mobility

        A - alledged Eye Pain

        P - To further Tx - MD

3/9/06  On AM pill call Inm did not get in for
        pill call. Went to neighboring cell block
        + during pill pass @ other block Inm
        beat on glass to get my attention. Told
        him I would come back when I finished
        where I was at. When I went back to
        give Mr Caldwell his meds - he threw
        his urine pup @ me (a) said "just
        forget it." He walked away + refused
        medication. _____ (W) [signature]
        C.O. Coleman  To Nurse _____  [signature]

# Physician's Orders

Southern Health Partner

Inmate Name: _____
SS#: _____
DOB: _____
Allergies: _____

Facility
Covington
County
Jail

| Date: | Date: |
|-------|-------|
| *(handwritten medical order)* | *(handwritten medical order)* |
| M.D. Sig | M.D. Sig |
| Date: | Date: |
| *(handwritten medical order)* | *(handwritten medical order)* |
| M.D. Sig | M.D. Sig |
| Date: | Date: |
| *(handwritten medical order)* | *(handwritten medical order)* |
| M.D. Sig | M.D. Sig |
| Date: 1/23/06 | Date: |
| Percogesic T po Bid X 3 days | |
| *(handwritten signature)* | |
| M.D. Sig | M.D. Sig |

# Statement Form

[illegible] was conducting pill call [illegible]
[illegible] the nurse called out
[illegible] to come get his medication [illegible]
[illegible] he refused to get [illegible] the [illegible]
[illegible] get his medication.

2-9-06

/s/ Ricky Coleman

Ricky Coleman



# INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE. Please complete the top half of the Sick Call Slip and return ...
... sick call and review by the medical staff. The medical staff wi...
... staff member. You will be charged in accordance with...

CALDWELL
JARRY          20 JAN 2006          Cl: A-BLK          421C2-141

Follow up C/O HEAD ACHES / Blood PREASURE CK.

1-20-06

TO BE COMPLETED BY MEDICAL STAFF.

96.8   18   70   118/80

See Orders

✓

✓

1/23/06    H. Williamson

INMATE SICK CALL SLIP - MEDICAL REQUEST

CARSON
LARRY                                    B BLK         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

I AM STILL HAVING BAD HEADACHES AND KNEE
PROBLEMS

3 WEEKS

Date 01-06-06

## TO BE COMPLETED BY MEDICAL STAFF:

Temp 98²  Resp 18  Pulse 70  B/P 128/88

Details of your findings, inmate's responses/actions  C/O (R) temporal
H/A's - unrelieved by current tylenol tx.
Will Δ to percogesic.

X

via treatment protocols, via telephone order, via verbal order

to be seen again _____

X

pay or refusal, regular co-pay for this visit

1/12/06  Seen by _____

INMATE SICK CALL SLIP — MEDICAL REQUEST

A          A          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
Larry Oakley
ReNew Med.

long time

COMPLETED BY MEDICAL STAFF
96.7    98    78    130/88

Meds renewed for Chronic H/H

2/6/16    J. Williams, LPN

12/18/05                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

Clear
C-14 Hardin Circle          Cpp      Al 36467        11/27/05
806-4084                        10/22/06              Lexington
                                                                Baptist

                Lexington County 2004, Coffee County 2004

          Annie J Caldwell                        Mother
671 Putnam Street      Elba   Al 36503
              N/A                                      N/A
    Dr Lance Dyson        Elba, Al 36533
              N/A

              no        2005
NKDA
        ✓

                        no

              no     no
          no
no                              no

Judy Caldwell
Joan Harper RN                              12/18/05

| Covington County Sheriff<br><br>Printed: Mon Nov 28, 2005 | MEDICAL SCREENING FORM<br><br>LARRY "CLOROX" CALDWELL (S421021411) | Booking Number<br>200009322<br>Booking Date<br>NOVEMBER 27th, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

CJ010  JACKSON, DON

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV Infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from Jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _____    Date: 12-18-05

Witness: _____    Date: 12\1\0

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM 4mg po Bid x 1 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tyl gr. X BID x 30 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**CHARTING FOR** 12/1/05   **THROUGH** 12/31/05

Physician  Mc[...]

