## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

LARRY CALDWELL, )
)
          Plaintiff, )
)
v. )   CIVIL ACTION NO. 2:06-CV-0207-WKW
)
ANTHONY CLARK, *et al.*, )
)
          Defendants. )

### AFFIDAVIT OF ANNETTE CAIN, L.P.N.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Annette Cain, L.P.N.**, who, after first being duly sworn by me, deposes and states as follows:

1.     My name is Annette Cain, L.P.N.. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.     I am a licensed practical nurse. I obtained my L.P.N. degree in 1982 from McArthur State College in Opp, Alabama, and became licensed by the State of Alabama as an L.P.N. in 1982. From 1982 to 1985, I worked as an L.P.N. on the emergency room and surgery departments of Columbia General Hospital in Andalusia, Alabama. From 1985 to 1986, I worked as an L.P.N. for Dr. Joseph Herrod in Enterprise, Alabama, where my nursing care focused on behavioral malfunction. From 1986 to 1988, I was an L.P.N. at Opp nursing facility. From 1988 to 1990, I was an L.P.N. for Dr. Steven Price in Opp, Alabama, who had a private surgery practice. From 1990 to 1992, I was an L.P.N. at Oxford Home Health Care in Oxford, Alabama. From 1992 to 2005, I was an L.P.N. at Andalusia Manor Nursing Home.

3.      From September 2005 to the present, I have been employed as an L.P.N. for Southern Health Partners, Inc. ("SHP") at the Covington County Jail in Andalusia, Alabama. In late November 2005, I became medical team administrator.

4.      SHP provides medical care to inmates in various jail facilities including the Covington County Jail. During the entire time of the plaintiff's incarceration in the Covington County Jail, health care services have been provided to the inmates by SHP pursuant to a contract between SHP and the Covington County Commission. Health care in the jail is provided under the direction of a medical team administrator as well as a medical director. During the period complained of by the plaintiff in this action, the medical director in the jail was Dr. Millard McWhorter and I was the medical team administrator.

5.      When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

6.      As I understand the plaintiff's complaint in this case, the plaintiff alleges that Dr. McWhorter and I denied the plaintiff medical attention by not treating the plaintiff's right eye complaints.

7.      I have reviewed SHP's medical chart concerning the plaintiff, a true and correct copy of which is attached hereto as Exhibit A.

8.      The plaintiff, Larry Caldwell, is a white male, weighing 162 pounds, height 6'2" and date of birth October 22, 1960. He was booked November 27, 2005.

9.      A medical screening was performed by Officer Jackson on November 28, 2005 in which no problems were identified.

10.    On December 5, 2005, the plaintiff completed his request for medical services complaining of eye problems and a cold. He was examined by Dianne Williams, LPN, who noted he had pre-existing eye problems and did not wish to be seen by an eye doctor. On that day he was started on CTM 4 mg for a cold for seven days per Dr. McWhorter's standing order.

11.    A complete admission history and physical was completed on December 18, 2005 by Joan Harrell, RN. She noted the plaintiff's family physician was Dr. Lance Dyess, Elba, Alabama. The plaintiff complained of problems with vision, headaches, hypertension, muscle problems and joint problems. His vital signs were pulse 72, blood pressure 120/80, temperature 97.4 and respirations 18. He indicated that he did not wear glasses but had poor vision in his right eye, perhaps related to a cataract. He complained of stiff knee joints and said he had a history of hypertension, but was not on medication at this time. He also complained of a headache which he associated with the problems in the right eye.

12.    On December 20, 2005, the plaintiff completed a medical request form and complained of headaches and knee pain. At that time he was seen by me. He advised me he had headaches in the right temporal area for three days that "come and go." The plaintiff associated the headaches with the eye problems. I noted a growth over the right cornea with the appearance of pterygium. A pterygium is a nonmalignant growth of the conjunctiva (overlying skin around the eye). The cause is unknown, but it is more frequent in people with excess outdoor exposure to sunlight and wind, such as those who work outdoors. The primary symptom of a pterygium is a painless area of elevated white tissue, with blood vessels on the inner or outer edge of the cornea. The plaintiff reported that it had been present for over a year. I also noted the plaintiff had swelling of the left knee. He stated that it had locked up on him the day before. He indicated that surgery had

been recommended a year ago by Dr. Dyess. The plaintiff was started on Tylenol for 30 days per Dr. McWhorter's standing orders for the knee pain and for the headaches.

