IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-207-WKW |
| | ) | (WO) |
| ANTHONY CLARK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 16) entered herein on September 5, 2006, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 16) is ADOPTED.

2. The above-styled case is DISMISSED without prejudice.

An appropriate judgment shall be entered.

DONE this day 29th of September, 2006.

          /s/  W. Keith Watkins
         UNITED STATES DISTRICT JUDGE