Jt. Physician

Allergies

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: |
|---|---|---|
| | | By |

Title:   Date:

**RESIDENT** Caldwell, [...]   D.O.B 10/22/[...]   Sex M   Room in   Patient

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TEMPERATURE | | | | | | | |
| PULSE | | | | | | | |
| RESPIRATION | | | | | | | |
| BLOOD PRESSURE | | | | | | | |
| WEIGHT | | | | | | | |

| DATE | TIME GIVEN | MEDICATION & DOSAGE | TIME GIVEN | REASON | RESULTS OR RESPONSE | TIME GIVEN | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

DAY SHIFT · · ·     EVENING SHIFT · · ·     NIGHT SHIFT · · ·

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

INSTRUCTIONS                    INJECTION SITE CODES

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol gr X Bid x 30 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic ii Bid x 10 days 1/12/06-1/22/06 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic ii Bid x 30 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| CHARTING FOR | McWhorter | THROUGH | 1/31/06 | | |
|---|---|---|---|---|---|
| Physician | | | | Telephone No. | Medical Record No. |
| Att. Physician | | | | Alt. Telephone | |
| Allergies | NKDA | | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | | |
| | | Title: | | Date: |

| RESIDENT | Caldwell, Larry | D.O.B. 10/22/60 | Sex M | Room | △ | Patient Code | Admission |

TEMPERATURE

PULSE

RESPIRATION

BLOOD
PRESSURE

WEIGHT

DAY SHIFT (color in)      EVENING SHIFT (color in)      NIGHT SHIFT (color in)

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ. SITE | REASON | RESULTS OR RESPONSE | TIME GIVEN | NURSE'S SIGNATURE - TITLE |
|------|------------|---------------------|-----------|--------|---------------------|------------|----------------------------|
| | | | | | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|----------|-------------------|----------|-------------------|----------|-------------------|
| | | | | | |

INSTRUCTIONS

INJECTION SITE CODES

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Percogesic Ti BID  A
1/23/06
2/23/06  X30days  P

Maxide 75/50 mg ½  A
— (1.) ... AM

Decon Ti po B.d  A
x 7 days  P

Percogesic Ti B.d  A
x30 days  P

CHARTING FOR 2/1/06  THROUGH 2/28/06

Physician  McWhorter

Allergies  NKDA

RESIDENT  Caldwell, Larry

Medicare Number  SS# 42102911  D.O.B 10/27/__  Sex M  Room A

VITAL SIGNS

TEMPERATURE

PULSE

RESPIRATION

BLOOD PRESSURE

WEIGHT

DAY SHIFT (color ink –)    EVENING SHIFT (color ink –)    NIGHT SHIFT (color ink –)

| DATE | TIME GIVEN | MEDICATION & DOSAGE | IN SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE TITLE |
|------|------------|---------------------|---------|--------|---------------------|------------|--------------------------|
| | | | | | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|----------|-------------------|----------|-------------------|----------|-------------------|
| | | | | | |

INSTRUCTIONS

INJECTION SITE CODES

COVINGTON COUNTY JAIL
CALDWELL, LARRY
REPORT DATE : 03/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 75/50 TA 02/01/0... MAXZIDE 75/50 TABLET TAKE 1/2 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Periyseti BID V30 days | A | | | | | | | | | | | | | | | | | | | | | | | 25 | 26 | 27 | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | 25 | 26 | 27 | 28 | 2... | | | |

CHARTING FOR   03/01/06        THROUGH   03/31/06        PAGE   1 OF   1

| Physician | MCWHORTER | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|---|
| Alt. Physician | MCWHORTER | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number 421D2141? | Approved By Doctor: By: | | Title: | Date: |
|---|---|---|---|---|---|
| | | D.O.B. | Sex | Room | Patient | Admission |

RESIDENT   CALDWELL, LARRY

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767    FORM A-55    STOCK #506423

VITAL SIGNS

TEMPERATURE

PULSE

RESPIRATION

BLOOD
PRESSURE

WEIGHT

| DAY SHIFT | | | EVENING SHIFT | | | | NIGHT SHIFT | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME GIVEN | MEDICATION & DOSAGE | R. SITE | REASON | | RESULTS OR RESPONSE | | TIME NOTED | NURSE'S SIGNATURE / TITLE |
| 3/17/06 | AM + PM | I/M | | Cut On Pass | | X 6 days . DW | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| TC | W Cain | | | | |
| W | Dr. Williams | | | | |