13.    The plaintiff completed a medical request form on December 23, 2005 and complained of an "eye problem." I examined him on December 26, 2005. His vital signs were checked and stable. He continued to complain of decreased vision in the right eye. I scheduled him to be seen by Dr. McWhorter and advised the plaintiff of this plan.

14.    Dr. McWhorter examined the plaintiff on December 28, 2005. Dr. McWhorter noted the plaintiff's complaints of right eye problems and defects in his vision. Dr. McWhorter examined him and found no gross abnormality. He assessed him as having "alleged eye pain" but prescribed no further medication.

15.    On January 6, 2006, the plaintiff completed a medical request form and complained of problems with headaches and knee problems. I saw him on January 12, 2006, and noted his complaints of right temporal headaches unrelieved by Tylenol. Per Dr. McWhorter's standing orders, the plaintiff was changed from Tylenol to Percogesic for 10 days.

16.    On January 20, 2006, the plaintiff completed a medical request form for follow up on headaches and blood pressure check. Nurse Williams examined him on January 23, 2006. His vital signs were temperature 96.8, respirations 18, pulse 70 and blood pressure 118/80. His prescription for Percogesic was extended for 30 days per Dr. McWhorter's standing order.

17.    On January 31, 2006, the plaintiff's blood pressure was checked and was 140/90. On February 1, 2006, the plaintiff was started on Maxzide for his blood pressure per standing order of Dr. McWhorter. A blood pressure record was started on January 31, 2006 per Dr. McWhorter's order to check the plaintiff's blood pressure daily for nine days and weekly and as needed thereafter.

His blood pressure was checked on February 1, 3, 4, 5, 6, 11, 18, 27, March 4, 11, 26, April 1, 8, 16, 22, 29 and May 6, 2006.

18.     On February 11, 2006, the plaintiff was given a decongestant for seven days per standing order of Dr. McWhorter.

19.     On February 24, 2006, the plaintiff completed a medical request form for renewal of his medications. Nurse Williams examined him on February 24, 2006 and noted he was there to renew his prescription for medication for chronic headaches. His vital signs were temperature 96.7, respirations 20, pulse 78 and blood pressure 130/88. His prescription for Percogesic was extended on that date.

20.     On March 9, 2006, when I conducted the morning pill call, the plaintiff did not get up to receive his medication. Later during delivery of medication to other inmates the plaintiff beat on the glass window to get my attention. I advised him I would get back to him when I finished with where I was in the medication delivery routine. After I finished where I was in the routine, I went back to give the plaintiff his medications. At that time the plaintiff threw his hands up and said "just forget it" and walked away and refused his medication. Officer Coleman witnessed this episode and wrote a note which is contained in the plaintiff's chart.

21.     On March 15, 2006, the plaintiff was granted a nine day medical pass by a Covington County Circuit Judge to seek treatment for his eye condition.

22.     On April 3, 2006, the plaintiff related to me and Chief Deputy Walt Inabinett that he had seen Dr. Strong in Elba concerning his eye condition, and was informed by Dr. Strong that he could wait until he was discharged from jail to have surgery on his eye. The plaintiff refused to sign a medical release so that a copy of his medical records could be obtained from Dr. Strong.

23.    On April 18, 2006, the plaintiff completed a medical request form, complaining of headaches and a rash.  Nurse Williams examined him on April 19, 2006, and he was continued on his medications.

24.    On April 24, 2006, the plaintiff was sent to Dr. Strong for a scheduled eye examination.  On the transfer form Dr. Strong noted his findings of benign pterygium, amblyopia (dimness of vision) and hyperopia (farsightedness) of the right eye and presbyopia (eye weakness associated with aging) of the left eye.  He prescribed bifocal glasses which were ordered and provided to the plaintiff.

25.    On May 2, 2006, the plaintiff completed a medical request form for pain in his left shoulder for two or three days duration.  He was seen by Nurse Williams on May 3, 2006.  His vital signs were temperature 97.5, respirations 24, pulse 84 and blood pressure 140/82.  He was given a prescription of Robaxin for seven days per Dr. McWhorter's standing order.

26.    All of the information contained herein is based upon my personal knowledge and the plaintiff's medical chart.

27.    All necessary care provided to the plaintiff was appropriate, timely and within the standard of care.

28.    On no occasion was the plaintiff ever at risk of serious harm, nor was I ever indifferent to any complaint that he made.

_Annette Cain, L.P.N._

STATE OF ALABAMA          )
                          )
COUNTY OF _Covington_     )

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Annette Cain, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the _10th_ day of _May_, 2006.