INSTRUCTIONS

INJECTION SITE CODES

| | | | | | |
|---|---|---|---|---|---|
| 1 RIGHT DORSAL GLUTEUS | 5 RIGHT LATERAL THIGH | 9 RIGHT UPPER ARM | 13 UPPER BACK LEFT | 17 TO RIGHT AND ABOVE LEVEL OF UMBILIC |
| 2 LEFT DORSAL GLUTEUS | 6 LEFT LATERAL THIGH | 10 LEFT UPPER ARM | 14 UPPER BACK RIGHT | 18 TO LEFT AND ABOVE LEVEL OF UMBILIC |
| 3 RIGHT VENTRAL GLUTEUS | 7 RIGHT DELTOID | 11 RIGHT ANTERIOR THIGH | 15 UPPER CHEST LEFT | 19 TO RIGHT AND BELOW LEVEL OF UMBILIC |
| 4 LEFT VENTRAL GLUTEUS | 8 LEFT DELTOID | 12 LEFT ANTERIOR THIGH | 16 UPPER CHEST RIGHT | 20 TO LEFT AND BELOW LEVEL OF UMBILIC |

Case 2:06-cv-00207-WKW-CSC    Document 11-8    Filed 04/17/2006 ...NG... Page 24 of 26 ...JAIL

CALDWELL, LARRY
REPORT DATE : 04/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 75/50 TA 02/01/07<br>MAXZIDE 75/50 TABLET<br>TAKE 1/2 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CHARTING FOR | 04/01/06 | THROUGH | 04/30/06 | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|

| Physician | MCWHORTER | | Telephone No | | Medical Record No. |
|---|---|---|---|---|---|
| Jt. Physician | MCWHORTER | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | 421021411 | By: | | Title: | Date: |
| RESIDENT | | D.O.B | Sex | Room | Patient | Admission |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VITAL SIGNS | | | | | | | |
| TEMPERATURE | | | | | | | |
| PULSE | | | | | | | |
| RESPIRATION | | | | | | | |
| BLOOD PRESSURE | | | | | | | |
| WEIGHT | | | | | | | |

DAY SHIFT (0001-) · EVENING SHIFT (0001-) · NIGHT SHIFT (0001-)

| DATE | TIME GIVEN | MEDICATION & DOSAGE | SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE TITLE |
|---|---|---|---|---|---|---|---|
| 4/8/06 | | Continues | | to refuse B/P med @ times | | | a. Camp |
| | | Explained | | risks involved. — | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| ac | A. Camp | | | | |

INSTRUCTIONS

INJECTION SITE CODES
1. RIGHT DORSAL GLUTEUS  5. RIGHT LATERAL THIGH   9. RIGHT UPPER ARM    13. UPPER BACK LEFT    17. TO RIGHT AND ABOVE LEVEL OF UMBILIC
2. LEFT DORSAL GLUTEUS   6. LEFT LATERAL THIGH   10. LEFT UPPER ARM     14. UPPER BACK RIGHT   18. TO LEFT AND ABOVE LEVEL OF UMBILIC
3. RIGHT VENTRAL GLUTEUS 7. RIGHT DELTOID        11. RIGHT ANTERIOR THIGH 15. UPPER CHEST LEFT  19. TO RIGHT AND BELOW LEVEL OF UMBILIC
4. LEFT VENTRAL GLUTEUS  8. LEFT DELTOID         12. LEFT ANTERIOR THIGH  16. UPPER CHEST RIGHT 20. TO LEFT AND BELOW LEVEL OF UMBILIC



# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name _Tony Caldwell_                    DOB _10|22|60_          Cell # _A_

SS# _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_          LPN                                     Male  or  Female

Date of TB Skin test _12|18|05_ _LPN_ Done by Nurse _Tina Maxwell RN_

Previous Positive:  YES  or  (NO)            Previous Therapy   YES  or  (NO)

## TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION

Date TB Skin test was read _12/20/05_ Done by Nurse _C. Wein_

Number mm _0_         Referral for Chest X-ray      YES   or   NO   If yes Date of CXR _____

Comments _____