                                         Notary Public
                                         My Commission Expires: _Feb 2, 2008_

# Exhibit A
# Medical Records



**SOUTHERN HEALTH PARTNERS**

## Blood Pressure Record Form

Inmate's Name: _Larry Caldwell_    D.O.B. _10/22/60_

Orders/Instructions: _BPX 9 days then WKly x4Wks_

Physician: _McWhorter_    Administrator: _____

| DATE | B.P | ARM | INITIAL |
|------|-----|-----|---------|
| 1/31/06 | 140/90 | R | DW |
| 2/1/06 | 150/100 | R | DW |
| 2/3/06 | 140/86 | R | DW |
| 2/4/06 | 128/86 | R | DW |
| 2/5/06 | 110/80 | R | DW |
| 2/8/06 | 120/82 | R | DW |
| 2/11/06 | 130/82 | R | DW |
| 2/18/06 | 128/82 | R | CC |
| 2/27/06 | 116/76 | R | LH |
| 3/4/06 | 138/88 | R | CC |
| 3/11/06 | 122/100 | R | DW |
| 3/11/06 | 138/82 | R | DW |
| 4/1/06 | 114/80 | R | DW |
| 4/8/06 | 120/82 | R | CC |
| 4/16/06 | 142/82 | R | DW |
| 4/22/06 | 132/90 | R | CC |
| 4/23/06 | 124/88 | R | DW |
| 5/6 | 150/90 | R | DW |

| DATE | B.P. | ARM | INITIAL |
|------|------|-----|---------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CONFIDENTIAL MEDICAL INFORMATION



# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below test, place this form in a central location for the test to be read within 72 hours. completed, file this completed form in the patient's medical record. After administering the TB skin Once all information has been

Inmate Name. _Larry Caldwell_

SS# _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_      DOB _10_ _22_ _60_      Cell # _A_      (Male) or Female

Date of TB Skin test. _12/18/05_      LFN      Done by Nurse _Joan Harrell RN_

_LFN_ Previous Positive. YES or (NO)      Previous Therapy YES or (NO)

### TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION.

Date TB Skin test was read. _12/20/05_ Done by Nurse. _L. Cain Jan_

Number mm _0_      Referral for Chest X-ray.      YES    or    NO      If yes Date of CXR

Comments _____

# Physician's Orders

Southern Health Partners Inc.

Inmate Name: Caldwell, Larry
SS#: 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
DOB: 10/22/60
Allergies: NCDA

Facility
Covington
County
Jail

| Date: 5/3/06 | Date: |
|---|---|
| Robaxin 750mg Bid X 7 days. S.O. Dr. McWhorter/D. Williams M.D. Sig: | |
| Date: | Date: |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| M.D. Sig: | M.D. Sig: |

## Physician's Orders

Southern Health Partner's, Inc

Inmate Name: _Larry Caldwell_
SS#: _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_
DOB: _10/22/60_
Allergies: _____

Facility
**Covington
County
Jail**

| | |
|---|---|
| Date: _12/5/05_ | Date: _2/1/06_ |
| CTM 4mg. po Bid x7 days | Maxzide 75/50mg 1/2 tab |
| S.O. Dr. McWhorter /D.Williams LPN | po d |
| | S.O. Dr. McWhorter /D.Williams, LPN |
| M.D. Sig: | M.D. Sig: |
| Date: _12-20-05_ | Date: _2/1/06_ |
| ① Imferon gr. I BID X30days | Decon ~ po Bid x 7 days |
| per tx protocol Dr. McWhorter/ | |
| C. Langford | S.O. Dr. McWhorter /D.Williams L |
| M.D. Sig: | M.D. Sig: |
| Date: _1-12-06_ | Date: _2/24/06_ |
| ① D/c Imferon. | Percogesic i po Bid x 30 day. |
| ② Percogesic i BID x30 day | for Chronic HA |
| per tx protocol Dr. McWhorter/ | S.O. Dr. McWhorter /D.Williams LPN |
| M.D. Sig: | M.D. Sig: |
| Date: _1/23/06_ | Date: _4/14/06_ |
| Percogesic i po Bid x30 days | Percogesic ii Bid x |
| | 30 days. |
| S.O. Dr. McWhorter /D.Williams LPN | S.O. Dr. McWhorter /D.Williams |
| M.D. Sig: | M.D. Sig: |

**PROGRESS NOTES**                    NKA

Last Name: Caldwell    First Name: Larry    Attending Physician: McWhorter    From Ht: H    Hosp. No: 4210214/1

Date

Notes Should be Signed by Physician

3/15/06  I/M to court. Judge granted a
Nine day medical pass for I/M to
Seek medical/vision care for eye. — A. Cunfa

On or about 4/3/06, I/M to medical dept. to speak
to myself & Walt Inabinett — Investigator.
I/M instructed on previous occasions that he
needed to sign up for sick call if
he needed medical care that I could
not anticipate his needs. I/M
refuses but continues to ask to be
seen. We discussed his immediate
needs from medical dept & he
did not voice any requests. Relating
he had seen Dr. Strong in Elba for
eye exam & was told it was a growth
but he needed to wait until he
was out of jail to have surgery.
Did not wish to sign medical
release for us to obtain copy of
records. — A. Cunfa

4/24/06  Returned to Dr. Strong for eye
exam per L. Selman — eye exam &
Rx for eye glasses. — A. Cunfa
Glasses issued to I/M. — A. Cunfa

# Statement Form

On 3-9-06 I was conducting pill call with the Nurse. Before leaving A-block the nurse called for LARRY "Clorox" Caldwell to come get his medicene at which time he refused to get off of the table and come get his medicene

3-9-06
C/o Ricky Coleman
Ricky Coleman

**PROGRESS NOTES**

Caldwell, Larry

Attending Physician: McWhorter

Room: A    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

NKA

Date

Notes Should Be Signed by Physician

10/28/05  B/p 132/85   P68   R18   T 98.2

12/28/05  S - C/o (Eye Pain) + defective vision

O - No gross abnormality

A - alledged Eye Pain

P - No further (X) [signature]

3/9/06  On AM pill call I/M did not get up for pill call. Went to neighboring cell block + during pill pass @ other block I/M beat on glass to get my attention. Told him I would come back when I finished where I was at. When I went back to give Mr. Caldwell his meds - he threw his hand up @ me @ said "just forget it." He walked away + refused medication.
C.O. Coleman / c nurse ———— W. Cain [signature]



 **SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 05-02-06    Pod/Location: A-B1K    Cell: _____    ID# _____

Inmate's Full Name: ~~_____~~ CALDWELL, LARRY _____

Complaint/Problem: PAIN IN MY LEFT SHOULDER _____

_____

_____

How long have you had this problem? 2 OR 3 DAYS _____

Inmate's Signature: _Larry Caldwell_    Date: 5-2-06

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp 97.5    Resp 24    Pulse 84    B/P 140/82

Instructions/Assessment: Document your findings. Inmate's responses/actions _____

_C/O (L) Shoulder pain. "Feels like_
_a pulled muscle."_

_____

_____

☑ Received Orders – thru Treatment Protocols: via telephone order: via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 5/3/06    Seen by: _N.C. Williams, LPN_

*Place original form in patient's medical record*



*received 4/18/06 @ 1200 ac*

**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 04-18-06  Pod/Location: A B1K  Cell: _____  ID# 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

Inmate's Full Name: CALDWELL, LARRY

Complaint/Problem: I'm HAVING REAL BAD HEADACHES AND I
NEED SomEthing FOR A RASh

How long have you had this problem? 3 OR 4 DAYS

Inmate's Signature *Larry Caldwell*  Date: 04-18-06

・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 97.6  Resp 18  Pulse 82  B/P 130/80

Instructions/Assessment: Document your findings, inmate's responses/actions
C/O HA's. BP 130/80 See orders.

☑ Received Orders – thru Treatment Protocols, via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 4/19/06  Seen by *W. Williams, LPN*

*Place original form in patient's medical record.*



 **SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date 2/24/06   Pod/Location: A   Cell A   ID# 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

Inmate's Full Name Larry Caldwell

Complaint/Problem Renew Med.

How long have you had this problem? long time

Inmate's Signature _____   Date _____

⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎⁎

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs   Temp 96.7   Resp 20   Pulse 78   B/P 130/88

Instructions/Assessment. Document your findings, inmate's responses/actions

Meds Renewed for Chronic H/A

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical 2/24/06   Seen by: R. Williams, LPN

*Place original form in patient's medical record*



*Rec'd 1/20/06*

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system.

20 JAN 2006

Name __CALDWELL__ LARRY _____ Pod/Location _____ Cell _A-BLK_____ ID# _42-02-144_

Describe the problem: _Fallow up on HEAD Aches / Blood PREASURE CK._

_____

_____

_____

_____

_____ Date _18 1-2006_____

**TO BE COMPLETED BY MEDICAL STAFF:**

Temp _96.8_  Resp _18_  Pulse _90_  B/P _118/80_

Note your findings, Inmates responses/actions _____

*See Orders*

1/23/06 _Dr. Williams, Ma_



*Recein' 1/6/06*

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional
staff for submission and review by the medical staff. The medical staff will arrange for you to be
seen by a medical staff member. You will be charged in accordance with the medical co-pay system at

_CALLOWS___ Pod/Location _____ Cell _A-B(K__ ID# _421-02-14(1_
LARRY

_Im still HAViNg BAd HEAdACHES ANd KNEE_
_PRobIEms_

_____

_____

How long have you had the problem? _3 WEEKs_

Signature _____ Date _01-06-06_

**TO BE COMPLETED BY MEDICAL STAFF:**

Temp _98²_ Resp _18_ Pulse _70_ B/P _128/88_

Document your findings. Inmate's responses/actions _C/O (R) temporal_
_H/A's – unrelieved by current tylenol tx._
_Will A to percogesic._

☒ Treatment Protocols, via telephone order; via verbal order
If checked, date to be seen again _____

☒ Charged through medical co-pay for this visit

Date _1/12/06_ Seen by: _A. Cain_

medical record

SICK SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to me or any other medical staff for submission and review by the medical staff. The medical staff will arrange for an appropriate Medical staff member. You will be charged in accordance with the medical co-pay.

Today's Date: 12-23-05   Pod/Location: B-B1K   Cell: _____ ID# _____

Inmate's Full Name: CAldwell, LARRY

Complaint/Problem: EXE PRoblEm

_____

_____

_____

How long have you had this problem? _____

Inmate's Signature: _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Date: _____

TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp 97⁷   Resp 18   Pulse 66   B/P 129/74

Nursing Assessment: Document your findings, Inmate's responses/actions Continues to C/O ↓ vision in (R) eye. Will refer to Dr.

_____

_____

_____

☐ Follow MD Orders – thru Treatment Protocols: via telephone order, via verbal order
☐ Is Follow Up Required? If checked, date to be seen again _____
☐ Patient's Condition
☐ Patient will be charged through medical co-pay for this visit
☐ Date to see Manager 12/26/05   Seen by: A. Cain ___
   ☐ Inmate's medical team


**HEALTH PARTNERS**

# 'MATE SICK CALL SLIP -- MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the cr... officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for yo seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay sys this facility.

Today's Date: 12-20-05  Pod/Location: A-Blk  Cell: _____  ID# 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

Inmate's Full Name: CADWELL, LARRY

Complaint/Problem: HEAD ACHES & KNEE PROBLEMS

How long have you had this problem? _____

Inmate's Signature: Larry Caldwell  Date: 12-20-05

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 98²  Resp 16  Pulse 76  B/P 132/82

Instructions/Assessment: Document your findings, Inmate's responses/actions  C/O H/A in (R) temporal area X 30 days that come & go states he thinks it's due to eye problems. Has a growth over (R) cornea has appearance pterygium. Has been present over 1 year. Has had swelling of (R) knee, states "it locked up on me yesterday. Swelling has reduced me. Did over 1 yr ago" by Dr. _____. Will Rx you. Also has what appears to be lipom

- [X] Received Orders – thru Treatment Protocols; via telephone order; via verbal order
- [ ] Follow-Up Required?  If checked, date to be seen again _____
- [ ] Chronic Condition
- [X] Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 12/20/05  Seen by: A. Cain Yon

*Place original form in patient's medical record.*

TO BE COMPLETED BY INMATE:

Sick Call Date **12-05-05**    Facility/Location **A-Block**

Inmate's Full Name **LARRY CALDWELL**

Current Problem **Im hAving EYE PRoblEms And I hAvE A Cold**

How long have you had this problem?

Inmate Signature: _____    Date: _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

TO BE COMPLETED BY MEDICAL STAFF:

Vital Signs:    Temp **97.4**    Resp **20**    HR **78**    BP **110/60**

**Pre-existing eye problem. Did not wish to see
eye Dr. See orders for Rx. d/t c/o cold
symptoms.**

Date **12/5/05**    Nurse *Diane Williams, LPN*

Southern
Health
Partners

Corporate Office: 3712 Ringgold Rd . #364, Chattanooga, TN. 37412          Phone: (423) 553-5635    Fax: (423) 553-5645

## PATIENT REFERRAL INFORMATION FORM

This patient is currently incarcerated at the jail facility listed below. Patient has been referred to your ER/Facility regarding his/her symptoms or conditions listed below. All subsequent tests, procedures, and outpatient services other than requested service must be communicated and approved by the medical contact person at the jail facility to ensure justification. Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment. If hospital admission is necessary. please communicate any and all medical information as well as an estimated length of stay to our Utilization Review Department at our corporate office at the # listed above. Certification, justification, and/or treatment plan of continued services must be obtained to guarantee payment of the claim. Please, note we have a **NO NARCOTIC** policy at the jail due to the uncontrolled access to medications within the facility. Please, refer to our site medical staff for formulary adherence. Thank you for your cooperation in this matter.

*TO BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:*

Appt. Date/Time: 4/24/06 10⁰⁰   Patient's Name (Last/First): Caldwell, Larry

DOB: 10-22-60   SS#: 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   Sex: M  F   Inmate Loc: _____

Housing Facility/Site: Coving. County Jail/#7085   Appt. Destination: DR. Strong

Appt. Address & Phone #: Elba, AL      897-2142

Site Medical Contact (RN/LPN): Anette Cain MTA   Site Physician: McWhorter

Site Medical Unit Phone #: (334) 428-2664      Site Medical Unit Fax #: (334) 428-2055

Reason For Referral: (Include Hx of illness/injury, present and past treatment with patient results. lab and/or x-ray results,
findings from physical exam, patient limitations, allergies, medications, etc )

Eye exam
_____
_____

Service Requested: EVAL./TX

*TO BE COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:*

Findings: Benign pterygium OD, amblyopia & hyperopia OD, OS presbyopia

Planned Treatment: bifocal glasses

ER/Hospital Physician Orders: wear glasses to help with HA complaints & to decrease progression of pterygium

ER/Hospital Contact (Include Phone #): Dr KA Strong   Notes: _____
                                        334-347-5700

*Please, return this form with the correctional staff upon discharge of the patient or fax directly to the site fax # noted above. If inpatient hospitalization is required, medical staff MUST be notified immediately.*

Authorization for payment of services is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.

Southern Health Partners, Inc.
# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date 12/18/05        S.S.# 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        ID# _____

Inmate Name Caldwell (Last)    Larry (First)    (Middle)        Date Booked 11/27/05

Alias Choicy        County Covington

Address C-14 Hardage Circle (Street)    Opp (City)    Al 36467 (State)

Telephone 806-4080    Birthdate: 10/22/60 (Date)    Religion Baptist

Education Completed 12th        Special Education _____

Marital Status (S) M W D Separated,    Read/Write English  YES  NO  Other. _____

Previous Incarcerations. (Facility/Date) Covington County 2004, Coffee County 2004

## MEDICAL HISTORY

Notify in Emergency Annie J Caldwell (Name)        Mother (Relationship)

Address 621 Putnam Street (Street)    Elba (City)    Al (State)    36323 (Zip) Phone _____

Health Insurance: N/A (Type of insurance)        N/A (Policy Number)

Family Physician Dr. Lance Dyes (Name)    (Street Address)    Elba (City)  Al (State) 36323 (Zip)    (Phone Number)

Past Hospitalizations (Include surgeries) N/A

_____ (Location)    (Street Address)    (City)    (State)    (Zip)

Head Injury with Loss of Consciousness: No    Last Tetanus 2003    Immunization _____

Allergies NKDA

Current Medication(s): Ø

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons    YES  (NO)  If Yes, Why _____

Where _____        When _____
(Location)    (Street Address)    (City)    (State)    (Zip)    (Date)

Psychotropic Meds (Specify type and last dose) No

Prior Counseling/Out-Patient Treatment for: _____

Where _____        When _____
(Location)    (Street Address)    (City)    (State)    (Zip)    (Date)

Have you ever attempted suicide: No  How. _____    When _____ (Date)

Have you recently considered committing suicide? No

Do people consider you a violent person? No

Have you ever been arrested for a violent crime/sexual offense? (Specify) No

Street drugs. No (Type Quantity)    (How Often)    (How Long)    Smoker Yes (Type)  Etoh OCC (Date)

Inmate's Signature _____    Data. _____

Interviewer's Signature _____ RN    Date 12/18/05

Witness. (If physical is refused) _____    Date _____

# MEDICAL HISTORY & ~~PHY~~SICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | ✓ | | Gonorrhea | | |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | ✓ | |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | ✓ | |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | ✓ | | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

detoid (L) arm

## EXAM:

Age **45**  Sex **m**  Race **W**  Ht. **6-2**  Wt. **181.5**

Pulse **72**  BP **120/80**  Temp **97.4**  Resp. **18**

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color / Condition / Turgor / Recent Inj. | | tatoo - upper extremity bilaterally & on chest<br>scar-(L) arm & back | Chest (Breasts): Configuration / Auscultation / Respirations / Cough/Sputum | | lungs clear to auscultation Ø cough |
| Head: Glasses / Pupils / Sclera / Conjunctiva / Vision | | did wear glasses - Cataract (R) eye - poor vision (R) eye | Heart: Auscultation / Radial pulses / Apical pulse / Rhythm | | normal rhythm H/o hypertension - was on meds Ø @ this time |
| Ears: Appearance / Canals / Hearing | ✓ | | Extremities: Pulses / Edema / Joints | | No edema - (+) pedal pulse Knee joints - stiff |
| Mouth: Teeth/Gums / Dentures / Plates / Throat / Tongue / Tonsils | | One cavity ↑ primary molar Ø lesion | Abdomen: Shape / Palpation / Hernia / Bowel Sounds | ✓ | No H/o hernia BS x 4 quadrants |
| Nose | ✓ | | Spine | ✓ | |
| Neck: Veins / Mobility / Thyroid / Carotids / Lymph / nodes | ✓ | | Genital/Urinary System | ✓ | No H/o UTI's |
| | | | | | Headaches forehead over (R) eye |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 12/18/05 QH LFA | |
| VDRL / RPR | N/A | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | N/A | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | oriented x 3 |
| General appearance (motor behavior, mannerisms | | |
| Affect (mood) | | Ø depression |
| Content of thought, history of suicide, present thoughts of suicide | | No H/o suicide or thoughts |

Physical Examiner's Signature __Joan Harrell RN__   Date **12/18/05**

Physician's Signature:

TB Consent Form

# Tuberculosis Screening and Treatment

Result: _____

Lot # 45256261
2 FM

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _____    Date: 12-18-05

Witness: _____ RN    Date: 12-18-05

Confidential Medical Information

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number 200009322 |
|---|---|---|
| Printed: Mon Nov 28, 2005 | LARRY "CLOROX" CALDWELL (S421021411) | Booking Date NOVEMBER 27th, 2005 |

### ADMISSION OBSERVATIONS

| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
|---|---|---|---|---|---|
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

### INMATE QUESTIONNAIRE

**HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?**

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
CJ010  JACKSON, DON

# MEDICATION ADMINISTRATION RECORD

REPORT DATE : 05/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TRIAMTERENE/HCTZ 75/50 TA 02/01/07
MAXZIDE 75/50, TABLET
TAKE 1/2 TABLET ONCE
DAILY

Percogesic ī Bid
x 30 days

Robaxin 750 mg
Bid x 7 days

CHARTING FOR    05/01/06    THROUGH    05/31/06    PAGE    1 OF    1

Physician    MCWHORTER
Alt. Physician    MCWHORTER

Telephone No
Alt Telephone

Allergies    NKA

Rehabilitative
Potential

Medical Rec

Diagnosis

Medicaid Number

Medicare Number    4210214 11    Approved By Doctor
By    Title    Date
RESIDENT    CALDWELL, LARRY    D.O.B.    10/22/1960    Sex M    Room    Patient    CALDLARR    Admission Date 00/
Code

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SE | | | | | | | | |
| PIRATION | | | | | | | | |
| OD | | | | | | | | |
| SSURE | | | | | | | | |
| SHT | | | | | | | | |
| SHIFT color ink | | | EVENING SHIFT color ink | | | NIGHT SHIFT color ink | | |

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

INSTRUCTIONS:

# MEDICATION ADMINISTRATION RECORD

COVINGTON COUNTY JAIL
CALDWELL, LARRY
REPORT DATE : 04/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 75/50 TA 02/01/07 MAXZIDE 75/50 TABLET TAKE 1/2 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Percogesic T Bid X 30 days

CHARTING FOR  04/01/06    THROUGH  04/30/06    PAGE  1 OF  1

| Physician | MCWHORTER |
| Physician | MCWHORTER |
| Allergies | NKA |

Telephone No

All. Telephone

Medical Record No.

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number  421621411 |
| Approved By Doctor: | |
| By | |
| Title: | |
| Date: | |

RESIDENT  CALDWELL, LARRY    DOB 10/22/1960  Sex M  Room JA  Patient Code CALDLARR  Admission Date 00/00/00

| EMPERATURE | | | | | | | | | | | | | | | | | | | | | | |
| ULSE | | | | | | | | | | | | | | | | | | | | | | |
| ESPIRATION | | | | | | | | | | | | | | | | | | | | | | |
| LOOD | | | | | | | | | | | | | | | | | | | | | | |
| RESSURE | | | | | | | | | | | | | | | | | | | | | | |
| VEIGHT | | | | | | | | | | | | | | | | | | | | | | |

DAY SHIFT color ink -                    EVENING SHIFT color ink -                    NIGHT SHIFT color ink -

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE / TITLE |
|------|------------|---------------------|----------|--------|---------------------|------------|---------------------------|
| 4/8/06 | | Continues | | to refuse B/P med | Continues | | A. Crump |
| | | explained | | risks involved — | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|----------|-------------------|----------|-------------------|----------|-------------------|
| AC | A. Crump | | | | |

INSTRUCTIONS

INJECTION SITE CODES.

# MEDICATION ADMINISTRATION RECORD

CALDWELL, LARRY
REPORT DATE : 03/06

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| TRIAMTERENE/HCTZ 75/50 TA 02/01/0? | AM | |
| MAXZIDE 75/50 TABLET | | |
| TAKE 1/2 TABLET ONCE DAILY | | |

Percuysic TiBID
√30 days

STARTING FOR    03/01/06    THROUGH    03/31/06    PAGE    1  OF    1

Physician    MCWHORTER
Il. Physician    MCWHORTER
Allergies    NKA

Telephone No.
All. Telephone
Rehabilitative Potential

Diagnosis

Medicaid Number
Medicare Number    421D21411

Approved By Doctor:
By:
Title:
Date:

RESIDENT    CALDWELL, LARRY
D.O.B.    10/22/1960    Sex  M    Room  J    Patient Code  CALDLARR    Admission Date  00/00/00

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| EMPERATURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOOD RESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSES SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|
| 3/17/06 | AM + PM | I/M | | Out On Pass x 9 days. | AW | | |
| | | | | | | | |

| ITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| JC | C.C. Jam | | | | |
| | Nt. William | | | | |

INSTRUCTIONS:

INJECTION SITE CODES:

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Percogesic Ti BID
1/23/06     X30days
1/23/06

Maxide 75/50 mg 1/2
Tab q AM

Decon Ti po Bid
X7 days

Percogesic Ti Bid
X30 days

CHARTING FOR 2/1/06 THROUGH 2/28/06

Physician

Attend Physician    McWhorter

Allergies    NKDA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Diagnosis

Medicaid Number    Medicare Number SS# 421021911    Approved By Doctor:

By:    Title:    Date:

RESIDENT    Caldwell, Larry    DOB 10/22/61    Sex M    Room A    Patient Code    Admission Date

| | | | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TEMPERATURE** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PULSE** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **RESPIRATION** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **BLOOD PRESSURE** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **WEIGHT** | | | | | | | | | | | | | | | | | | | | | | | | | |

**DAY SHIFT** color ink ·      **EVENING SHIFT** color ink ·      **NIGHT SHIFT** color ink ·

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Tylenol gr X Bid x 30 days | A / P | (marked rows) |
| Percogesic ii Bid x 10 days 1/12/06 - 1/22/06 | AM / PM | (marked rows) |
| Percogesic ii Bid x 30 days | A / P | (marked rows) |

CHARTING FOR: McWhorter        THROUGH 1/31/06

Physician: McWhorter

Alt Physician:

Allergies: NKDA

Diagnosis:

| Medicaid Number | Medicare Number | | |
|---|---|---|---|
| | | Approved By Doctor: | |
| RESIDENT Caldwell, Larry | D.O.B 10/22/60 | Sex M | Room 1A |

Telephone No.

Alt Telephone

Rehabilitative Potential

Medical Record No.

Title:

Date:

Patient Code

Admission Date

| TEMPERATURE | | | | | | | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DAY SHIFT color ink -    EVENING SHIFT color ink -    NIGHT SHIFT color ink -

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CTM 4mg po Bid  
X 7 days

Tyl gr. X BID  
X 30 days

CHARTING FOR ___ THROUGH 12/31/__  
Physician McMurtry  
Alt. Physician  
Allergies  

Telephone No ___  
Alt. Telephone ___  
Rehabilitative Potential ___  
Medical Record No. ___

Diagnosis ___  
Medicaid Number ___ Medicare Number ___  
Approved By Doctor:  
By ___

RESIDENT Caldwell, Larry  
D.O.B 10/22/60  Sex M  Room A  Title ___  Date ___  Patient Code ___

| | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMPERATURE | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | |

DAY SHIFT color ink -     EVENING SHIFT color ink -     NIGHT SHIFT color ink -

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

INSTRUCTIONS

INJECTION SITE CODES